# EXHIBIT A



## MIAMI-DADE
COUNTY

**JUAN FERNANDEZ-BARQUIN**
CLERK OF THE COURT AND COMPTROLLER



cportaluser

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 132025CC12593301GE26 [2025-125933-CC-26] | 08/01/2025 | | MIAMI-DADE | Contract and Indebtedness ($30,001 - $5 | Open | No | No |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| PEREZ-MEDINA, LUIS | JUDGE | | |
| O'Malley, Drew P. | ATTORNEY | | |
| Turner, Mark A | PLAINTIFF | | |
| Rocket Mortgage Corporation LL | DEFENDANT | O'MALLEY, DREW PATRICK | 106551 |

**Dockets**

Page : 1      10 ⌄

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 14 | 08/26/2025 | Amended Complaint | 80 |
| | 13 | 08/26/2025 | Amended Complaint | 80 |
| | 12 | 08/25/2025 | Motion for Extension of Time<br><br>Party: Rocket Mortgage Corporation LLC | 2 |
| | 11 | 08/25/2025 | Notice of Appearance<br><br>Party: O'Malley, Drew P.; Rocket Mortgage Corporation LLC | 2 |
| | 10 | 08/07/2025 | Certificate of Mailing | 15 |
| | 9 | 08/06/2025 | Service Returned<br><br>Party: Rocket Mortgage Corporation LLC | 5 |
| | 8 | 08/03/2025 | Uniform CM Order Setting PT Deadlines & Related Requirements | 7 |
| | 6 | 08/01/2025 | Receipt:<br>  Receipt:2830008          Amt Paid:$10.00<br>Comment:<br>Allocation Code     Quantity     Unit     Amount<br>2139-Summons Issue Fee     1     $10.00          $10.00<br>Tender Type:Discover Card     Tender Amt:$10.00<br>Receipt Date:08/01/2025<br>Register#:283     Cashier:e400452 | |
| | 2 | 08/01/2025 | Receipt:<br>  Receipt:2840005          Amt Paid:$300.00<br>Comment:<br>Allocation Code     Quantity     Unit     Amount<br>2100-County Filing Fee     1     $300.00          $300.00<br>Tender Type:Cash          Tender Amt:$200.00<br>Tender Type:Visa Card     Tender Amt:$100.00<br>Receipt Date:08/01/2025<br>Register#:284     Cashier:e400683 | |
| | 5 | 08/01/2025 | 20 Day Summons Issued<br><br>Party: Rocket Mortgage Corporation LLC | |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER: 2025-125933-CC-26 |
|---|---|---|
| ☑ CIVIL ☐ DISTRICTS ☐ FAMILY ☐ OTHER | **CIVIL COVER SHEET** | JUDGE CC 06 |

| PLAINTIFF | VS. DEFENDANT | CLOCK IN |
|---|---|---|
| MARK A TURNER 1411 SE 26TH AVE. Homestead Florida 33035 | ROCLET MORTGAGE CORPORATION LLC, 1050 WOODARD AVE, DETROIT MICHIGAN 48226 | FILED FOR ... 25 AUG -1 ... 08 |

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☑ $30,001 - $50,000
☐ $50,001 - $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**
☐ Condominium
☑ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence - other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic Tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability - commercial
   ☐ Premises liability - residential
☐ Products liability
☐ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure
   ☐ Homestead residential foreclosure
   ☐ Non-homestead residential foreclosure
   ☐ Other real property actions
☐ Professional malpractice
   ☐ Malpractice - business
   ☐ Malpractice - medical
   ☐ Malpractice - other professional

☐ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitution challenge-statute or ordinance
   ☐ Constitution challenge-proposed amendment
   ☐ Corporate trust
   ☐ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**COUNTY CIVIL**
☑ Civil
☐ Real property/Mortgage foreclosure
☐ Replevins
☐ Evictions
   ☐ Residential Evictions
   ☐ Non-residential Evictions
☐ Other civil (non-monetary)

FILED AS REQUESTED

## COMPLEX BUSINESS COURT

**REMEDIES SOUGHT** (check all that apply):

☑ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

**NUMBER OF CAUSES OF ACTION:** [      ]

(specify) _____

_____

**IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ Yes
☐ No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☐ No
☐ Yes If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

**IS JURY TRIAL DEMANDED IN COMPLAINT?**

☑ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _~~Mark Turner~~_ PRO-SE          Florida Bar # _____
          Attorney or party                              (Bar #, if attorney)

_MARK ATURNR_                                    _8/1/2025_
(type or print name)                             Date

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
## CIVIL DIVISION

**PLAINTIFF**

**MARK A. TURNER**                                      **CASE NO;**
**1411 SE 26TH AVE.**
**HOMESTEAD FLORIDA**
**33035**


**VS.**


**DEFEDANTS,**

**ROCKET MORTGAGE**
**CORPORATION Llc:**
**1050 WOODWARD AVE.,**
**DETROIT, MI 48226**

**CIVIL CAUSE OF ACTION BREACH OF FIDUCIARY AND CONTRACT, PREDATORY LENDING, ESTOPPEL PRECLUSION, VIOLATION OF FAIR CREDIT REPORT ACT (FCRA)**

### (JURY DEMAND ENDORSED HEREIN)


**Mark Anthony Turner, Pro-se litigant**
**1411 Se 26th Ave.**
**Homestead Florida**
**33035**
**Ph. 330-501-0352**
**Email markanthony37@sbcglobal.net**

**August 1, 2025.**

1

## I. INTRODUCTION:

The Plaintiff now moves to present a legitimate cause of action in a civil Lawsuit Against the defendant Rocket Mortgage Llc; for Breach of Fiduciary and Contract, Violation of (FCRA), Estoppel (Preclusion), and Predatory Lending

### Plaintiffs Short Brief Statement for Civil Cause of Action

The defendant Rocket Mortgage breached its fiduciary and contractual obligations to the plaintiffs mortgage loan, by failing to administratively control, apply equitable loan and payment servicing standards to validate his monthly loan installments presented to and received in his Rocket Mortgage Loan account 346580966, Rocket Mortgage account resolution team reversed the plaintiffs equitable payments of $593 a month, sent through his online Regions Bank electronic bill payment account and reallocated, deposited the sufficient funds back into his Regions online electronic bank account, creating a defaulted, delinquent Rocket Mortgage loan account and payment history, also a negative derogatory credit history was reported to the (CRA) Credit Reporting Agency, Bureau, the proximate cause of damages

## II. CIVIL CAUSE OF ACTION PREDICATED ON NEW FACTUAL BASIS & CIRCUMSTANCES

### Plaintiff New Civil Action is Predicated on New Factual Basis and Circumstances, a Diverse Type of Breach of both Fiduciary and Contract Infractions and FCRA Violations

Rule 15(d) addresses supplemental pleadings, permitting a party "to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Collins v. Wal-Mart Stores, Inc., 3:23-cv-01368-RBM-DEB (S.D. Cal. Jun 06, 2025). This provision allows parties to update their pleadings to include new facts that have emerged since the filing of the original pleading.

The first instance or infractions of breach of Fiduciary and Contract, violations of FCRA were committed and presented in the underlying original lawsuit against the defendant Rocket Mortgage that were eventually dismissed for "failure to state a claim" in the U.S. District Court, the Appellant court affirmed the U.S. District decision, however the new civil cause of action is not a rehash of the prior breach of fiduciary and contract claims in the underlying case or the

doctrine of res-judicata a (preclusion claim), or collateral estoppel, the new lawsuit is subsequently predicated on Rocket Mortgages, rejection, reversal and returned monthly mortgage payments deposited into the plaintiffs Regions bank electronic bill pay account and definitely must not be commingled or confused with the first breach of fiduciary and contract claims identified in the original, civil cause of action."and a party may move "at any time, even after judgment" to amend the pleadings to conform to the evidence. Roditi v. New River Invs. (S.D. Cal. Dec 27, 2023); Ale v. Tennessee Valley Authority, 269 F.3d 680 (6th Cir. 2001).

In the underlying case the plaintiff raised a specific claim that the defendant defaulted on paying his real estate taxes and caused a mortgage payment and principle balance modification increase and inflation of his monthly mortgage payment, the doctrine of Res judicata precludes or prevents a litigant from re-litigating claims that were or could have been brought in a previous lawsuit, only if the particular lawsuit reached a final judgment based on the merits of the case, however the plaintiffs case was dismissed on a legal technicality, a (pleading deficiency and not the merits of the case) for "failure to state a claim", the lawsuit was terminated before it got started without the procedural aspects of discovery or adjudication by the trier of the fact

Collateral estoppel prevents a litigant from re-litigating specific issues that were actually litigated and decided in a prior case, however the plaintiffs second legitimate cause of action is established on the idea of a "different factual basis and circumstances", a different type of breach of contract and fiduciary, the original underlying breach of fiduciary and contract claim alleged misapplication of the clients loan funds designated for payment of plaintiffs delinquent real estate taxes and assessed misappropriated financial obligation on the plaintiffs principal mortgage balance and unduly oppressed the plaintiff with the burden and inflated loan balance, interest and penalties, the new claim, issue and legitimate cause of action, is the disproportionate reversal of the plaintiffs mortgage payments in November of 2023, it is a subsequent and distinct separate dereliction of trustee administrative abuse and manipulation of finances that are illicit and unprofessional in mannerism and conduct, "another type, or

"different kind of circumstances" of breach in fiduciary and contract, that actually transpired 2

years later chronologically at a different date, time and sequence of events", "afterwards"

peradventure to the original underlying case of breach of fiduciary and contract, that were filed

in 2020, a novice "transactional circumstance" in a contemporary frame of time or period, the

original claim was cited from a financial debacle that occurred, transpired in 2020, the second

claim cites a diverse type of trustee accounting error that transpired in November 2023 two

and a half years with disparity in time from the actual act or commission and culpability. The

Supreme Court's decision in Foman v. Davis, 371 U.S. 178, 182 (1962), provides the

foundational framework: "If the underlying facts or circumstances relied upon by a plaintiff may

be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the

merits." In re Kruszynski, 150 B.R. 209 (Bankr. N.D. Ill. 1993). This policy reflects a preference

for resolving disputes on their merits rather than on procedural technicalities, Dalewitz v. The

Procter & Gamble Co., 22-cv-07323 (NSR) (S.D. N.Y. Mar 11, 2025)

The underlying relationship between the plaintiff and Rocket mortgage (the mortgage)

are the same, but the specific malfeasance conduct, illicit action, and beach of fiduciary and

contract accounting violations, that transpired were different inappropriate incidents, thus the

resulting proximate cause of damages are significantly different in scope and provocation

Therefore the new contravention constitutes a entirely "new litigation dynamic"

implicated on a "diverse type" in breach of fiduciary and contract and the consequential

violations of FCRA, creating a novice legitimate cause of action that was not and could not

have been possibly litigated in the prior case, they are separate circumstances and disparate

scenarios, even in the same overall spectrum that is proximately related to the same legal idea

and objective but with other characteristics of wrongful mala-fide, that cannot not be

commingled or confused as homologous, or the exact same incident or ordeal.

The U.S. District and Appellant Courts affirming the case dismissal was purely

procedural predicated on a "pleading deficiency" and not adjudicated on the merits of the case

**Summation: Divergence in 1st Original Complaint in Comparison to 2nd New Complaint**

In the prior fiduciary complaint the plaintiff relied upon the fact and material evidence, that Rocket Mortgage made a delinquent tax payment, misappropriated loan funds and inflated his principle balance, in this new complaint, the plaintiff emphasizes that the bad faith discrepancy in returned payments, transpired after the initial lawsuit and the novice category, description of breach of fiduciary and contract are a "transactional nucleus of facts", The new claim has a "nuanced factor" that changed the dynamic and narrative, the initiation of a new legitimate cause of action is expedient to resolve the complexity and legal issue on the merits of the case

### III. FACTS COMMON TO ALL

**The Disposition and Status of the Plaintiffs Underlying and Initial Civil Lawsuit**

In August 8, 2022 the Plaintiff Mark A Turner filed a civil lawsuit against Rocket Mortgage Llc; Corporation; and Amrock Llc; now identified as (Rocket Close) for breach of fiduciary, breach of contract, negligence, violation of (FCRA) Fair Credit Reporting Act and Fraud, the original complaint was filed in the Circuit Court of Miami Dade case No; 22-15473-CA-01, and removed to the U.S. Southern District Court of Florida Miami Division Case No; 1:22-CV-23028. the Defendant Counsel moved for a dispositive motion "Failure to State a Claim" U.S. District Judge dismissed the plaintiffs case for "Failure to State a Claim" and a "Shot Gun Pleading", the plaintiff appealed the case to the U.S. Eleventh Circuit Court of Appeals, case 24-10012 the case was AFFIRMED IN PART AND REVERSED INPART, and REMANDED to the U.S. Southern District Court of Florida Miami Division Case No; 1:22-CV-23028 for further proceedings consistent with Appellant Courts opinion on May, 13 2025

**Rocket Mortgages Reversed the Plaintiffs Regions Bank Monthly Mortgage Electronic Payments and Reallocated them back into his Regions Online Bill Pay Account**

The plaintiff Mark A Turner and Rocket Mortgage Llc; became involved in another, adverse legal circumstance and diverse dispute concerning the plaintiffs monthly mortgage payment, Rocket Mortgage is the designated "Fiduciary" of the plaintiffs mortgage payment and escrow account and has the trustee responsibility to disburse and pay all of the plaintiffs

property taxes and insurances, with fiscal fidelity and accountability, likewise Rocket Mortgage is the designated fiduciary and received and controlled the plaintiffs monthly payment obligation, demonstrating the first element and criteria in fiduciary, law the **"Existence of Fiduciary Duty"** accountability is obligated by the defendant company Rocket Mortgage to the plaintiff for both monthly mortgage payment and escrow account, (these relevant documents are material and contractual evidence that Rocket Mortgage is the fiduciary of the plaintiffs mortgage payment and escrow account) **(See EXHIBIT- #1 Rocket Mortgage designated Fiduciary escrow closing disclosure (paid delinquent real estate taxes $2,927), (See EXHIBIT- #2, Rocket Mortgage designated Fiduciary Florida Insurance premium disclosure &settlement certification (paid delinquent taxes $2,927**

Initially, contractually, the two parties agreed on a monthly installment amount of $593, **(See EXHIBIT- #3, Rocket Mortgage and Plaintiffs mutual monthly payment contractual obligation)** both Rocket Mortgage and Amrock Llc; now rebranded and incorporated into Rocket Mortgage Llc; and professionally identified as (Rocket Close), predicated on an accounting error and failure to pay the plaintiffs real-estate taxes **(See EXHIBIT-#4, Miami Dade Tax collector financial department returned unaccepted delinquent Tax payment,** and misappropriation of the plaintiffs delinquent tax funds **(See EXHIBIT-#5, Amrock Llc; correspondence refunded money designated to pay plaintiffs real estate taxes,** Rocket Mortgage illicitly modified, increased and inflated the plaintiffs monthly mortgage and escrow payment to $750 per month in June of 2022, **(See EXHIBIT-#6, correspondence Rocket Mortgage increase in monthly payments $738)** the taxes were contractually obligated to be paid at closing in December 2020, Rocket Mortgage later delinquently paid the real-estate taxes 2 years later in March of 2022 and applied the defaulted, delinquent taxes to the plaintiffs principle loan balance and unduly increased the plaintiffs principle mortgage balance and monthly mortgage payment **(See EXHIBIT-#7, Miami Dade 2019 delinquent tax certificate, paid late March 31, 2022,** Rocket Mortgage contractually failed to notify the plaintiff of

6

modification and failure to pay taxes (error correction agreement **( See EXHIBIT-#8, Real**

**property tax and mortgage contractual payoff "Error Correction agreement")**

Ironically the Rocket Mortgage account resolution team supervisor and Legal department, both

candidly admitted with transparency, the culpability and failure of Rocket Mortgages factual

and historic administrative tax payment debacle, demonstrating that Rocket Mortgage

breached its fiduciary and contractual obligations with regard to the plaintiffs escrow account

and mortgage loan

Rocket Mortgage, in mean spirited apathy and reckless indifference, denied the plaintiff

any amicable customer service or amenable relief to resolve the complex accounting issue with

his escrow account and mortgage loan, they created with imprudent dereliction

**(See EXHIBIT- #13, correspondence, Rocket Mortgage customer service loan Agent**

**Jessica Vest, insufficient check and delinquent taxes issue June 10, 2022**

**(See EXHIBIT- #14, Correspondence, Rocket Mortgage legal department, Morgan Schutz**

**admission of delinquent tax loan proceeds and breach of fiduciary and contract**

**The Plaintiff without Default or Delinquency Continued to Pay his Monthly Mortgage Installment with Fiscal Responsibility through his Regions Online Bill pay Account**

The plaintiff contested the unfair and inequitable increase in monthly payment of

obligation $738, and Rocket Mortgage also increased the plaintiffs principle loan balance, the

plaintiff continued to make his regularly scheduled of $593 per month without default or

delinquency in the duration of the loan and the course of litigation to this present date through

his Regions Bank online electronic bill payment account to a Rocket Mortgage Llc; loan

accounts receivable unto this present day In July 2025, without default or delinquency,

Approximately in December 2023 Rocket Mortgage, Rocket Llc; with contempt began to

reverse and reallocate the plaintiffs $593 mortgage payments and deposit them back into his

Regions Bank electronic on line bank account identifying them as "insufficient payment"

**(See EXHIBIT-#9, Region bank online electronic bill payment Rocket Mortgage**

**transaction history, disbursement and reversal, from December 2023 until July 2025**

7

**(See EXHIBIT-#10 correspondence from Rocket Mortgage payment not accepted notice**

**"insufficient payment" July, 16, 2025 only 3 examples, 33 in total**

**Rocket Mortgages Reversal of the Plaintiffs Monthly Mortgage Payments is a Breach of Contract and Fiduciary, Causation of Financial Damages and Violation (FCRA)**

Rocket Mortgages reversal and remitting of the plaintiffs monthly mortgage payment to his Regions bank electronic bill pay account, was a intentional "breach of fiduciary and contract" regarding his escrow account, mortgage balance and payment account history, Rocket mortgage began identifying, assessing the return payments as "insufficient payments", Rocket mortgage with deceptive malicious intent placed the plaintiffs mortgage account in a defaulted and delinquent status that accumulated into a massive negative unpaid debt and balance of $17,000 and accruing in principle, interest and penalty monthly, the proximate cause of financial damages, the unsolicited debt invariably applied to the plaintiffs principle mortgage balance, inflated his mortgage principle balance from $50,000 to an exorbitant $67,000 in penalties and interest, Likewise Rocket mortgage has reported the plaintiffs on time payments as defaulted and delinquent on his credit report and has decimated and negatively impacted the plaintiffs CRA, credit reporting score and ability to utilize or obtain credit **( See EXHIBIT-#11, Credit Bureau Report Plaintiffs inflated mortgage balance $67,00**

### IV. LEGAL STANDARD & ARGUMENT AT LAW AND AUTHORITIES

**Legal Standard Definition and Key Elements of a Breach of Fiduciary Duty in Florida**

In Florida, a breach of fiduciary duty occurs when someone in a position of trust, like a trustee or personal representative, fails to uphold the legal and ethical obligations they owe to the person or entity they represent (the beneficiary or principal). This can involve failing to act with loyalty, care, and transparency, leading to potential legal and financial consequences.

**1. Existence of a Fiduciary Duty:** The first step is establishing that a fiduciary relationship existed. This relationship is characterized by a high degree of trust and confidence, where one party (the fiduciary) is expected to act in the best interests of another (the beneficiary).

8

The language used by courts to describe the fiduciary relationship reflects its historical origin in equity. For instance, in Doe v. Evans, 814 So. 2d 370, 374 (Fla. 2002), quoting Quinn v. Phipps, 113 So. 419, 421 (Fla. 1927)

**2. Breach of Duty:** The fiduciary's actions or inactions must deviate from the expected standard of care and loyalty. Common examples include self-dealing (acting in their own interest), mismanagement of assets, failure to disclose conflicts of interest, or excessive compensation.The **"duty of care"** requires that directors inform themselves "prior to making a business decision, of all material information reasonably available to them." See Smith v. Van Gorkem, 488 A.2d 858 (1985).The **"duty of loyalty"** means that all directors and officers of a corporation working in their capacities as corporate fiduciaries must act without personal economic conflict. As the Delaware Supreme Court explained in *Guth v. Loft, 5 A.2d 503, 510 (Del. 1939)*, "Corporate officers and directors are not permitted to use their position of trust and confidence to further their private interest." Perhaps the most famous description of the **"duty of loyalty"** is by Chief Judge Benjamin Cardozo in Meinhard v. Salmon, 164 N.E. 545, 546 (N.Y. 1928): Under the **"duty of good faith",** a corporation's directors and officers must advance interests of the corporation and fulfill their duties without violating the law.See In re The Walt Disney Co. Derivative Litig., 906 A.2d 27 (Del. 2006)., The directors' failure to follow the charter may, however, be a breach of fiduciary duty (see Breach Committed in **"Bad Faith"**). (Lacey v. Mota-Velasco, 2021 WL 508982, at *7-9 (Del. Ch. February 11, 2021).

**3. Damages:** The breach must have caused financial loss or harm to the beneficiary.

**4. Causation:** The damages must be directly traceable to the fiduciary's breach

**Plaintiffs Mortgage Contract Converted to a Fiduciary Relationship when Rocket Mortgage Controlled Monthly Payments and the Plaintiffs Mortgage Escrow Account**

For example, Arms Length Covered to a Fiduciary Relationship, in First National Bank and Trust Company of the Treasure Coast v. Pack, 789 So. 2d 411 (Fla. 4th DCA 2001), the buyers of a new home sued the bank that provided them with a construction loan for breach of fiduciary duty after the builder failed to correct various defects in the home.

9

Another example of an arm's length business transaction being converted into a fiduciary relationship is the decision in Capital Bank v. MVB, Inc., 644 So. 2d 515 (Fla. 3d DCA 1994). In Capital Bank, which is cited in the First National decision, a vendor of hair care products and its supplying manufacturer each had a borrower relationship with the bank. Brundage v. Bank of America, 996 So. 2d 877, 882 (Fla. 4th D.C.A. 2008) ("A fiduciary relationship involves discretionary authority and dependency: One person depends on another — the fiduciary — to serve his interests.") A fiduciary relationship and duty may arise from what would normally be an arm's length business transaction when one party takes on responsibilities not required by the transaction, thereby leading the other party to reasonably believe that the first party is acting on behalf of the other party's interests.[82] For example, In *Capital Bank*, which is cited in the *First National* decision, *Doyle v. Maruszczak*, 834 So. 2d 307, 309 (Fla. 5th D.C.A. 2003) (an agent owes a fiduciary duty to the principal and may not put itself in a position adverse to that of the principal); ("all fiduciary relations give rise to the problem of abuse of power ... the purpose of fiduciary law should be to solve this problem"); Ernest J. Weinrib, *The Fiduciary Obligation*, 25 U. Toronto L. J. 1, 4 (1975) ("The fiduciary obligation is the law's blunt tool for the control of ... discretion.")

### Rocket Mortgage Breached Fiduciary and Contractual Obligation by Reversing and Reallocating the Plaintiffs Payments to his Regions Bank Electronic Bill Payments

The duty of care requires that directors inform themselves "prior to making a business decision, of all material information reasonably available to them." *Smith v. Van Gorkem*, 488 A.2d 858 (1985). Moreover, a director may not simply accept the information presented. Rather, the director must assess the information with a "critical eye," so as to protect the interests of the corporations and its stockholders. *Smith v. Van Gorkem*, 488 A.2d 858 (1985). The duty of loyalty means that all directors and officers of a corporation working in their capacities as corporate fiduciaries must act without personal economic conflict. As the Delaware Supreme Court explained in *Guth v. Loft*, 5 A.2d 503, 510 (Del. 1939), Under the duty of good faith, a corporation's directors and officers must advance interests of the corporation and fulfill their

10

duties without violating the law. *In re The Walt Disney Co. Derivative Litig.*, 906 A.2d 27 (Del. 2006). Under the duty of prudence, a trustee must administer a trust with a degree of care, skill, and caution that a prudent trustee would exercise. *Amgen Inc. v. Harris*, 577 U.S. __ (2016). This duty requires directors to act with "complete candor." In certain circumstances, this requires the directors to disclose to the stockholders "all of the facts and circumstances" relevant to the directors' decision. *Amgen Inc. v. Harris*, 577 U.S. __ (2016).*4)*

### Legal Standard and Definition of Key Elements  Breach of Contract

In law, a breach of contract occurs when a party fails to fulfill their obligations as agreed upon in a legally binding contract, without a valid legal excuse.

This failure can involve not performing a required action, not performing it correctly, or not completing it on time to prove a breach of contract, four key elements must be established:as a result of the defendant's here's a more detailed breakdown:

 **1. Existence of a valid contract:** This means there was a legally binding agreement between the parties, with offer, acceptance, and consideration (something of value exchanged).

 **2. Performance or excuse:** The plaintiff must demonstrate they either fulfilled their obligations under the contract or had a valid legal reason for not doing so.

 **3. Breach by the defendant:** The defendant failed to fulfill their contractual obligations, which could include non-performance, inadequate performance, or failure to meet deadlines.

 **4. Damages:** The plaintiff must demonstrate they suffered a loss or injury due to the defendant's breach of contract.

### Defendant Rocket Mortgage Breached Contractual Obligation to the Plaintiff with Reversed, Reallocated Mortgage Payments to Regions Bank Electronic Bill Pay Account

The plaintiff has established the lawful criteria and 4 elements to establish his claim for breach of contract, a valid contract existed between the two diverse parties, the contractual obligation has identified Rocket Mortgage as the fiduciary responsibility for the receipt, processing and application of the plaintiffs monthly mortgage payment to his Rocket Mortgage loan account, Rocket Mortgage in breach of fiduciary reversed the mortgage payments and

remitted the funds back to the plaintiffs electronic bill payment bank account, consequently

placing the plaintiffs account in extreme arrearages, default, compounded interest, penalty and

undue negative credit report delinquencies, Rocket Mortgage is the designated fiduciary

administrator of the plaintiffs mortgage escrow and bill payment accounts to apply proceeds to

his mortgage balance and disburse loan proceeds to pay real estate taxes and insurance

The Plaintiffs claims go beyond mere allegation and are inextricably in the written

content of the contractual instrument, the Defendants claim that the relationship between the

Plaintiff and the defendant was "Arms Length " is bogus and unsupported by material fact or

implied evidence "Florida follows the general rule that to be recoverable, damages for breach

of contract `must arise naturally from the breach, or have been in contemplation of both parties

at the time they made the contract, as the probable result of a breach.'" *T.D.S., Inc. v. Shelby

Mut. Ins.* Co., 760 F.2d 1520, 1532 n. 11 (11th Cir.1985) (citing Hobbley v. Sears, Roebuck and

Co., 450 So. 2d 332, 333 (Fla.App. 1st Dist.1984)). Moreover, "damages are recoverable so

long as the actual consequence of breach of contract could have been reasonably expected to

flow from the breach." T.D.S., Inc., 760 F.2d at 1520, n. 11. (citing Natural Kitchen, Inc. v.

American Transworld Corp., 449 So. 2d 855, 860 (Fla. 2d DCA 1984)). **1. A material breach**

**o**ccurs only when an injured party has sustained a substantial injury due to the breach. Malladi

v. Brown, 987 F. Supp. 893 (M.D.Ala. 1997). **2. A Valid Contract in order to breach a**

**contract**, the contract must have been in existence. Johnson v. All American Life Ins. Co., 838

F. Supp. 1556 (M.D.Fla.1993) **3. Restoration to Original Position** Under Florida law, "equity

will not usually order rescission unless the condition of the parties may be restored as it existed

prior to the execution of the contract." Hibiscus Associates Ltd. v. Board of Trustees of

Policemen and Firemen Retirement System of City of Detroit, 50 F.3d 908, 917 (11th Cir.1995).

See also Mazzoni Farms, Inc. v. E.I. DuPont De Nemours and Co., 761 So. 2d 306, 313 (Fla.

2000) (citing Lang v. Horne, 156 Fla. 605, 23 So. 2d 848, 853 (1945)) (stating a prerequisite to

rescission of contract is placing the other party in status quo). ." Cheverie v. Geisser, 783 So.

2d 1115, 1119 (Fla. 4th DCA 2001). "It is axiomatic that a promise, no matter how slight, can

constitute sufficient consideration so long as a party agrees to do something that they are not bound to do" Ashby v. Ashby, 651 So. 2d 246, 247 (Fla. Dist. Ct. App. 1995).

**The Fair Credit Reporting Act (FCRA) is a Federal Law that Regulates the Collection, Dissemination, and use of Consumer Credit Information**

Enacted in 1970, the FCRA aims to ensure the accuracy and privacy of consumer credit reports while promoting the availability of credit, insurance, and employment opportunities. It outlines consumer rights related to their credit information and establishes rules for credit reporting agencies (CRAs) and information furnishers (like lenders and creditors).

**Legal Standard Definition and Key / Elements or Aspects  of the (FCRA) Violations:**

**1. Consumer Rights:** The FCRA grants consumers the right to access their credit reports, dispute inaccurate information, and know who has accessed their credit information.

**2. Accuracy and Fairness:** The FCRA requires CRAs to follow "reasonable procedures" to ensure the accuracy, relevance, and confidentiality of consumer information.

**3. Permissible Purposes:** The FCRA specifies the permissible purposes for which a CRA can furnish a consumer report, such as for credit, insurance, employment, and certain government transactions.

**Responsibilities of Information Furnishers:** The FCRA also outlines responsibilities for those who provide information to CRAs, including the duty to report accurate information and update or correct previously reported information.

**4. Dispute Resolution:** The FCRA provides a framework for consumers to dispute inaccurate or incomplete information in their credit reports and requires CRAs to investigate these disputes.

**5. Identity Theft Protection:** The FCRA includes provisions to protect consumers from identity theft, such as allowing consumers to place fraud alerts on their credit reports.

**6. Enforcement:** The Federal Trade Commission (FTC) and the Consumer Financial Protection Bureau (CFPB) are the primary enforcers of the FCRA, and consumers can also bring civil actions to enforce their rights under the law.

**The Defendant Rocket Mortgage is in Violation of the (FCRA) Falsely Reported Reversed Region Bank Bill Payments as Default and Delinquencies**

Approximately in or about November 2023, the Plaintiff and his mortgage lien holder were involved in a contentious litigation dispute, Rocket Mortgage began a aggressive and adverse strategy against the plaintiff by reversing the plaintiffs $593 a month and remitting (depositing) the payments back into the plaintiffs Regions electronic bill pay account as "insufficient payment" placing the plaintiffs Rocket Mortgage account in default and delinquent status, accumulating massive arrearages and financial damages of over $17,000 in interest and penalties and further damaging the plaintiffs credit history with negative and derogatory CRA credit history reports, the plaintiff filed a dispute with, Equifax, Trans Union, Experian and all three investigated and sent a complaint to Rocket Mortgage for a response but Rocket Mortgage did nothing to adjust or correct the patently false derogatory credit reports of delinquencies and defaults **(See EXHIBIT- #11, Equifax, Trans-union, Experian investigative reports, April 11, 18,  2024,**

The FCRA governs the behavior of consumer reporting agencies, also called "credit bureaus," and the businesses or individuals that report information to the consumer reporting agencies (CRAs). The CRAs compile this information into your credit report. Creditors, landlords, and employers may rely on information in your credit report in making decisions to extend credit to you, give you a job, or rent a home or apartment to you.

The FCRA provides rules about who can access your report, what can be reported and for how long, and what CRAs and information suppliers (also called "furnishers") must do if you dispute information, If a CRA or another entity violates the FCRA, you might suffer harm. For example, inaccurate information in your report could lead a creditor to deny you a car loan or credit card, an employer to refuse to hire you, or a landlord to decide not to rent to you. You could suffer other harm as well.

If an FCRA violation happens, you can sue in court. Here are the remedies that are available. If you can show that the CRA, information furnisher, or entity using the information willfully violated its obligations under the FCRA, then you may be entitled to recover up to all of

14

the following damages:-Basic Damages (pick one):actual (provable) damages (no limit), or statutory damages between $100 and $1,000 (to get these you don't have to prove that the violation harmed you).

You are also entitled to damages if you can show that the CRA or other entity negligently failed to comply with its obligations under the FCRA. Damages here include:actual damages (no set limit or minimum), and attorneys' fees and costs. (15 U.S.C. § 1681o) (1),Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1157 (9th Cir. 2009). A consumer may sue a furnisher and recover damages if the furnisher willfully or negligently violated FCRA. 15 U.S.C. §§ 1681n, 1681o; see Syed v. M- I, LLC, 853 F.3d 492, 503 (9th Cir. 2017).In this respect, a furnisher's duties resemble those of a credit reporting agency, which can also be liable for failing to "follow reasonable procedures to assure maximum possible accuracy" of information on a credit report. 15 U.S.C. § 1681e(b); see also 15 U.S.C. §§ 1681n, 1681

With Gross's liability "abolished," he was no longer obligated to repay the debt. See Black's Law Dictionary (11th ed. 2019) (defining "debt" as "[l]iability on a claim"); (defining "liable" as "[r]esponsible or answerable in law; GROSS V. CITI-MORTGAGE legally obligated"). Gross no longer owed a balance, so his payments were not late, and the loan should not have been accruing interest or late fees. It was "patently incorrect" for Citi Mortgage to report otherwise. Gorman, 584 F.3d at 1163.Gross has more than satisfied his burden to make a prima facie showing of inaccurate reporting: he established as a matter of law that Citi Mortgage's reports were "patently incorrect." See Gorman, 584 F.3d at 1163 (defining inaccuracy under FCRA as information that is "patently incorrect" or materially misleading).

### Rocket Mortgage Contractually Beached the Plaintiffs Mortgage Agreement by the Doctrine of Estoppel ( Preclusion Clause )

Rocket Mortgage modified the plaintiffs monthly loan installment and mortgage repayment agreement without his obligation and consent, inflating the monthly payment from $593 to $738 per month and reversing and reallocating his monthly mortgage installments, to his Regions Bank Bill pay electronic account, the causation go high interest fees, lack of transparency in hidden terms, excessive loan amounts, assets based lending, systematic

15

deception, exploitation of vulnerable borrowers, **( See EXHIBIT- #3, Rocket Mortgage and Plaintiffs mutual monthly payment contractual obligation )** unauthorized, " Lenox Maclaren Surgical Corp. v. Medtronic, Inc., D.C. No. 1:10-CV-02139-RPM (D. Colo), No. 11-1251 (10th Cir. Nov 15, 2011) ("Equitable estoppel precludes a party from asserting rights he otherwise would have had against another when his own conduct renders assertion of those rights contrary to equity.").In the specific context of contractual relationships, estoppel has been applied to prevent parties from selectively enforcing certain provisions while avoiding, The doctrine of estoppel in contract law prevents someone from asserting a claim or right that contradicts their previous actions or statements, especially when another party has relied on those actions or statements to their detriment. This principle ensures fairness and prevents parties from unfairly going back on their word. Estoppel is a legal doctrine that essentially prevents a party from asserting a position that is inconsistent with their previous conduct, representations, or even silence. It's rooted in fairness and prevents someone from unfairly taking advantage of another

### Legal Standard Definition and Key Elements of Predatory Lending

Predatory lending refers to lending practices that involve unfair, deceptive, or abusive tactics to trick or force borrowers into loans with terms that disproportionately benefit the lender. These practices can lead borrowers into a cycle of debt, potentially harming their credit and leading to the loss of their assets, like a home or car. Predatory lenders often target vulnerable populations, such as minorities, the elderly, those with low income, the less educated, and individuals with poor credit or urgent financial needs. In re Maxwell, 281 B.R. 101 (Bankr. Mass. 2002) described the targets of predatory lending as "usually people who have substantial equity in their homes due to rising real estate values or due to the reduction of purchase money debt, but who are short on cash because of their low or fixed incomes... Those most often affected are minorities, the elderly, and the inner-city and rural poor."

## Common Characteristics and Tactics of Predatory Lending

The leading U.S. federal cases defining predatory mortgage lending include In re First Alliance Mortg. Co., City of Miami v. Bank of America, City of Miami v. Citigroup, In re Countrywide Financial Corp., and County of Cook v. Wells Fargo, which collectively establish standards for identifying predatory lending through practices such as discriminatory targeting of minority borrowers, deceptive sales techniques, steering borrowers to unfavorable loan products, and failing to disclose material loan terms.

**1. High Interest Rates and Fees:** Predatory loans often carry extremely high interest rates (potentially reaching triple digits) and excessive fees that significantly increase the total cost of the loan, trapping borrowers in a cycle of debt. These fees can be disguised or hidden, making it difficult for borrowers to understand the true cost of the loan.  Pezza v. Wells Fargo Bank, NA, Civ. No. 09-2097 (D. N.J. Aug 30, 2011) provided a clear definition of predatory lending as recognized by New Jersey courts: "a mismatch between the needs and capacity of the borrower...Jordan v. Paul Financial Llc, 745 F.Supp.2d 1084 (N.D. Cal. 2010) clarified that compliance with TILA disclosure requirements does not shield lenders from liability for unfair or deceptive practices under state law:

**2. Lack of Transparency and Hidden Terms:** Predatory lenders may not clearly disclose essential loan details like the Annual Percentage Rate (APR), repayment schedule, or total loan cost. They may also pressure borrowers to sign documents with blank sections, which can then be filled in with unfavorable terms later. Stith v. Thorne, 488 F.Supp.2d 534 (E.D. Va. 2007)described predatory lending as "engaging in deception or fraud, manipulating borrowers or sellers through aggressive sales tactics, or taking unfair advantage of a borrower's or seller's lack of understanding about loan terms."

**3. Loan Flipping or Churning:** This involves repeatedly refinancing a loan, often without real benefit to the borrower, but generating new fees and charges for the lender each time.

**4. Excessive Loan Amounts:** Lenders may encourage borrowers to take out larger loans than they need or can afford to repay. This practice can strip away a homeowner's equity, putting them at risk of losing their home if they cannot make payments.

**5. Asset-Based Lending:** Making unaffordable loans based on the borrower's assets (like home equity) rather than their ability to repay the loan. **Systematic Deception**: Evidence of standardized sales protocols or scripts designed to mislead borrowers about material loan terms, as demonstrated in In re First Alliance Mortg. Co., 471 F.3d 977 (9th Cir. 2006),

**6. Targeting and Steering:** Directing individuals, especially those with poor credit or from vulnerable groups, into subprime mortgages or higher-cost loans when they might qualify for better options. **Exploitation of Vulnerable Borrowers**: Evidence that lenders targeted borrowers with limited financial sophistication, particularly "minorities, the elderly, and the inner-city and rural poor" as noted in In re Maxwell, 281 B.R. 101 (Bankr. Mass. 2002).

### COUNT I
### BREACH OF FIDUCIARY

(1) Breach of Fiduciary, the plaintiffs monthly mortgage payments, were not properly applied to his principle loan balance, reversed, reallocated to his Regions bank electronic bill payment account, the Plaintiffs Rocket Mortgage loan account was a mishandled breach of contract and fiduciary, the Plaintiff occurred undue and massive financial loss defaults and arrearages of more than $17,000, that are economically oppressive and accumulating invariably, Rocket Mortgage continues to submit negative and derogatory remarks on the plaintiffs credit history to ( CRA ), Rocket Mortgage Loans did not act professionally or exhibit a reasonable standard of professional care in good business faith

### COUNT II
### BREACH OF CONTRACT

(3) Breach of Contract, (1) a valid contract existed; (2) the <u>plaintiff</u> performed their part of the contract, or had a valid excuse for not doing so; (3) the <u>defendant</u> failed to perform their contractual obligations; and (4) the <u>plaintiff</u> suffered damages as a result of the defendant's breach, Rocket Mortgage breached its contractual obligations toward the Plaintiffs Mortgage

18

loan account when failing to apply the plaintiffs monthly loan installments of $593 to rescind the plaintiffs principle loan balance and interest but with illicit conduct reversed and allocated the monthly installments to the Plaintiffs Regions bank electronic bill payment account, the Plaintiff occurred undue and massive financial loss and arrearages more than $17,000 that are economically oppressive and are invariably accumulating in penalties and interest, Rocket Mortgage continues submit negative and derogatory credit remarks on the plaintiffs credit history, to the CRA. detrimental and irreparable damage to the plaintiffs credit history

## COUNT III
## VIOLATION OF THE FAIR CREDIT REPORTING ACT

(5) False Credit Reporting, Rocket Mortgage Loans imputed in-accurate, negative, false and derogatory credit information on the Plaintiffs credit report and history to CRA causing irreparable damage and massive financial losses, Rocket Mortgage Loans is in violation of he Fair Credit Reporting Act, Rocket Mortgage inaccurately, fraudulently reported derogatory, defaulted and delinquent payments on the Plaintiffs credit report, after receiving and reversing the plaintiffs monthly loan installments of $593 he sent through the plaintiffs Regions electronic bill payment bank account, the plaintiff initiated and filed a dispute resolution with CRA, Rocket Mortgage investigated and took no corrective action to remove the falsified, derogatory information, the Plaintiff occurred undue and massive financial loss approximately $17,000, that are economically oppressive and are accumulating invariably, Rocket Mortgage continues to submit irreparable, negative and derogatory remarks on his credit history, to CRA

## COUNT IV
## PREDATORY LENDING

Rocket Mortgage construed the plaintiffs mortgage loan with **Systematic Deception:** that are (precluded by estoppel, )the causation go high interest fees, lack of transparency in hidden terms, excessive loan amounts, assets based lending, systematic deception, exploitation of vulnerable borrowers the characteristic of Evidence of standardized sales protocols or scripts designed to mislead borrowers about material loan terms, as demonstrated in In re First Alliance Mortg. Co., 471 F.3d 977 (9th Cir. 2006), where the court found loan officers were

trained to misrepresent monthly payments and redirect borrowers' attention away from points and fees deceptive loan practices, schemes to lead, trap the plaintiff into defaulted mortgage

## COUNT V
## ESTOPPEL ( PRECLUSION )

Rocket Mortgages reversal and illicit modification of the plaintiffs monthly mortgage loan repayments, reallocated to his Regions electronic bill payment account without his prior authorization or consent, is Estopped and precluded as a matter of law, the undue excessive inflation of plaintiffs monthly payment from $593 to $758 per month is by Rocket Mortgage is Estopped, as a matter of law, Rocket Mortgage is (precluded) from asserting something contrary to what was implied and mutually accepted by both parties in the previous contractual agreement

**THEREFORE;** The claimant hereby submits a indefinite financial demand of of more than $15,000 in compensatory, punitive damages and treble damages, attorneys fees, court cost and another relief the court deems necessary

20

## CERTIFICATE OF SERVICE

The Plaintiff Mark A Turner Pro-se litigant, hereby certifies that a true and accurate copy oF

was sent by both email and regular mail on ~~July 5, 2025, to the Defendant counsel Drew P.O~~

~~Malley at SPENCER FANE LLP, 201 N. Franklin St, Sec 2150 Tampa Bay Florida 330602~~

Mark Anthony Turner, Pro-se litigant
1411 Se 26th Ave.
Homestead Florida
33035
Ph. 330-501-0352
Email markanthony37@sbcglobal.net

**August 1, 2025**

*[signature]*

21

## EXHIBIT ANNEX

**EXHIBIT- #1** Rocket Mortgage designated Fiduciary escrow closing disclosure (paid delinquent real estate taxes $2,927)

**EXHIBIT- #2,** Rocket Mortgage designated Fiduciary Florida Insurance premium disclosure &settlement certification (paid delinquent taxes $2,927

**EXHIBIT- #3,** Rocket Mortgage and Plaintiffs mutual monthly payment contractual obligation)

**EXHIBIT-#4,** Miami Dade Tax collector financial department returned unaccepted delinquent Tax payment,

**EXHIBIT-#5,** Amrock Llc; correspondence refunded money designated to pay plaintiffs real estate taxes

**EXHIBIT-#6,** correspondence Rocket Mortgage increase in monthly payments $738)

**EXHIBIT-#7,** Miami Dade 2019 delinquent tax certificate, paid late March 31, 2022

**EXHIBIT-#8,** Real property tax and mortgage contractual payoff "Error Correction agreement")

**EXHIBIT-#9,** Region bank online electronic bill payment Rocket Mortgage transaction history, disbursement and reversal, from December 2023 until July 2025

**EXHIBIT-#10** correspondence from Rocket Mortgage payment not accepted notice "insufficient payment" July, 16, 2025 only 3 examples, 33 in total

**EXHIBIT-#11,** Credit Bureau Report Plaintiffs inflated mortgage balance $67,00

**EXHIBIT- #12,** Equifax, Trans-union, Experian investigative reports, April 11-18, 2024

**EXHIBIT- #13,** correspondence from Rocket Mortgage customer service loan Agent Jessica Vest, insufficient check and delinquent taxes in issue June 10,2022

**EXHIBIT- #14,** Correspondence from Rocket Mortgage legal department attorney Morgan Schulz, admission of of delinquent tax loan proceeds and breach of fiduciary and contract

# EXHIBIT-#1

## Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

### Closing Information

| | |
|---|---|
| Date Issued | 12/15/2020 |
| Closing Date | 12/23/2020 |
| Disbursement Date | 12/29/2020 |
| Settlement Agent | Amrock, LLC |
| File # | 69158894 |
| Property | 1411 SE 26th Ave |
| | Homestead, FL 33035-2120 |
| Appraised Prop. Value $ | 225,000 |

### Transaction Information

| | |
|---|---|
| Borrower | Mark Anthony Turner |
| | 1411 SE 26th Ave |
| | Homestead, FL 33035-2120 |
| Lender | Quicken Loans, LLC |

### Loan Information

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Refinance |
| Product | Fixed Rate |
| Loan Type | ☒ Conventional ☐ FHA |
| | ☐ VA ☐ _____ |
| Loan ID # | 3465809661 |
| MIC # | |

### Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $77,705 | NO |
| Interest Rate | 3.625% | NO |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $354.38 | NO |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

### Projected Payments

| Payment Calculation | Years 1-30 |
|---|---|
| Principal & Interest | $354.38 |
| Mortgage Insurance | + 0 |
| Estimated Escrow<br>*Amount can increase over time* | + $370.33 |
| **Estimated Total Monthly Payment** | **$724.71** |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time*<br>*See page 4 for details* | $540.15<br>a month | ☒ Property Taxes<br>☒ Homeowner's Insurance<br>☒ Other: HOA Dues<br>*See Escrow Account on page 4 for details. You must pay for other property costs separately.* | Yes<br>Yes<br>No |

### Costs at Closing

| | | |
|---|---|---|
| Closing Costs | $14,056.77 | Includes $ 3,469.51 in Loan Costs + $ 10,587.26 in Other Costs - $ 0.00 in Lender Credits. *See page 2 for details.* |
| Cash to Close | $30,425.82 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* ☐ From ☒ To  Borrower |

CLOSING DISCLOSURE
95a4ef59c315d3997614e49878d20be3
Wolters Kluwer Financial Services © 2014
12/15/2020 15:04:21 EST


q03465809661 2342 351 0106

PAGE 1 OF 5 • LOAN ID # 3465809661

VMP6611B (1407).00

## Closing Cost Details

| Loan Costs | | Borrower-Paid | | Paid by Others |
|---|---|---|---|---|
| | | At Closing | Before Closing | |
| **A. Origination Charges** | | | **$2,704.10** | |
| 01    2  % of Loan Amount (Points) | | $1,554.10 | | |
| 02 Processing Fee | | $800.00 | | (L)  $100.00 |
| 03 Underwriting Fee | | $350.00 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **B. Services Borrower Did Not Shop For** | | | **$765.41** | |
| 01 Credit Monitoring Service | to Factual Data | $4.50 | | |
| 02 Credit Report | to FactualData-FF | $38.00 | | |
| 03 Flood Determination Fee | to CoreLogic Flood Services | $10.50 | | |
| 04 Flood Life of Loan Coverage | to CoreLogic Flood Services | $6.00 | | |
| 05 Life of Loan Tax Service | to CoreLogic Tax Services | $54.00 | | |
| 06 Tax Certification Fee | to Amrock, LLC | $25.00 | | |
| 07 Title-Abstract or Title Search | to Amrock, LLC | $150.00 | | |
| 08 Title-Express Mail/Courier Fee | to Amrock, LLC | $45.00 | | |
| 09 Title-Lenders Title Policy | to Amrock, LLC | $332.41 | | |
| 10 Title-Settlement or Closing Fee | to Amrock | $100.00 | | |
| **C. Services Borrower Did Shop For** | | | **$0.00** | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | | **$3,469.51** | |
| Loan Costs Subtotals (A + B + C) | | $3,469.51 | | |

### Other Costs

| | | Borrower-Paid | | Paid by Others |
|---|---|---|---|---|
| | | At Closing | Before Closing | |
| **E. Taxes and Other Government Fees** | | | **$616.21** | |
| 01 Recording Fees   Deed:         Mortgage: $188.50 | | $188.50 | | |
| 02 Transfer Taxes | to Florida | $427.71 | | |
| **F. Prepaids** | | | **$9,290.40** | |
| 01 Homeowner's Insurance Premium (12  mo.) to Frontline Insurance | | $1,739.00 | $1,836.00 | |
| 02 Mortgage Insurance Premium (     mo.) | | | | |
| 03 Prepaid Interest  $7.82    per day from 12/29/2020 to 01/01/2021 | | $23.46 | | |
| 04 Property Taxes ( 12 mo.)  to Miami-Dade County | | $2,704.90 | | |
| 05 Delinquent Taxes County Taxes to Miami-Dade County Tax Coll | | $2,927.04 | | |
| **G. Initial Escrow Payment at Closing** | | | **$740.65** | |
| 01 Homeowner's Insurance   $144.92  per month for  2  mo. | | $289.84 | | |
| 02 Mortgage Insurance                    per month for    mo. | | | | |
| 03 Property Taxes   $225.41  per month for  4  mo. | | $901.64 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 Aggregate Adjustment | | $-450.83 | | |
| **H. Other** | | | **$0.00** | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | | **$10,587.26** | |
| Other Costs Subtotal (E + F + G + H) | | $8,751.26 | $1,836.00 | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | | **$14,056.77** | |
| Closing Costs Subtotals (D + I) | | $12,220.77 | $1,836.00 | $100.00 |
| Lender Credits | | | | |

CLOSING DISCLOSURE
Wolters Kluwer Financial Services © 2014

VMP8620 (1407).00

q03465809661 2342 351 0206

## Payoffs and Payments
Use this table to see a summary of your payoffs and payments to others from your loan amount.

| TO | AMOUNT |
|---|---|
| 01 REGIONS BANK | $15,073.41 |
| 02 CAPITAL ONE | $6,411.00 |
| 03 DISCOVERBANK | $5,017.00 |
| 04 BRCLYSBANKDE | $3,543.00 |
| 05 JPMCB CARD | $2,521.00 |
| 06 CAPITAL ONE | $1,511.00 |
| 07 JPMCB CARD | $982.00 |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| **K. TOTAL PAYOFFS AND PAYMENTS** | **$35,058.41** |

## Calculating Cash to Close
Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Loan Amount | $77,705 | $77,705.00 | NO |
| Total Closing Costs (J) | $-12,330 | $-14,056.77 | YES • See Total Loan Costs(D) and Total Other Costs(I) |
| Closing Costs Paid Before Closing | $0 | $1,836.00 | YES • You paid these Closing Costs Before Closing |
| Total Payoffs and Payments (K) | $-35,058 | $-35,058.41 | NO |
| Cash to Close | $30,317.00 | $30,425.62 | |
| | ☐ From ☒ To Borrower | ☐ From ☒ To Borrower | Closing Costs Financed (Paid from your Loan Amount)   $12,220.77 |

PAGE 3 OF 5 - LOAN ID #    3465809661

VMP663B (1407).00



q03465809661 2342 351 0306

# EXHIBIT-2



3465809661

## Florida Insurance Premium Disclosure & Settlement Agent Certification

**Agency File #** 69158894                                    **Closing Date:** December 23, 2020

You are being given this form and certification to explain differences between federal and Florida law. Federal law requires the costs of the policies to be calculated using the full premium for the lender policy. Florida law allows the premium for the lender's policy to be calculated using a lower rate when purchased along with an owner's policy.

If both an owner's policy and a lender's policy are being purchased, the title insurance premiums on this form might differ from the premiums on the Closing Disclosure. The owner's policy premium listed on the Closing Disclosure will probably be lower than on this form, and the lender's policy premium will probably be higher.

The chart below lists the amounts disclosed by the lender and the premium for the policies being purchased. These amounts include the charges for endorsements to the policies:

|      |                              | Closing Disclosure Amount | | Florida Premium | |
|------|------------------------------|--------|--------|-------|--------|
|      |                              | Buyer  | Seller | Buyer | Seller |
| (a)  | Lender's policy:             |        |        |       |        |
| (b)  | Lender's Endorsements:       |        |        |       |        |
| (c)  | Lender's Policy Total:       |        |        |       |        |
| (d)  | Owner's policy:              |        |        |       |        |
| (e)  | Owner's Endorsements:        |        |        |       |        |
| (f)  | Owner's Policy Total:        |        |        |       |        |
|      | Total All Policies ( c + f): |        |        |       |        |

The total dollar amount for the policies as disclosed on this form should be equal to the total premium calculated using the Florida Insurance Code. The Florida Premium amounts listed above will be used to disburse the funds from the title agency's escrow account to FIRST AMERICAN TITLE INSURANCE COMPANY and Amrock, LLC

The undersigned hereby certify that they have carefully reviewed the Closing Disclosure or other settlement statement form, and they approve and agree to the payment of all fees, costs, expenses and disbursement as reflected on the Closing Disclosure or other settlement statement form to be paid on their behalf. We further certify that we have received a copy of the Closing Disclosure or other settlement statement.

| Seller | Date Signed | Buyer/Borrower Mark Anthony Turner | Date Signed 12/23/2020 |
|--------|-------------|-------------------------------------|-------------|
| Seller | Date Signed | Buyer/Borrower | Date Signed |
| Seller | Date Signed | Buyer/Borrower | Date Signed |
| Seller | Date Signed | Buyer/Borrower | Date Signed |

### Settlement Agent Certification

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

_____          12-28-2020
Settlement Agent Signature          Date Signed

Jenna Hutkus
Settlement Agent Name                    Florida License Number

Amrock, LLC                              D004760
Title Agency Holding Funds               Florida License Number

5771003505

fldfscert.pcl   2015/10                     q03465809661 2304 366 0101

3465809661

| File No.:   69158894 | Amrock, LLC |
|---|---|
| Print Date:   12/15/20 | 662 Woodward Ave. |
| Settlement Location: 1411 SE 26th Ave | Detroit, MI 48226 |
| Homestead, FL 33035-2120 | |

**Property Address:**   1411 SE 26th Ave
Homestead, FL 33035-2120
**Lender:**   Quicken Loans, LLC
**Borrower:** Mark Anthony Turner
**Settlement Date:** 12/23/20
**Disbursement Date:** 12/29/20

| | Debit | Borrower Credit |
|---|---|---|
| **Financial** | | |
| Loan Amount | | $77,705.00 |
| | | |
| **Prorations/Adjustments** | | |
| Homeowner's Insurance Premium ($1,836.00) | $1,739.00 | |
| Property Taxes | $2,704.90 | |
| Payment of Overdue Taxes/Duplicate Bill | $2,927.04 | |
| | | |
| **Loan Charges to Quicken Loans, LLC** | | |
| Underwriting Fee | $350.00 | |
| Processing Fee ($100.00) | $800.00 | |
| Loan Discount Fee | $1,554.10 | |
| Prepaid Interest   $7.82 per day from 12/29/20 to 01/01/21 | $23.46 | |
| | | |
| **Other Loan Charges** | | |
| Credit Report to FactualData-FF | $38.00 | |
| Flood Life of Loan Coverage to CoreLogic Flood Services | $6.00 | |
| Flood Determination Fee to CoreLogic Flood Services | $10.50 | |
| Tax Certification Fee to Amrock, LLC | $25.00 | |
| Life of Loan Tax Service to CoreLogic Tax Services | $54.00 | |
| Title Endorsement-ALTA 5/ALTA 5.1 to Amrock, LLC | $25.00 | |
| Credit Monitoring Service to Factual Data | $4.50 | |
| | | |
| **Impounds** | | |
| Homeowner's Insurance 2 mo  @   $144.92/mo | $289.84 | |
| County Taxes 4 mo  @   $225.41/mo | $901.64 | |
| Aggregate Adjustment | $-450.83 | |

5771003530

q03465809661 2277 367 0102

| File No.: | 69158894 |
|---|---|
| Print Date: | 12/15/20 |

3465809661

### Title Charges & Escrow / Settlement Charges

| | |
|---|---:|
| Settlement or Closing Fee to Amrock | $100.00 |
| Abstract or Title Search to Amrock, LLC | $150.00 |
| Loan Policy of Title Insurance ($77,705.00) to Amrock, LLC | $256.74 |
| Endorsement-ALTA 8.1 to Amrock, LLC | $25.00 |
| Endorsement-ALTA 9 to Amrock, LLC | $25.67 |
| Express Mail/Courier Fee to Amrock, LLC | $45.00 |

### Government Recording and Transfer Charges

| | |
|---|---:|
| Recording Fee-Mortgage to Miami-Dade County Clerk of the Circuit Court | $188.50 |
| Transfer Taxes-State-Mortgage-FL to Florida | $272.30 |
| Transfer Taxes-FL-Intangible Tax to Florida | $155.41 |

### Payoff(s)

| | |
|---|---:|
| REGIONS BANK | $15,073.41 |
| CAPITAL ONE | $6,411.00 |
| DISCOVERBANK | $5,017.00 |
| BRCLYSBANKDE | $3,543.00 |
| JPMCB CARD | $2,521.00 |
| CAPITAL ONE | $1,511.00 |
| JPMCB CARD | $982.00 |
| Good Faith Deposit | |
| Renovation Escrow Amount | |

| | Debit | Credit |
|---|---:|---:|
| **SubTotals** | $47,279.18 | $77,705.00 |
| Due To Borrower | $30,425.82 | |
| **Totals** | $77,705.00 | $77,705.00 |

### Acknowledgement

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. We/I authorize Amrock, LLC to cause the funds to be disbursed in accordance with this statement.

BORROWER(S):

_Mark Anthony Turner_

File No.: 69158894
Print Date: 12/15/20

# ROCKET Mortgage

**Modification Cover Letter**

1050 Woodward Avenue | Detroit, MI 48226

## EXHIBIT-#3

## Loan Information

**Loan Number:** 3465809661
**Property Address:** 1411 SE 26TH AVE
HOMESTEAD, FL 33035
**Notice Date:** 12/02/2021

ALEXANDRA TURNER
MARK ANTHONY TURNER
2454 N. MCMULLEN BOOTH RD #402, CLEARWATER, FL, 33759

Hi MARK ANTHONY TURNER and  ALEXANDRA TURNER,

We're now clear to move to the next steps of your modification.

**Your Modification Terms**

Interest Rate: 3.6250%

Principal Balance: $50,340.09

## Your Monthly Payment Breakdown

| | |
|---|---|
| Principal and Interest Payment: | $198.80 |
| Escrow Payment: (may adjust periodically) | $395.02 |
| Total Payment: | $593.82 |
| Next Payment Due Date: | 01/01/2022 |

**Your Next Steps**

1. This is your copy of the Modification Closing Package. Our signing agent will bring a complete printed copy to your closing appointment. The signing agent will return the original documents to the following address:
   First American
   DTO - Signing Services Dept
   3 First American Way
   Santa Ana, CA 92707

2. Upon the completion of the modification, you can access a copy of the fully executed modification agreement by signing in to your account at RocketMortgage.com.

If you have any questions or concerns, don't forget that we're here to help! You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us by email at AccountResolution@RocketMortgage.com.

Sincerely,

Your Rocket Mortgage® Team

This communication is from a debt collector and is an attempt to collect a debt.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not  trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must send it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

| | |
|---|---|
| **Phone:**  (800) 508-0944 | **Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:**  AccountResolution@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:**  (877) 380-5084 | |

# EXHIBIT-#4



**MIAMI-DADE**
**COUNTY**

Daniella Levine Cava, Mayor

**FINANCE DEPARTMENT**
Tax Collector Division
200 NW 2nd Avenue
Miami, FL 33128
Miamidade.gov

January 6, 2021

Account: 10-7921-026-3720 / Tax year: 2019

AMROCK LLC
662 WOODWARD AVE
DETROIT, MI   48226

Check(s)/M.O. # 9976
Total Amount $2,927.04

RE: Payment received: 12/29/2020
Unpaid tax bill(s): 2019: $3,079.64

Thank you for submitting your payment.  The item(s) listed above are being returned for the
following reasons:

An incorrect amount was submitted.

Postmark not accepted on delinquent taxes.  Payment must be in our office by 5:00 PM on the
due date.

Delinquent taxes must be paid by cashier's check, certified check, or money order.

If payment is received by **01/31/2021**, amount due is **$3,079.64.**

If payment is received by **02/28/2021**, amount due is **$3,079.64.**

### Amounts due are subject to change without notice.

Checks must be payable to "Miami-Dade County Tax Collector", drawn on a United States Bank in
U.S. funds.

We strongly recommend that you submit your payment online by echeck or credit card for
the current tax year (2020) www.miamidade.gov/taxcollector instead of visiting our Public
Service Office.

Cash may be paid in person only.

Payments may be mailed to:

**Miami-Dade Tax Collector**
**Ad Valorem Exception**
**200 NW 2nd Avenue**
**Miami, FL  33128**

As the result of COVID19, our Hours of Operation may be subject to Change. Please visit our
website for the latest update on our Hours of Operation www.miamidade.gov/taxcollector



# **EXHIBIT-#5**

# $\Lambda$MROCK

First National Building
662 Woodward Ave.
Detroit, MI 48226
amrock.com

(888) 848-5355 TOLL FREE
(800) 652-7033 FAX

March 16, 2021

Mark Anthony Turner
1411 SE 26th Ave
Homestead, FL 33035

Re: Refund Check – Loan # 3465809661 / Order # 69158894

Dear Mark Anthony Turner:

This letter is in regards to your recent mortgage refinance transaction where Amrock, LLC assisted in title and/or settlement services. A post-closing review of your transaction was completed and revealed that a refund in the amount of $2,927.04 is owed to you.

Please find the check enclosed with this letter which may be cashed or deposited with your banking institution. No other action is required of you.

We pride ourselves on providing clients with unsurpassed service. If you have any questions about this letter or the refund payment that you received, please contact us at our toll free number (888) 848-5355 ext. 72152 or call our direct line at (313) 877-2152.

Thank you for your business.

Sincerely,
Your Escrow Team

Amrock, LLC
662 Woodward Ave.
Detroit, MI 48226
(888) 848-5355 ext. 72152
disbursementresolution@amrock.com

Enclosure

4

**ROCKET Mortgage**



**EXHIBIT-#6**

Sent Via First-Class Mail®

01/19/2023

MARK ANTHONY TURNER
ALEXANDRA TURNER
1411 SE 26TH AVE
HOMESTEAD, FL 33035-2120

| Loan Number: | 3465809661 |
|---|---|
| Property Address: | 1411 SE 26TH AVE |
| | HOMESTEAD, FL 33035-2120 |

Dear MARK ANTHONY TURNER and ALEXANDRA TURNER:

This letter is formal notice by Rocket Mortgage, LLC, the Servicer of the above-referenced loan acting on behalf of FHLMC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure the default. To cure the default, you must pay the full amount of the default on this loan by 02/23/2023 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $995.12, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 12/01/2022 |
| Total Monthly Payments Due: | | $1,476.24 |
| 12/01/2022 | at | $738.12 |
| 01/01/2023 | at | $738.12 |
| Late Charges: | | $69.58 |
| Corporate Advance Balance: | | $0.46 |
| Unapplied Balance: | | ($551.16) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$995.12** |

You can cure this default by making a payment of $995.12 by 02/23/2023. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Loss Mitigation Department at 1-800-508-0944 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:



W_FL_DEMAND   Rev. 12/2022
Page 1 of 3

237659420S

# 2019 Delinquent Tax Certificate
## SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 10-7921-026-3720 | HOMESTEAD | 1000 |

MARK ANTHONY TURNER
ALEXANDRA TURNER
1411 SE 26 AVE
HOMESTEAD, FL 33035

Property Address
1411 SE 26 AVE

**EXHIBIT-#7**

### BILL DETAILS

| | |
|---|---|
| Tax Due | 2,649.39 |
| Auction Listing Fee | 15.00 |
| Advertisement Fee | 5.00 |
| Tax Coll. Comm. | 138.43 |
| Delinquency Interest | 119.22 |
| Cert. Redemption Fee | 6.25 |

| **Amount Due** | **$0.00** |
|---|---|

### AMOUNT IF PAID BY (pay only one amount)

| Certificate Issued: June 15, 2020 | Face: 2,927.04 Rate: 0.25% | Cert #14410 Bidder #128 | If Received By Please Pay | Mar 31, 2022 $0.00 |
|---|---|---|---|---|

Save Time. Pay Online. www.miamidade.gov ✦ RETAIN FOR YOUR RECORDS ✦

---

**2019 Delinquent Tax Certificate Redemption**

✦ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ✦

Duplicate public_user 02/15/2023

10-7921-026-3720
FOLIO NUMBER

1411 SE 26 AVE
PROPERTY ADDRESS

LEGAL DESCRIPTION
KEYS GARDEN
PB 165-81 T-22149
LOT 6 BLK 45
LOT SIZE 1540 SQ FT
FAU 10 7921 001 0060

MARK ANTHONY TURNER
ALEXANDRA TURNER
1411 SE 26 AVE
HOMESTEAD, FL 33035



*1*10792102637202019*

Make checks payable to: **Miami-Dade Tax Collector**
(in U.S. funds drawn on U.S. banks)
Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified
Funds. Amount due may be subject to change without notice.
Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

| PAY ONLY ONE AMOUNT |
|---|
| Certificate Issued: June 15, 2020 |
| Face: 2,927.04 **Rate: 0.25%** |
| Cert #14410 **Bidder #128** |
| If Received By **Please Pay** |
| Mar 31, 2022 **$0.00** |

10000000000000000107921026372020190000000000000000000000003

**Real Property Tax and Mortgage Payoff Error Correction Agreement**



**EXHIBIT-#8**

**Title Company: Amrock, LLC**
**Title File Number: 69158894**
**Closing Date: December 23, 2020**

The undersigned buyer(s)/mortgagor(s) and seller(s), for and in consideration of Amrock, LLC, this date, closing this transaction involving the property known as:

1411 SE 26th Ave

do hereby agree, if requested to do so by Amrock, LLC, to fully cooperate and adjust for clerical errors in any and all closing documentation, if deemed necessary or desirable in the sole and reasonable discretion of Amrock, LLC to clear any and all liens necessary to enable Amrock, LLC to issue its policy or policies of title insurance as contemplated and/or required by the Purchase Agreement, if applicable.

The aforesaid clerical errors shall include, but not be limited to missing or incorrect signatures on closing documents, as well as incorrect information regarding taxes, water and sewer, or mortgage payoff information as furnished to Amrock, LLC by the municipality(s) or mortgage company or the computation of prorations.

### Affidavit Regarding Survey Matters

The undersigned owners of record, being duly sworn, depose and say:

1.  That pursuant to the refinancing contemplated herewith, no new survey has been prepared or is available.

2.  There have been no new improvements made to the property commonly known as:

1411 SE 26th Ave

3.  To the best of our knowledge, we certify that the improvements (house, garage, outbuildings, fences, etc.) on the subject property are within the boundary lines, easement lines and set back lines, if any, of said property, and that there are no encroachments (house, garage, outbuildings, fences, walkways, driveways, eaves, drains, etc.) of improvements on adjoining property onto the subject property, and that we know of no assertions being made by any adjoining property owner, nor by us against any adjoining property owner, as to the locations of boundary lines or disputes as to occupancy of any portions of our property (use space below to explain any disputes).

This Affidavit is given to Amrock, LLC, as an inducement to issue extended coverage on the proposed Loan Policy over questions of survey, encroachments and easements not shown on record.

BORROWER(S)

_____   12/23/2020
Mark Anthony Turner                Borrower

_____   _____
Borrower                           Borrower



EXHIBIT-#9



onlinebanking.regions.com

SITE  MIAMI DADE ONLINE  Florida Court...ments Online  Southern Distr...istrict Court  CHARLIE CHIP  Home - Netflix  Progressive Online Servicing  Recepción de ...tela En Linea

Details & History - View Account Details & History - Regions Online Banking

# REGIONS

Welcome, MARK A TURNER ▼ | Alerts | Contact Us | Log Out

Your last login was FEB 21, 2025 at 7:44 AM CT

**FDIC** FDIC-Insured · Backed by the full faith and credit of the U.S. Government

## MARK A TURNER

(?)

| ACCOUNTS ▼ | PAYMENTS ▼ | TRANSFERS ▼ | INSIGHTS | CUSTOMER SERVICE ▼ | PRODUCTS ▼ |

### Account Overview

▼ SPEND (2)
$4,031.50

**LIFEGREEN CHECKING *2694**
**$30.97** →

LIFEGREEN CHECKING *3553
$4,000.53

Edit Account Nicknames

+ Open a New Account

## $ REGIONS offers

**Regions Offers is the easy way to earn cash back! Just CLICK an offer, then SHOP using your eligible Regions Card and EARN cash back!**

Disney+ (Subscription Only)  American Home Shield (Subscription Only)  FABRE (Online Only)

## LIFEGREEN CHECKING *2694

I want to... ⬇

| AVAILABLE BALANCE | PROJECTED AVAILABLE BALANCE | POSTED BALANCE | TOTAL OFFERS | EARNED OFFERS |
|---|---|---|---|---|
| $30.97 | $30.97 | $47.94 | 84 | $0.00 |

▼ View More Details  🔒 Manage Regions LockIt  ▼ How do I earn cash back?

**Activity**   Statements & Docs

🖨 🗋 ⬇

**Search Description**

rocket mortgage   ▼Collapse Search Options

Find posted transactions using any or all of the following options:

| Date | Start Date | End Date |
|---|---|---|
| Custom Date Range ⬍ | 1/22/2024 📅 | 2/21/2025 📅 |

Custom date range must be within the past 18 months

**Transaction Type**

All ⌄

identity theft is a threat. Let Regions show you how to help protect what's important to you. **Learn more**

*FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

# MARK A TURNER

## LIFEGREEN CHECKING *2694

| AVAILABLE BALANCE | PROJECTED AVAILABLE BALANCE | POSTED BALANCE | TOTAL OFFERS | EARNED OFFERS |
|---|---|---|---|---|
| $30.97 | $30.97 | $47.94 | 84 | $0.00 |

**Activity**        Statements & Docs

**Search Description**

rocket mortgage        Collapse Search Options

Find posted transactions using any or all of the following options:

| Date | Start Date | End Date |
|---|---|---|
| Custom Date Range | 1/22/2024 | 2/21/2025 |

Custom date range must be within the past 18 months

**Transaction Type**

All

**Amount**

Any amount

**Check Number**   >

All

**Search Results**

Showing 68 results for rocket mortgage, 1/22/2024 - 2/21/2025, All.

Reset Search Results

**Pending Activity**

| Status | Type | Description | Amount | Projected Balance |
|---|---|---|---|---|
| | | *No transaction history records were found.* | | |

**Posted Activity**

Message Us

| Date | Type | Description | Amount | Posted Balance |
|---|---|---|---|---|

**Posted Activity**

| Date | Type | Description | Amount | Posted Balance |
|------|------|-------------|--------|----------------|
| 7/8/2025 | Debit | Rocket Mortgage | -$593.00 | $941.90 |
| 6/24/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $666.18 |
| 6/10/2025 | Debit | Rocket Mortgage | -$593.00 | $929.58 |
| 5/20/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $718.63 |
| 5/13/2025 | Debit | Rocket Mortgage | -$593.00 | $576.83 |
| 4/16/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $789.46 |
| 4/8/2025 | Debit | Rocket Mortgage | -$593.00 | $1,034.38 |
| 3/20/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $773.95 |
| 3/14/2025 | Debit | Rocket Mortgage | -$593.00 | $437.65 |
| 2/20/2025 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $659.03 |
| 2/13/2025 | Debit | Rocket Mortgage | -$593.00 | $545.18 |

Now you can track spending, set budgets and savings goals within the Regions mobile app. **Learn more**

Message Us

| 2/20/2025 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $659.03 |
| 2/13/2025 | Debit | Rocket Mortgage | -$593.00 | $545.18 |
| 1/22/2025 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $644.08 |
| 1/14/2025 | Debit | Rocket Mortgage | -$593.00 | $648.56 |
| 12/23/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $625.86 |
| 12/17/2024 | Debit | Rocket Mortgage | -$593.00 | $31.65 |
| 11/22/2024 | Electronic Credit | **ROCKET MORTGAGE PMT REFUND MAR** | **$593.00** | $619.66 |
| 11/15/2024 | Debit | ROCKET MORTGAGE ONLINE PMT TUR | -$593.00 | $307.42 |
| 10/16/2024 | Electronic Credit | **ROCKET MORTGAGE PMT REFUND MAR** | **$593.00** | $869.90 |
| 10/8/2024 | Debit | ROCKET MORTGAGE ONLINE PMT TUR | -$593.00 | $637.41 |
| 9/16/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $1,124.11 |
| 9/10/2024 | Debit | Rocket Mortgage | -$593.00 | $733.65 |
| 8/19/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $836.89 |
| 8/13/2024 | Debit | Rocket Mortgage | -$593.00 | $351.05 |
| 7/16/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $888.03 |
| 7/9/2024 | Debit | Rocket Mortgage | -$593.00 | $805.99 |
| 6/18/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $928.07 |
| 6/11/2024 | Debit | Rocket Mortgage | -$593.00 | $661.17 |
| 5/21/2024 | Electronic Credit | **Rocket Mortgage** | **$2,363.00** | $3,652.62 |
| 5/21/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $1,289.62 |
| 5/20/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $744.82 |
| 5/16/2024 | Debit | Rocket Mortgage | -$593.00 | $192.97 |
| 5/15/2024 | Debit | Rocket Mortgage | -$2,363.00 | $613.97 |
| 5/14/2024 | Electronic Credit | **Rocket Mortgage** | **$2,363.00** | $3,102.23 |
| 5/13/2024 | Debit | Rocket Mortgage | -$593.00 | $840.92 |
| 5/9/2024 | Electronic | **Rocket Mortgage** | **$593.00** | $1,654.00 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 5/9/2024 | Credit | Rocket Mortgage | $593.00 | $1,654.38 |
| 5/6/2024 | Debit | Rocket Mortgage | -$2,363.00 | $2,426.56 |
| 5/3/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,984.22 |
| 5/2/2024 | Debit | Rocket Mortgage | -$593.00 | $690.93 |
| 4/29/2024 | Debit | Rocket Mortgage | -$2,363.00 | $499.84 |
| 4/26/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,951.62 |
| 4/22/2024 | Debit | Rocket Mortgage | -$2,363.00 | $588.62 |
| 4/22/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $3,018.69 |
| 4/19/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,473.31 |
| 4/16/2024 | Debit | Rocket Mortgage | -$593.00 | $207.87 |
| 4/15/2024 | Electronic Credit | Rocket Mortgage | $590.00 | $940.03 |
| 4/12/2024 | Debit | Rocket Mortgage | -$2,363.00 | $308.85 |
| 4/11/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,816.80 |
| 4/9/2024 | Debit | Rocket Mortgage | -$590.00 | $494.98 |
| 4/4/2024 | Debit | Rocket Mortgage | -$2,363.00 | $353.30 |
| 4/3/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,865.59 |
| 3/27/2024 | Debit | Rocket Mortgage | -$2,363.00 | $392.68 |
| 3/26/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,713.72 |
| 3/19/2024 | Debit | Rocket Mortgage | -$2,363.00 | $470.84 |
| 3/18/2024 | Electronic Credit | Rocket Mortgage | $1,770.00 | $2,829.53 |
| 3/18/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $1,059.53 |
| 3/12/2024 | Debit | Rocket Mortgage | -$593.00 | $644.55 |
| 3/11/2024 | Debit | Rocket Mortgage | -$1,770.00 | $1,986.23 |
| 3/8/2024 | Electronic Credit | Rocket Mortgage | $1,770.00 | $2,704.70 |
| 3/8/2024 | Electronic Credit | Rocket Mortgage | $590.00 | $934.70 |
| 3/1/2024 | Debit | Rocket Mortgage | -$590.00 | $1,234.58 |
| | Electronic | | | |

| 2/29/2024 | Electronic Credit | **Rocket Mortgage** | **$590.00** | $597.37 |
| 2/28/2024 | Debit | Rocket Mortgage | -$1,770.00 | $7.37 |
| 2/27/2024 | Electronic Credit | **Rocket Mortgage** | **$1,776.00** | $1,777.37 |
| 2/22/2024 | Debit | Rocket Mortgage | -$590.00 | $8.12 |
| 2/21/2024 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $625.79 |
| 2/20/2024 | Debit | Rocket Mortgage | -$1,776.00 | $39.48 |
| 2/16/2024 | Electronic Credit | **Rocket Mortgage** | **$1,770.00** | $2,014.16 |
| 2/13/2024 | Debit | Rocket Mortgage | -$593.00 | $706.63 |
| 2/9/2024 | Debit | Rocket Mortgage | -$1,770.00 | $119.09 |
| 2/8/2024 | Electronic Credit | **Rocket Mortgage** | **$1,180.00** | $2,241.84 |
| 2/8/2024 | Electronic Credit | **Rocket Mortgage** | **$590.00** | $1,061.84 |
| 2/2/2024 | Debit | Rocket Mortgage | -$590.00 | $891.17 |
| 2/1/2024 | Electronic Credit | **Rocket Mortgage** | **$590.00** | $1,679.42 |
| 1/26/2024 | Debit | Rocket Mortgage | -$590.00 | $0.92 |
| 1/25/2024 | Electronic Credit | **Rocket Mortgage** | **$590.00** | $1,135.45 |
| 1/23/2024 | Debit | Rocket Mortgage | -$1,180.00 | $614.97 |
| 1/22/2024 | Electronic Credit | **Rocket Mortgage** | **$1,180.00** | $1,924.06 |

A Regions Greenprint plan helps you boost your financial confidence and reach your goals.  **Learn more**

# EXHIBIT-#10

 **ROCKET** Mortgage                                    **Payment Not Accepted Notice**

1050 Woodward Avenue | Detroit, MI 48226



7-810-67452-0000005-001-01-000-000-000-000

Mark Turner
1411 SE 26TH Ave
Homestead FL 33035-2120

| Loan Information | |
|---|---|
| **Loan Number:** | **3465809661** |
| **Property Address:** | **1411 SE 26TH Ave** |
| | **Homestead, FL 33035** |
| **Notice Date:** | **05/16/2025** |

Hi Mark,

We're unable to accept your payment in the amount of $593.00 due to the following reason:

• You did not send in the full reinstatement amount

Since your payment was sent electronically, your funds will be returned to your bank account in 7 to 10 business days. Be sure to follow up with your bank to confirm the return of your funds.

If you'd like to simplify the payment process, visit Rocket Mortgage® to learn about our autopay program – our most seamless way to pay for your mortgage.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944         **Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
**Email:** ServicingHelp@RocketMortgage.com                Saturday: 9:00 a.m. – 4:00 p.m. ET
**Secure Fax:** (877) 380-5084

 **ROCKET** Mortgage

**Payment Not Accepted Notice**

1050 Woodward Avenue | Detroit, MI 48226

9-810-41023-0000014-001-01-000-000-000-000

 Mark Turner
1411 SE 26TH Ave
Homestead FL 33035-2120

## Loan Information

**Loan Number:** 3465809661

**Property Address:** 1411 SE 26TH Ave
Homestead, FL 33035

**Notice Date:** 01/08/2024

Hi Mark,

We're unable to accept your payment in the amount of $590.00 due to the following reason:

• we need certified funds

Since your payment was sent electronically, your funds will be returned to your bank account in 7 to 10 business days. Be sure to follow up with your bank to confirm the return of your funds.

If you'd like to simplify the payment process, visit Rocket Mortgage® to learn about our autopay program – our most seamless way to pay for your mortgage.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

 **ROCKET** Mortgage                           **Payment Not Accepted Notice**

1050 Woodward Avenue | Detroit, MI 48226

6-810-39705-0000008-001-01-000-000-000-000


Mark Turner
1411 SE 26TH Ave
Homestead FL 33035-2120

| **Loan Information** | |
| --- | --- |
| **Loan Number:** | 3465809661 |
| **Property Address:** | **1411 SE 26TH Ave** |
| | **Homestead, FL 33035** |
| **Notice Date:** | **12/12/2023** |

Hi Mark,

We're unable to accept your payment in the amount of $590.00 due to the following reason:

- we need certified funds

Since your payment was sent electronically, your funds will be returned to your bank account in 7 to 10 business days. Be sure to follow up with your bank to confirm the return of your funds.

If you'd like to simplify the payment process, visit Rocket Mortgage® to learn about our autopay program – our most seamless way to pay for your mortgage.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

| | |
| --- | --- |
| **Phone:** (800) 508-0944 | **Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. – 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |



creditkarma.com

Southern Distr...istrict Court   MIAMI DADE ONLINE   Florida Court...ments Online   CHARLIE CHIP   Home - Netflix   Progressive Online Servicing   Recepción de ...tela En Linea   Regions Bank ...es | Regions

Your accounts | Credit Karma

**EXHIBIT-#11**

You have missed a payment on this account.

# ROCKET MTG

Last reported Jul 03, 2025

## $67,505
Reported balance

**Highest balance**                                    $50,341

You've paid off **-35%** of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

**OVERVIEW**

Highest balance                                    $50,341

Monthly payment                                    $767

Opened                          Dec 23, 2020 (4 yrs, 6 mos)

Term                             480 months (40 years)

**PAYMENT HISTORY**

You've made **13%** of payments on time

J    F    M    A    M    J    J    A    S    O    N    D



**Highest balance** $50,341

You've paid off **-35%** of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

OVERVIEW

Highest balance $50,341

Monthly payment $767

Opened Dec 23, 2020 (4 yrs, 6 mos)

Term 480 months (40 years)

PAYMENT HISTORY

You've made **13%** of payments on time

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | | | | | | |
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | | ✕ | ✕ |
| 2021 | | | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✓ Current  ✕ Late  Unknown  ▲ Derogatory

Last payment Oct 11, 2023



|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |   |
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ |   | ✕ | ✕ |
| 2021 |   |   | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✓ Current  ✕ Late  Unknown  ⚠ Derogatory

| Last payment | Oct 11, 2023 |
|---|---|
| Payment status | 120+ days late |
| Worst payment status | 120+ days late |

**ACCOUNT DETAILS**

| Account status | Open |
|---|---|
| Type | Conventional real estate mortgage |
| Responsibility | Individual |
| Remarks | Loan modified non-government<br>Loan modified non-government |
| Times 30/60/90+ days late | 8/7/29 |

**CONTACT INFO**

ROCKET MTG
1050 WOODWARD AVE
DETROIT, MI 48226 USA



## Needs attention

🏠 **ROCKET MTG**
● 120+ days late                                    $67,505

## On time

**Capital One**                                      $4,828
76% credit card utilization

**Capital One**                                      $1,480
98% credit card utilization

**Discover**                                         $1,275
85% credit card utilization

**Chase**                                            $890
89% credit card utilization

**My Best Buy Visa Card**                            $291
38% credit card utilization

**Chase**                                            $267
53% credit card utilization



← Back to Accounts

You have missed a payment on this account.

# ROCKET MTG

Last reported Jul 03, 2025

## $67,505
Reported balance

**Highest balance**                                    $50,341

You've paid off **-35%** of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

Report info ⌄

MARK TURNER
1411 SE 26TH AVE
Homestead, FL 33035-2120

April 18, 2024

# EXHIBIT-#12

Hi MARK TURNER,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

4108625699-FRA-0d4301360000155b-04182024

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

April 18, 2024

000007505 FEC20000041824128843 01 000000 007732 002



MARK TURNER
1411 SE 26TH AVE
Homestead, FL 33035-2120



*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:        1-800-525-6285     www.equifax.com
- Experian:       1-888-397-3742     www.experian.com
- TransUnion:    1-800-680-7289     www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.



**4. You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

**5. If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

**7**. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**
**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

000007740-FLT                                    4108625699-FRA-0d4301360000155b-04182024

MARK A TURNER                                                      April 2, 2024
1411 SE 26TH AVE
Homestead, FL 33035-2120

Dear MARK A TURNER:

Thank you for contacting Equifax indicating fraudulent items on your credit report. We are here to assist you.

We were unable to locate a credit file in our database with the identification information you provided, In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below**. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note**: A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of   1411 SE 26TH AVE, Homestead,  FL 33035-2120.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

**Equifax Information Services LLC**
**P.O. Box 105069**
**Atlanta, GA 30348-5069**

A fraud alert can be added to your Equifax credit file at no charge to you. In addition, you may add a telephone number on your credit file for a credit grantor to use to verify your identity before establishing new credit in your name. If you would like to add your telephone number to your credit file, please fill in that information here:

Day Telephone Number: ( _____ )

Evening Telephone Number: ( _____ )

Please resubmit your request, along with this letter and photocopies of the documents verifying your current address and identification to:

000015566-FLT                                   4093557833-A3Y-0d330136000016ec-04022024

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

April 2, 2024

000004855 FEC20000040224126612 01 000000 015565 002



MARK A TURNER
1411 SE 26TH AVE
Homestead, FL 33035-2120

*** 447557900-005 ***
TransUnion LLC
P.O Box 805
Woodlyn, PA 19094-0805

04/11/2024


Information for Good.

P-I000001-
MARK A. TURNER
1411 SE 26TH AVE
HOMESTEAD, FL 33035-2120

Dear MARK A. TURNER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:   03262490
Date Issued:   04/11/2024

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field.  If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data:  Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

File Number:        0375700
Date Issued:        04/11/2024

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**File Number:** 403263290
**Date Issued:** 04/11/2024

## TransUnion Credit Score
MARK A. TURNER



YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>04/11/2024 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### Summary
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

File Number:
Date Issued:       04/11/2024

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

## ROCKET MORTGAGE #867334777**** ( 1050 WOODWARD AVE, DETROIT, MI 48226, (800) 508-0944 )

We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| **Date Opened:** 11/16/2015 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Individual Account | **Date Updated:** 07/20/2018 | |
| **Account Type:** Mortgage Account | **Payment Received:** 07/20/2018 ($39,409) | **Terms:** $0 per month, paid Monthly for 360 months |
| **Loan Type:** CONVENTIONAL REAL ESTATE MTG | **Last Payment Made:** 07/20/2018 | |
| | **High Balance:** $40,000 | **Date Closed:** 07/20/2018 |

**Mortgage Info:** Fannie Mae Acct #1735938644
**Remarks:** CLOSED

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | X | X | X | OK | OK |

| | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|
| Rating | OK | OK | OK |

## ROCKET MORTGAGE #867346580**** ( 1050 WOODWARD AVE, DETROIT, MI 48226, (800) 508-0944 )

We investigated the information you disputed and updated: **Mortgage Info; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | |
|---|---|---|
| **Date Opened:** 12/23/2020 | **Balance:** $58,312 | **Pay Status:** >Account 120 Days Past Due Date< |
| **Responsibility:** Individual Account | **Date Updated:** 03/04/2024 | |
| **Account Type:** Mortgage Account | **Payment Received:** 10/11/2023 ($0) | **Terms:** $767 per month, paid Monthly for 480 months |
| **Loan Type:** CONVENTIONAL REAL ESTATE MTG | **Last Payment Made:** 10/11/2023 | >Maximum Delinquency of 120 days in 07/2023 and in 03/2024 for $6,265< |
| | **High Balance:** $50,341 | |
| | **Past Due:** >$6,265< | |

**Mortgage Info:** Freddie Mac ID #100039034658096617 Acct #4899243
**Remarks:** LOAN MODIFIED NON GOVT
**Estimated month and year that this item will be removed:** 04/2029

| | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 | 60 | 60 |

| | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 60 | 30 | 30 | X | 30 | 30 | 30 | 30 | OK | OK | OK |

| | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | 90 | 90 | 90 | 90 | 60 | 60 | 30 | 30 | OK | OK |

| | 02/2021 | 01/2021 |
|---|---|---|
| Rating | X | X |

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.

**A Note on Inquiries**
An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and<br>Consumer Protection<br>National Center for Consumer<br>and Depositor Assistance<br>Federal Deposit Insurance<br>Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |

Fraud Victim Rights

## SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an <u>identity theft report</u>.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit <u>www.consumerfinance.gov/learnmore</u>, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at <u>www.consumerfinance.gov/learnmore</u>.

## Credit Fraud Prevention Toolkit

### Stop fraud before it happens — control the damage if it does

#### PROTECT YOURSELF AGAINST CREDIT FRAUD

**Know your credit report**

Monitoring your credit is the first step in preventing fraud. Order your credit report at least once a year and immediately report any unfamiliar accounts or charges.

**Your rights under the FACT Act**

The Fair and Accurate Credit Transactions (FACT) Act was signed into law in December 2003. This law incorporates new privacy regulations, identity theft protection, dispute procedures and the distribution of free annual Personal Credit Reports. This means that you can review a free copy of your Personal Credit Report every 12 months. You can request your FACT Act Personal Credit Reports from each of the credit reporting agencies online at www.annualcreditreport.com. You can also submit your request by calling (877) 322-8228 or by mail (see details online).

**Guard your identity**

Destroy credit card and bank statements, credit card offers, and credit card receipts before discarding. Carry only the identification and credit cards you need that day. Never carry social security cards, birth certificates, or passports unless you have to. Don't print your social security number on your driver's license.

**Memorize PINs and passwords**

Don't write down or carry PINs or passwords with you. Choose a password or PIN that's easy to remember, and memorize it. But be careful to avoid obvious passwords like birthdays, phone numbers, or addresses.

**Avoid credit repair scams**

So-called "credit repair" companies can't do anything to repair your credit other than what you could do yourself. All they can do is dispute information contained on your report and have inaccuracies corrected for no charge. However, they often use deceptive or even illegal practices. If you believe a credit repair company is breaking the law, report them to your state authorities and the Federal Trade Commission (FTC).

**Protect your information**

Keep a copy of all account information, including account numbers, expiration dates, and telephone numbers for fraud departments and customer service in a secure place. Never disclose social security numbers or other personal information over the telephone or Internet unless it is to a trusted source.

**Watch for the signs**

The sooner you detect credit fraud, the less damage it can do. Know the warning signs and be ready to act. Watch for missing statements or bills, unusual charges on your accounts, incoming letters informing you that you've been approved or denied credit you didn't apply for, or bills and statements you don't recognize.

**Act quickly**

If you have any reason to suspect credit fraud, contact banks, creditors, and the three main credit information providers immediately. You can get access to your credit report at www.transunion.com.

Remember, you're entitled to copies of your report at no charge if you think you have been the victim of identity theft:

| | | |
|---|---|---|
| TransUnion | Experian | Equifax |
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19016 | Allen, TX 75013 | Atlanta, GA 30374 |
| (800) 680-7289 | (888) 397-3742 | (800) 525-6285 |

*If you have any questions or need advice, call (800) 680-7289 to contact the Fraud Victim Assistance Department today.*

**Contain, restore, and rebuild**
*Steps to recover from credit fraud*

**Step 1: Add a fraud alert**

Have TransUnion add an initial, extended, or active duty fraud alert to your credit file advising potential creditors to contact you personally before approving any applications made in your name. You only need to make a single request, and we will automatically inform the other two national credit reporting agencies.

**Step 2: Inspect your credit reports**

Visit www.transunion.com or call (800) 680-7289 to request your report. Dispute all information that you don't recognize. Provide a copy of your police report, a notarized FTC fraud affidavit, or other relevant documentation of proof with your dispute.

**Step 3: Report the fraud**

Notify your local, state, and federal law enforcement offices immediately. Be sure to request a case number and a copy of the police report to provide TransUnion's Fraud Victim Assistance Department.

**Step 4: Contact credit financial institutions**

Notify your credit institutions and banks as soon as possible. Document the fraud to avoid responsibility for fraudulent debts. Keep a log of all phone conversations, including names of people with whom you spoke.

## Credit Fraud Prevention Toolkit

### Step 5: Checks and social security number

Notify your bank to stop checks. You can also report stolen checks, file a complaint with the Social Security Administration and more by calling the numbers below:

| | |
|---|---|
| Social Security Administration<br>www.ssa.gov | (800) 269-0271 |
| SCAN<br>www.consumerdebt.com | (800) 262-7771 |
| Checkrite/Global Payments<br>www.globalpaymentinc.com | (800) 638-4600 |
| TeleCheck<br>www.telecheck.com | (800) 710-9898 |
| ChexSystems/E-Funds<br>www.chexhelp.com | (800) 328-5121 |

### Get help to rebuild

If you need assistance, the TransUnion Fraud Victim Assistance Department is always ready to help at (800) 680-7289. The FTC can also help at (877) ID-THEFT or www.consumer.gov/idtheft. Identity Theft resolution services for individuals, employers, banks, insurers, and other groups are available through RelyData, LLC. Contact them at (877) 735-9282 or visit www.relydata.com

## PROTECT YOUR MOST VALUABLE ASSET — YOUR IDENTITY

### Prevent identity fraud and keep your credit safe

As a leading provider of credit information solutions, TransUnion is your first line of defense in protecting yourself against credit fraud. From preventative advice to investigations and credit restoration assistance, we're always just a phone call away. Whatever your concern, the TransUnion Fraud Victim Assistance Department is ready to help. Credit fraud occurs when somebody else uses your identity to obtain credit. If successful, the criminal can incur substantial debts in your name, force the closure of your bank accounts and credit cards, and even prevent you from being able to buy a car, a home, or more. Following these simple steps can go a long way towards protecting yourself from credit fraud.

### Ten steps to prevent identity fraud

- Watch your mail for missing statements or bills
- Carry the minimum amount of credit cards with you
- Don't include your social security number on your driver's license
- Destroy documents before discarding, preferably by shredding
- Check your credit report regularly
- Keep a record of credit and bank information in a safe place
- Never disclose personal information over the telephone or Internet unless it is to a trusted source
- Balance your checkbook regularly and watch for skipped check numbers or unfamiliar amounts
- Stay alert and act immediately if you become suspicious
- Guard against identity theft with weekly fraud-watch emails from www.transunion.com

Consumers can get their free annual personal credit report online at www.annualcreditreport.com or by calling (877) 322-8228.

Questions? Visit our Web site at www.transunion.com or call 1-800-680-7289 to contact the TransUnion Fraud Victim Assistance Department today.

# EXHIBIT-#13

**From:** Vest, Jessica JessicaVest@rocketmortgage.com 
**Subject:** RE: [External] AMROCK RETURNED CHECK DEBACLE/ Property 1411 Se 26Th ave Homestead Florida 33035/ Mark A Turner
**Date:** June 10, 2022 at 3:32 PM
**To:** Mark Turner markanthony37@sbcglobal.net, Hinson, Alexandra AlexandraHinson@rocketmortgage.com

Hi Mr. Turner,

Unfortunately, Amrock will not cover any portion of the shortage. The check was sent to you and there was a letter of explanation sent with it. I have attached it for your review. Regrettably, the shortage will remain.

@Hinson, Alexandra can we please offer Mark 24 months instead of 12?

**Jessica Vest**
President's Club Resolution Advocate - Backline
Direct: (313) 373-5366
Fax: (833) 625-0688

Use Rocket Mortgage or the Rocket Mortgage Mobile app to stay up to date and securely upload documents.

Highest in Customer Satisfaction in the U.S.
J.D. Power



**From:** Vest, Jessica
**Sent:** Friday, June 3, 2022 5:51 PM
**To:** Mark Turner <markanthony37@sbcglobal.net>
**Subject:** RE: [External] AMROCK RETURNED CHECK DEBACLE/ Property 1411 Se 26Th ave Homestead Florida 33035/ Mark A Turner

Great, talk to you then.

**Jessica Vest**
President's Club Resolution Advocate - Backline
Direct: (313) 373-5366
Fax: (833) 625-0688



Use Rocket Mortgage or the Rocket Mortgage Mobile app to stay up to date and securely upload documents.

Highest in Customer Satisfaction in the U.S.
J.D. Power



**From:** Carlington, Brandon BrandonCarlington@rocketmortgage.com 🖉
**Subject:** Turner - 3465809661
**Date:** June 1, 2022 at 4:28 PM
**To:** markanthony37@sbcglobal.net
**Cc:** Hinson, Alexandra AlexandraHinson@rocketmortgage.com

Good afternoon Mark:

Wanted to reach out here in regards to the property tax issue that we spoke about yesterday and give a bit of a time line as well.

At the time of the closing there were two separate set of funds collected from the structure of the loan. One for $2,704.90 to pay for the (then) current installment and $2,927.04 to pay the delinquent installment. These were mailed out on 12/29/2020 together to Miami-Dade. The check #909975 totaling $2,704.90 cleared on 1/5.

The check #909976 totaling $2,927.04 for the delinquency was not cleared. It was sent back to Amrock and received on March 10th of 2021 with a letter. This letter stated that the county did not accept post marks for delinquent installments. With the delinquency only good through 12/31/2020 it had increased the delinquency to $3,079.64 and they did not accept partial payment from the original check.

Unfortunately when this letter was received Amrock filed it as a paid in full notification from the county and marked the original check to be reissued as a refund which occurred on March 17th of 2021 and was cashed by you on April 1st of 2021.

Moving onward from that point Rocket did not receive further notification of the delinquency until March 28th of this year which is when the additional payment was sent from escrow to cover the delinquency.

At this stage there's nothing that I can do on my end in regards to how this plays out from here. I've included Alexandra Hinson who you spoke with earlier in the week from the servicing side. Alex – are we able to help out anywhere in regards to the large shortage that has resulted here?

Thanks so much,


**Brandon Carlington**
Resolution Specialist
Rocket Mortgage


**T** (313) 373-5862
**F** (877) 578-7502




**ROCKET** Central

( EXHIBIT-#14 )

1005 Woodward Ave.
Detroit, MI 48226

August 19, 2022

*Via email:* markanthony37@sbcglobal.net
Mark A. Turner
1411 SE 26th Ave
Homestead, FL 33035

> RE:  **Mark A. Turner's "Cease and Desist" Letters to Rocket Mortgage, LLC and
> Amrock, LLC
> Loan No. 3465809661**

Dear Mr. Turner:

Rocket Central is a professional services organization that, among other things, provides in-house legal services to Rocket Mortgage, LLC and Amrock, LLC. I am writing on behalf of Rocket Mortgage and Amrock in response to your recent "cease and desist" letters directed to both entities.

Rocket Mortgage and Amrock strive to satisfy every client, every time, no exceptions, no excuses. Notwithstanding this goal, we understand you have expressed some concerns regarding the payment of the 2019 property taxes on your residence.

After reviewing your file and your communications, I have confirmed that any complaints suggesting wrongdoing by Rocket Mortgage or Amrock are completely without merit. While Rocket Mortgage's and Amrock's team members have previously attempted to explain the circumstances of the events leading to your complaints, I will provide additional background here.

At the time of the closing of your loan, December 21, 2021, the property taxes were reflected to be $2,927.04. However, the actual calculation by the tax authority was $3,079.64. The tax authority did not accept partial payment, so the taxing authority returned the check for $2,927.04 to Amrock. Amrock, then, returned a check to you mistakenly describing the taxes as "paid in full." Amrock can understand that this was confusing at first; however, Amrock and Rocket Mortgage team members have gone to great lengths communicating this matter with you and explaining the issue.

Yet, you still complain in your letter that the return of funds was "encrypted and a confusing correspondence"; you did not reach out to Amrock upon receipt of the funds for clarity. Instead, you apparently cashed the check for yourself.

Mark A. Turner
August 19, 2022
Page 2

Amrock mistakenly returned the refunded check in the amount of $2,927.04 to you; however, that mistake did not constitute a waiver of your obligation to pay the 2019 property taxes due on your property. Rocket Mortgage paid the taxing authority $3,079.64 for the outstanding 2019 property taxes. As a result, consistent with your Mortgage/Deed of Trust and Note, Rocket Mortgage is collecting the amount owed to it through your escrow account.

Your threat to sue Rocket Mortgage, Amrock, or any of its affiliates is not taken lightly. You should understand that Rocket Mortgage is a company of principle and, consistent with its "do the right thing" core value, the company will exhaust its resources to prosecute, protect and defend its hard-earned, sterling reputation and the integrity of its team members from the false, vexatious, and harassing actions like you have threatened. Rocket Mortgage and Amrock will vigorously defend your frivolous action, similar to the action you filed against Rocket Mortgage in 2021 that was removed to federal court and ultimately dismissed.

To the extent you wish to reach out to Rocket Mortgage or Amrock regarding this matter, you are instructed to send all communications from you, or on your behalf, directly to me.

Govern yourself accordingly,

/s/Morgan Schut
Morgan Schut
Associate Counsel

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2025-125933-CC-26
SECTION: CC06
JUDGE: Luis Perez-Medina

**Mark A Turner**

Plaintiff(s) / Petitioner(s)

vs.

**Rocket Mortgage Corporation LLC**

Defendant(s) / Respondent(s)

_____/

<u>**COUNTY CIVIL UNIFORM CASE MANAGEMENT ORDER SETTING PRETRIAL
DEADLINES AND RELATED REQUIREMENTS
(GENERAL PATHWAY)**</u>

ALL PARTIES MUST READ CAREFULLY, AS STRICT COMPLIANCE IS MANDATORY
AND ALL DEADLINES WILL BE STRICTLY ENFORCED UNLESS CHANGED BY COURT
ORDER.

Pursuant to amended Rule 1.200(d)(2), "the Court must issue a case management order that
specifies the projected or actual trial period based on the case track assignment, consistent with
administrative orders entered by the chief judge of the circuit."

In compliance with the mandatory requirements regarding case management, the Court hereby
**ORDERS** as follows:

1. The specific pretrial deadlines and requirements set forth herein will be strictly enforced
   unless changed by court order. Non-compliance with any part of this Order may result in
   sanctions including, but not limited to, striking of pleadings, monetary sanctions, waiver
   and/or default. It is the parties' responsibility to promptly and timely schedule hearings on
   filed motions.

2. The deadlines contained in this Order cannot be waived or extended by stipulation of the
   parties and remain in effect unless changed by court order. Settlement negotiations are not a
   basis for tolling any deadlines set forth in this order. The parties may request the extension
   of deadlines in accordance with Rule 1.200(e). Rule 1.200(e)(1) provides that: *"parties may
   submit an agreed order to extend a deadline if the extension does not affect the ability to
   comply with the remaining dates in the case management order. If extending an individual
   case management deadline may affect a subsequent deadline in the case management order,
   parties must seek an amendment of the case management order, rather than submitting a
   motion for extension of an individual deadline."* Any motions to extend a deadline, amend a

case management order, or alter a projected trial period must comply with the requirements of Rule 1.200(e)(3); Specifically, such motions must specify:

- the basis of the need for the extension, including when the basis became known to the movant;

- whether the motion is opposed;

- the specific date to which the movant is requesting the deadline or projected trial period be extended, and whether that date is agreed by all parties; and

- the action and specific dates for the action that will enable the movant to meet the proposed new deadline or projected trial period, including, but not limited to, confirming the specific date any required participants such as third-party witnesses or experts are available.

3. In accordance with Rule 1.202(a), before filing a non-dispositive motion, except for those motions exempted by Rule 1.202(c), the movant must confer with the opposing party in a good-faith effort to resolve the issues raised in the motion.  At the end of the motion, the movant must file a certificate of conferral substantially in the form provided by Rule 1.202(b), either certifying that conferral occurred or certifying that conferral is not required under the Rule.  Failure to comply with the requirements of Rule 1.202 may result in an appropriate sanction, including denial of a motion without prejudice. The purposeful evasion of communication under Rule 1.202 may result in an appropriate sanction.

4. In the event parties are unable to coordinate any non-dispositive and non-evidentiary hearing, deposition, or motion within a reasonable period of time (not less than 72 hours) and after 3 documented attempts, the moving party shall unilaterally set the issue for hearing pursuant to divisional instructions to occur no less than 14 days and no more than 45 days after the third attempt.

5. Notices of Unavailability: Notices of unavailability have no effect on the deadlines set by the case management order. If a party is unable to comply with a deadline in a case management order, the party must take action consistent with subdivision (e)(1) of Rule 1.200.

6. Inability to Meet Case Management Deadlines: if any party is unable to meet the deadlines set by the case management order for any reason, including due to the unavailability of hearing time, the affected party may promptly set a case management conference and alert the Court. A party choosing to set a case management conference for this reason, must do so prior to the expiration of the deadline or deadlines unable to be met, and must alert the Court.  The notice of case management conference must identify the issues to be addressed in the case management conference.

7. Timing and Sequence of Discovery:
- A party may not seek discovery from any source before that party's initial disclosure obligations are satisfied, except when authorized by these rules, by stipulation, or by court order.

- Except as provided in subdivision (c)(5) of Rule 1.280 or unless the  parties stipulate or the court orders otherwise, methods of discovery may be used in any sequence, and the fact that a party is conducting discovery, whether by deposition or otherwise, must not delay any other party's discovery.

8. Settlement: Counsel must immediately notify the Court in the event of settlement and submit a stipulation of settlement and order of dismissal. Counsel must also notify the Court of any pending hearings that will be canceled as a result of the settlement.

The following litigation deadlines are set pursuant to Rule 1.200(d)(2)(A-I) and Rule 1.280:

A. <u>SERVICE</u>: Plaintiff must serve their actions promptly by **11-29-2025** and in compliance with Florida Rule of Civil Procedure 1.070.
   - Service issues must be addressed promptly and with diligence.

   - Motions for extension must be filed prior to the expiration of this deadline.

   - No extensions pursuant to Florida Rule of Civil Procedure 1.070 will be granted without specific proof of diligent effort to effect service and a written explanation of what efforts the Plaintiff intends to pursue to effect service successfully, with proposed deadlines.

B. <u>SERVICE UNDER EXTENSIONS</u>:
   - If a party fails to serve a defendant by the date specified in an order granting an extension, the Court will dismiss the action against that defendant without further notice.

   - If a party asserts good cause or excusable neglect to excuse its failure to serve a defendant by an extended deadline, the party may file an additional motion for extension (or if the case has already been dismissed, a motion to vacate the order of dismissal) detailing the good cause or excusable neglect.

   - In any event, no extension to serve a defendant beyond **01-28-2026** will be allowed.

C. <u>ADDITION OF NEW PARTIES</u>: shall occur by **01-28-2026**.

D. <u>INITIAL DISCOVERY DISCLOSURES (Rule 1.280(a)(1)(A))</u>: The following must be provided within 60 days after the service of the complaint or joinder, unless a different time is set by Court order. Except as exempted by subdivision (a)(2) or as ordered by the Court, a party must, without awaiting a discovery request, provide to the other parties the following initial discovery disclosures unless privileged or protected from disclosure:
   - the name and, if known, the address, telephone number, and email address of each individual likely to have discoverable information- along with the subjects of that information-that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

   - a copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control (or if not in the disclosing party's possession, custody, or control, a description by category and location of such information) and may use to support its claims or defenses, unless the use would be solely for impeachment;

   - a computation for each category of damages claimed by the disclosing party and a copy of the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; provided that a party is not required to provide computations as to noneconomic damages, but the party must identify

categories of damages claimed and provide supporting documents; and

- a copy of any insurance policy or agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

BASIS FOR INITIAL DISCOVERY DISCLOSURE; UNACCEPTABLE EXCUSES; OBJECTIONS: a party must make its initial discovery disclosures based on the information then reasonably available to it. A party is not excused from making its initial discovery disclosure because it has not fully investigated the case or because it challenges the sufficiency of another party's initial discovery disclosures or because another party has not made its initial discovery disclosures. A party who formally objects to providing certain information is not excused from making all other initial discovery disclosures required by this rule in a timely manner.

If a party fails to make a disclosure required by rule 1.280(a), any other party may move to compel disclosure and for appropriate sanctions.

E. <u>FACT WITNESS LISTS</u>: must be filed 60 days from the date of service. The fact witness list must contain the name and, if known, the address, telephone number, and email address of all non-expert witnesses. *Generic descriptions such as "police officer", "records custodian," "insured", "claimant," "engineer," "claims adjuster," may, in the Court's discretion, be stricken from the witness list.* All witness lists must include a brief description of the substance and scope of the testimony to be elicited. Within 30 days of discovering previously unknown witnesses, either party may seek leave of Court to amend their witness list.

F. <u>EXHIBIT LIST</u>: must be filed 15 days before calendar call.  The exhibit list must disclose a list of all documentary and physical evidence intended to be used at trial. Each item must be specifically described and listed by number and description. General descriptions of exhibits are subject to being stricken. All listed exhibits must have been made available to opposing counsel for examination and copying.

G. <u>COMPLETION OF FACT DISCOVERY</u>: must occur by 270 days from the date of service. This includes the propoundment of and response to verified interrogatories, the production of documents, and the completion of depositions.  All inspections, depositions, and examinations must be completed no later than the date specified above. The parties must timely coordinate the scheduling and setting of depositions for all witnesses and/or parties they intend to depose.

H. <u>COMPLETION OF EXPERT DISCOVERY</u>: must occur by 300 days from the date of service. Specifically, parties must disclose all expert witnesses to be called at trial, including their names and all information regarding their testimony, as well as the address, telephone number, and email address of each. This includes disclosing the expert's area of expertise and serving a copy of each expert's reports (if such a report exists) or answers to expert interrogatories (if propounded). Each party is limited to one expert per specialty. No other expert testimony will be permitted at trial. All inspections, depositions, and examinations must be completed no later than the date specified above. The parties must timely coordinate the scheduling and setting of depositions for all witnesses and/or parties they intend to depose.

I. <u>SUPPLEMENTAL RESPONSES</u>: A party who has made a disclosure or has responded to

any type of discovery, must supplement or correct its disclosure or response in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing or as ordered by the Court.

J. <u>MOTIONS FOR SUMMARY JUDGMENT</u>: must be filed and served no later than 335 days from the date of service.    Responses to Motions for summary judgment must be filed no later than 40 days after service of the motion for summary judgment.  If the non-movant fails to respond to the motion for summary judgment, the court may consider the facts asserted in the motion undisputed for purposes of the motion and, if the motion and supporting materials--including the facts considered undisputed--show that the movant is entitled to it, grant summary judgment. Any hearing on a motion for summary judgment must be set for a date at least 10 days after the deadline for serving a response, unless the parties stipulate or the court orders otherwise.

K. <u>DAUBERT HEARINGS</u>: must be heard no later than 395 days from service.

L. <u>FILING AND RESOLUTION OF ALL OBJECTIONS TO PLEADINGS</u>: must be filed no later than120 days from service; must be heard no later than 180 days from service.  Any motion not filed and heard prior to the expiration of this deadline may be deemed abandoned or denied absent extraordinary circumstances which could not have been prudently anticipated, or by order of the Court entered prior to the expiration of the applicable time limitation.

M. FILING AND RESOLUTION OF ALL PRETRIAL MOTIONS: All pretrial motions must be filed no later than 420 days from service and must be heard no later than 480 days from service.

N. <u>FILING OF MOTIONS IN LIMINE</u>: Motions in limine must be filed no later than 480 days from service.

O. <u>COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION</u>: must be completed no later than 365 days from service.  The parties must comply with Florida Rules of Civil Procedure <u>1.700, 1.710, 1.720, 1.730, and 1.750</u> as to the conduct of mediation. Costs of mediation will be borne equally by both parties. Failure to mediate in good faith may result in the imposition of monetary sanctions.

P. <u>TRIAL</u>: The projected date of trial is **01-23-2027**. A firm trial date must be issued by the Court no later than 45 days before the projected trial period set forth in this case management order.

  • MOTIONS FOR CONTINUANCE OF TRIAL: Motions to continue trial are disfavored and should rarely be granted and then only upon good cause shown. Successive continuances are highly disfavored. Lack of due diligence in preparing for trial is not grounds to continue the case. Motions for continuance based on parental leave are governed by Florida Rule of General Practice and Judicial Administration 2.570.

  • Motion for Continuance Requirements: A motion to continue trial must be in writing unless made at a trial and, except for good cause shown, must be signed by the named party requesting the continuance. The motion must be filed promptly after the

appearance of good cause to support such motion. Failure to promptly request a continuance may be a basis for denying the motion to continue. The moving party or counsel must make reasonable efforts to confer with the non-moving party or opposing counsel about the need for a continuance, and the non-moving party or opposing counsel must cooperate in responding and holding a conference. All motions for continuance, even if agreed, must state with specificity: the basis of the need for the continuance, including when the basis became known to the movant; whether the motion is opposed; the action and specific dates for the action that will enable the movant to be ready for trial by the proposed date, including, but not limited to, confirming the specific date any required participants (such as third party witnesses or experts) are available; and the proposed date by which the case will be ready for trial and whether that date is agreed by all parties. If the required conference did not occur, the motion must explain the dates and methods of the efforts to confer. Failure to confer by any party or attorney under this requirement may result in sanctions.

- Trials that are not reached during the trial period set by Court order will be set in a new trial period that is as soon as practicable.

Q. <u>CASE MANAGEMENT CONFERENCES</u>: will be set by the individual judges pursuant to their division procedures found on their website.

R. <u>JOINT PRETRIAL STIPULATION</u>: A Joint Pretrial Stipulation must be filed by all parties (via counsel of record) at least seven calendar days before the scheduled calendar call. All parties must cooperate in good faith in preparation of the Joint Pretrial Stipulation. Unilateral pretrial stipulations will not be accepted. The single, unified submission must contain the following information in separately numbered paragraphs or sections:

- Stipulated Statement of Facts: A list of those facts that can be stipulated to and require no proof at the trial, together with a concise, impartial statement of the facts of the case.

- Statements of Disputed Law & Fact: Those issues of law and fact that are to be tried.

- Jury Instructions: If the trial is a jury trial, counsel must identify and attach all agreed upon standard instructions and all special instructions. Any disputed jury instructions must be attached and identified as to the party that proposed the instruction, along with copies of supporting case law.

- Verdict Forms: If the trial is a jury trial, the proposed jury verdict forms must be attached and designated as agreed to or disputed.

- Motions in Limine: Each party must make any anticipated motion(s) in limine indicating all stipulations/agreed items and any motion(s) in limine requiring a Court ruling.

- Trial Estimate: Each party must provide an estimate of the number of days for trial.

- Other issues: The parties must list any other issue that could potentially take up unnecessary time during the trial to facilitate the resolution of those matters prior to the trial date.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 3rd day of August, 2025.

2025-125933-CC-26 08-03-2025 10:05 PM
Hon. Luis Perez-Medina

**COUNTY COURT JUDGE**
Electronically Signed

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355, Email: ADA@jud11.flcourts.org at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of MIAMI DADE** | **County Court** |

Case Number: 2025-125933-CC-26

Plaintiff:
**MARK A. TURNER**

vs.

Defendant:
**ROCKET MORTGAGE CORPORATE LLC**

Received by Joseph Marker SPS 613 on the 4th day of August, 2025 at 12:22 pm to be served on **ROCKET MORTGAGE LLC- REGISTERED AGENT: CT CORPORATION SYSTEM INC, 1200 PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Joseph Marker SPS 613, do hereby affirm that on the **5th day of August, 2025** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS - 20 DAY CORPORATE SERVICE, CIVIL COVER SHEET, CIVIL CAUSE OF ACTION BREACH OF FIDUCIARY AND CONTRACT, PREDATORY LENDING, ESTOPPEL PRECLUSION, VIOLATION OF FAIR CREDIT REPORT ACT (FCRA)** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Manager** for **REGISTERED AGENT: CT CORPORATION SYSTEM INC**, at the address of: **1200 PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made

.
**Joseph Marker SPS 613**
Process Server

**Magic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
**(786) 881-8228**

Our Job Serial Number: MGS-2025007284

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | SUMMONS 20 DAY CORPORATE SERVICE | CASE NUMBER |
|---|---|---|
| ☐ CIVIL | | 2025-125933-CC-26 |
| ☐ DISTRICTS | (a) GENERAL FORMS | |
| ☐ OTHER | | |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | SERVICE |
|---|---|---|
| MARK A TURNER 14115 S 26TH AVE. HOMESTEAD FLORIDA 33035 | ROCKET MORTGAGE CORPORATION LLC; 1050 WOODWARD AVE. DETROIT MICHIGAN 48226 | |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on
defendant(s): ROCKET MORTGAGE CORPORATION LLC; PROCESS REGISTERED AGENT: CT CORPORATION SYSTEM INC, 1200 PINE ISLAND RD. PLANTATION FLORIDA 33324

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: PRO SE MARK A TURNER

whose address is: 14115 SE 26TH AVE. HOMESTEAD 33035

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| JUAN FERNANDEZ-BARQUIN CLERK OF THE COURT AND COMPTROLLER MIAMI-DADE COUNTY CIRCUIT AND COUNTY COURTS | BY:_____ DEPUTY CLERK | DATE AUG 0 1 2025 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314  Rev. 06/23                                        Clerk's web address: www.miamidadeclerk.gov

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2025-125933-CC-26 |
|---|---|---|
| PLAINTIFF(S)<br>MARK A TURNER<br>1411 SE 26TH AVE.<br>HOMESTEAD FLORIDA<br>33035 | VS.  DEFENDANT(S)<br>ROCKET MORTGAGE<br>CORPORATION LLC,<br>1050 WOODWARD AVE.<br>DETROIT MICHIGAN 48226 | SERVICE |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on
defendant(s): ROCKET MORTGAGE CORPORATION LLC,
PROCESS REGISTERED AGENT :
CT CORPORATION SYSTEM INC, 1200 PINE ISLAND
RD. PLANTATION FLORIDA 33324

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney:  PRO SE MARK A TURNER.
whose address is: 1411 SE 26TH AVE. HOMESTEAD
33035

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,
or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.
When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| JUAN FERNANDEZ-BARQUIN<br>CLERK OF THE COURT AND COMPTROLLER<br>MIAMI-DADE COUNTY<br>CIRCUIT AND COUNTY COURTS | *Yamil Hernandez Otero*<br>BY:_____<br>DEPUTY CLERK | DATE<br>AUG 0 1 2025 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA
Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400,
Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email
ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than seven (7) days; if you are hearing or voice
impaired, call 711."

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | | |
|---|---|---|---|
| ☑ CIVIL | | **CIVIL COVER SHEET** | CASE NUMBER: 2025-125933-CC-26 |
| ☐ DISTRICTS | | | |
| ☐ FAMILY | | | JUDGE CC 06 |
| ☐ OTHER | | | |

| PLAINTIFF | VS. DEFENDANT ROCKET MORTGAGE | CLOCK IN |
|---|---|---|
| MARK A TURNER 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035 | CORPORATION LLC, 1050 WOODARD AVE, DETROIT MICHIGAN 48226 | 2025 AUG -1 |

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☑ $30,001 - $50,000
☐ $50,001 - $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

CIRCUIT CIVIL
☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence - other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic Tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability - commercial
  ☐ Premises liability - residential
☐ Products liability
☐ Real property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions
☐ Professional malpractice
  ☐ Malpractice - business
  ☐ Malpractice - medical
  ☐ Malpractice - other professional

☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitution challenge-statute or ordinance
  ☐ Constitution challenge-proposed amendment
  ☐ Corporate trust
  ☐ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

COUNTY CIVIL
☑ Civil
☐ Real property/Mortgage foreclosure
☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

Clerk's web address: www.miamidadeclerk.gov

## COMPLEX BUSINESS COURT

**REMEDIES SOUGHT** (check all that apply):

☑ Monetary;

☐ Non-monetary declaratory or injunctive relief;

☐ Punitive

**NUMBER OF CAUSES OF ACTION:** [       ]

(specify) _____

_____

**IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ Yes

☐ No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☐ No

☐ Yes If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

**IS JURY TRIAL DEMANDED IN COMPLAINT?**

☑ Yes

☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _____  Florida Bar # _____

Attorney or party   PRO - SE                    (Bar #, if attorney)

MARK ATURNOR

(type or print name)                              8/1/2025

                                                  Date

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
## CIVIL DIVISION

**PLAINTIFF**

**MARK A. TURNER**                                      CASE NO;  2025-125933-CC-26
**1411 SE 26TH AVE.**
**HOMESTEAD FLORIDA**
**33035**


**VS.**


**DEFEDANTS,**

**ROCKET MORTGAGE**
**CORPORATION Llc:**
**1050 WOODWARD AVE.,**
**DETROIT, MI 48226**


**PLAINTIFFS COMPLIANCE WITH FLORIDA ADMINISTRATIVE STATUTE 765 LETTER INTENT TO SUE and CONCILIATION LETTER**

**SENT; TO ROCKET MORTGAGE CORPORATION LLC: 1050 WOODARD AVE. DETROIT MICHIGAN 48226, CERTIFIED MAIL,  On July 19, 2025 and July 21 2025**

**SENT; TO ROCKET MORTGAGE ACCOUNT RESOLUTION AND SERVICING HELP EMAIL ACCOUNTS on July 19, 2025 and July 21, 2025**


**Mark Anthony Turner, Pro-se litigant**
**1411 Se 26th Ave.**
**Homestead Florida**
**33035**
**Ph. 330-501-0352**
**Email markanthony37@sbcglobal.net**

**August 8, 2025.**

1



**From:** **Mark Turner** markanthony37@sbcglobal.net
**Subject:** Fwd: CLIENT MARK A TURNER / 765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035
**Date:** July 19, 2025 at 9:16 PM
**To:** servicing Help ServicingHelp@rocketmortgage.com

Begin forwarded message:

**From:** Mark Turner <markanthony37@sbcglobal.net>
**Subject: CLIENT MARK A TURNER / 765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035**
**Date:** July 19, 2025 at 9:32:45 AM EDT
**To:** accountresolution@rockrtmortgage.com



765 LETTER OF
INTEN...-2.pdf



**From:** **Mark Turner** markanthony37@sbcglobal.net
**Subject:** MARK A TURNER / PROPERTY ADDRESS 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035 / 765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 SETTLEMENT DEMAND AND CONCILIATION
**Date:** July 21, 2025 at 6:45 AM
**To:** accountresolution@rockrtmortgage.com



765 LETTER OF
INTEN...DF .pdf

**From:** Mark Turner markanthony37@sbcglobal.net 
**Subject:** Fwd: MARK A TURNER / PROPERTY ADDRESS 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035 / 765 LETTER OF
INTENT TO SUE LOAN NUMBER 3465809661 SETTLEMENT DEMAND AND CONCILIATION
**Date:** July 21, 2025 at 6:45 AM
**To:** servicing Help ServicingHelp@rocketmortgage.com

Begin forwarded message:

**From:** Mark Turner <markanthony37@sbcglobal.net>
**Subject: MARK A TURNER / PROPERTY ADDRESS 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035 / 765 LETTER OF
INTENT TO SUE LOAN NUMBER 3465809661 SETTLEMENT DEMAND AND CONCILIATION**
**Date:** July 21, 2025 at 6:45:18 AM EDT
**To:** accountresolution@rockrtmortgage.com



765 LETTER OF
INTEN...DF .pdf

**From:** **Rocket Mortgage Servicing Written Communication** servicinghelp@rocketmortgage.com
**Subject:** RE: Fwd: [External] CLIENT MARK A TURNER / 765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 /
PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035
**Date:** July 22, 2025 at 2:46 PM
**To:** markanthony37@sbcglobal.net

Good Afternoon Mark,

Thank you for reaching out to us and providing your detailed letter. I do apologize for the experience thus far. We certainly understand your concern and we want to ensure your response is answered by the proper team, so we are elevating this matter to our Senior Research Team.

We have forwarded your email over, and a team member will be in touch within 3 business days.

Thank you for being a Rocket Mortgage client and have a great day.



### Meghan
Written Communication Specialist
Your Feedback is Important! You may receive a brief survey from Medallia, asking about your experience with me. I appreciate you taking the time to share your thoughts. Thank you!

--------------- Original Message ---------------
From: Mark Turner [markanthony37@sbcglobal.net]
Sent: 7/19/2025 9:16 PM
To: servicinghelp@rocketmortgage.com
Subject: [External] Fwd: CLIENT MARK A TURNER / 765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035

> Begin forwarded message:
>
> From: Mark Turner <markanthony37@sbcglobal.net>
> Subject: CLIENT MARK A TURNER / 765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035
> Date: July 19, 2025 at 9:32:45 AM EDT
> To: accountresolution@rockrtmortgage.com
>
>

[ 765 LETTER OF INTENT TO SUE -2.pdf (application/pdf) ]

**From:** **Rocket Mortgage Servicing Written Communication** servicinghelp@rocketmortgage.com
**Subject:** RE: Fwd: [External] MARK A TURNER / LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / 2
CORRESPONDENCE / PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035
**Date:** July 22, 2025 at 2:37 PM
**To:** markanthony37@sbcglobal.net

Hello,

Thank you for reaching out to us. We have received the documents. I have uploaded them to the account.

I certainly understand your concern. I want to ensure your response is answered by the proper team, so I have forwarded your information over to the correct Team to assist you.

If you do not get a reply you may follow up with us in a week for an update.

If you need further assistance please respond to this email or chat online with our team by logging into your Rocket Mortgage account and clicking, "Chat Now".
Phones and chat are in office M-F 8:30am-9:00PM EST and Saturday 9:00am-4:00pm EST. Email is in office M-F only.

* Via email, we are unable to edit, delete or schedule new payments. Please change/set up payments online on your account, or call or chat with us for this. This is for security reasons.

Thank you,



**Kim**
Written Communication Specialist
Your Feedback is Important! You may receive a brief survey from Medallia, asking about your experience with me. I appreciate you taking the time to share your thoughts. Thank you!

--------------- Original Message ---------------
From: Mark Turner [markanthony37@sbcglobal.net]
Sent: 7/19/2025 9:17 PM
To: servicinghelp@rocketmortgage.com
Subject: [External] Fwd: MARK A TURNER / LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / 2 CORRESPONDENCE / PROPERTY 1411 SE 26TH AVE. HOMESTEAD FLORIDA 33035

> Begin forwarded message:
>
> From: Mark Turner <markanthony37@sbcglobal.net>
> Subject: MARK A TURNER / LETTER OF INTENT TO SUE LOAN NUMBER 3465809661 / 2 CORRESPONDENCE
> Date: July 19, 2025 at 9:14:24 PM EDT
> To: Accountresolution@rockrtmortgage.com
>
>
>

**765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661**
**SETTLEMENT DEMAND AND CONCILIATION**
**Date; July 17, 2025**

Property Owner and Address
Mark Anthony Turner
1411 Se 26Th Ave.
Homestead
Florida 33035

To

Rocket Mortgage Llc:
1050 Woodward Ave,
Detroit, MI 48226

To; the Rocket Mortgage Llc: Corporation and Account Resolution Team;

My first and foremost objective is a fair and equitable settlement agreement, I am seeking to be made whole, and obtain all actual damages lost, and my Rocket Mortgage and Credit Agency Report accounts expunged of defaulted, delinquent and derogatory credit history, if no equitable resolution is obtained here outlined are the specific legal infractions that will be applied and pursued in a forth coming litigation, I will immediately pursue against Rocket Mortgage Llc as follows, if there is no settlement of my demands **(1) Breach of Fiduciary and (2) Contract, (3) Predatory Lending, (4) Estoppel, (5) Conscionability, and the (6) Fair Credit Reporting Act FCRA Violations**

Since I filed initial lawsuit against Rocket Mortgage in August / October 2022, I have been involved in an extensive legal battle with your mortgage company, that are still pending for its alleged unprofessionalism and dereliction in the service of my mortgage loan account, In 2023 a subsequent breach of contract and fiduciary transpired in the service of my mortgage loan No; 3465809661, approximately in December of 2023, Rocket Mortgage began reversing and reallocating my monthly payment of $593 and depositing the funds into my Regions Bank bill pay account,

1

without my authorization or consent, this egregious mishandling of my mortgage loan account is the causation of extensive damages to my mortgage loan account and credit history, Rocket Mortgage cited my account for "insufficient funds" and assessed both default and delinquencies undeservedly to my account, in approximately a year and a half the arrearages have surmounted to approximately over $18,000 year to date, these fraudulent and derogatory credit history reports have been submitted to the CRA Credit Reporting Association or Bureau and have negatively impacted my credit score and ability to obtain credit, this disproportionate, manipulative mishandling of my mortgage account is unethical and administratively abusive, unprofessional and I am intolerant of this malicious conduct, I am a preferred customer. I am asking and seeking a immediate resolution of this debacle, abhorrent and malevolent business conduct and that you expeditiously seek to contact me and resolve these complex of issues, by expunging, removing the entire debt of $18,000 from my principle balance and removing, expunging all negative credit remarks and derogatory credit history from the Credit Bureau reporting agencies, I will wait 10 days to here from either your, Rocket Mortgage Corporation representatives, Rocket Mortgage Account Resolution or your attorneys, thank you for your attentiveness to this matter of extreme relevance,

I may be contacted at my cell 330-501-0351, email markanthony37@sbcglobal.net

2

**765 LETTER OF INTENT TO SUE LOAN NUMBER 3465809661**
**Date; July 17, 2025**

**Clients New Civil Action is Predicated on "New Factual Basis and Circumstances" a Diverse Type of Breach of both Fiduciary and Contractual and FCRA Violations**

Property Owner and Address
Mark Anthony Turner
1411 Se 26Th Ave.
Homestead
Florida 33035

To

Rocket Mortgage Llc:
1050 Woodward Ave,
Detroit, MI 48226

To the Rocket Mortgage Llc: Corporation and Account Resolution Team;

Since I filed initial lawsuit against Rocket Mortgage in August / October 2022, I have been involved in an extensive legal battle with my mortgage company, that is still pending for its alleged dereliction of professionalism and dereliction in the service of my mortgage loan, In 2023 a subsequent breach of contract and fiduciary transpired in the service of my mortgage loan No; 3465809661, approximately in November 2023, Rocket Mortgage began reversing and reallocating my monthly payment of $593 and depositing the funds  into my Regions Bank bill pay account, without my authorization or consent, this egregious mishandling of my mortgage loan account is the causation of extensive damages to my mortgage loan account and credit history, Rocket Mortgage cited my account for "insufficient funds" and assessed both default and delinquencies undeservedly to my account, in approximately a year and a half the arrearages have surmounted to approximately over $18,000 year to date, these fraudulent and derogatory credit history reports have been submitted to the CRA Credit Reporting Association or Bureau and have negatively impacted my credit score and ability to obtain credit, this disproportionate, manipulative mishandling of my mortgage account is unethical and administratively abusive, unprofessional and I am intolerant of this malicious conduct, I am a preferred customer. I am asking and seeking a immediate resolution of this debacle, abhorrent and malevolent business conduct and that you expeditiously seek to contact me and resolve these complex of issues, by expunging, removing the entire debt of $18,000 from my principle balance and removing, expunging all negative credit remarks and derogatory credit history from the Credit Bureau reporting agencies, I will wait 10 days to here from either your, Rocket Mortgage Corporation representatives, Rocket Mortgage Account Resolution or your attorneys, thank you for your attentiveness to this matter of extreme relevance,

I may be contacted at my cell 330-501-0351, email markanthony37@sbcglobal.net



**UNITED STATES POSTAL SERVICE.**

HOMESTEAD
737 WASHINGTON AVE
HOMESTEAD, FL 33030-9998
www.usps.com

07/21/2025                        08:52 AM

TRACKING NUMBERS
9589 0710 5270 2386 9815 12

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alert available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

    Detroit, MI 48226
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
    Fri 07/25/2025

| Certified Mail® | | | $5.30 |

    Tracking #:
       9589 0710 5270 2386 9815 12

| Return Receipt | | | $4.40 |

    Tracking #:
       9590 9402 0271 4295 3403 67

| Affixed Postage | | | -$0.78 |

    Affixed Amount: $0.78

| Total | | | $9.70 |

| Cardinal#10R Env | 1 | $1.01 | $1.01 |

| Grand Total: | | | $10.71 |

| Debit Card Remit | | | $10.71 |

    Card Name: VISA
    Account #: XXXXXXXXXXXX8603
    Approval #: 374073
    Transaction #: 887
    Receipt #: 374415
    Debit Card Purchase: $10.71
    AID: A0000009980840   Contactless
    AL: US DEBIT

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage

In a h____
quick ____. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

V: 24-050-0451
eipt #: 640-53300017-4-8874725
rk: 03

# USPS Tracking®

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Tracking          FAQs >

Tracking Number:

## 9589071052702386981512

Copy    Add to Informed Delivery

Remove ✕

### Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

---

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
July 28, 2025

**Arrived at USPS Regional Destination Facility**
DETROIT MI DISTRIBUTION CENTER
July 23, 2025, 5:57 am

**Arrived at USPS Regional Origin Facility**
MIAMI FL DISTRIBUTION CENTER
July 21, 2025, 11:03 pm

**Departed Post Office**
HOMESTEAD, FL 33030
July 21, 2025, 4:52 pm

**USPS in possession of item**
HOMESTEAD, FL 33030
July 21, 2025, 8:51 am

Feedback



**UNITED STATES POSTAL SERVICE**

HOMESTEAD
739 WASHINGTON AVE
HOMESTEAD, FL 33030-5998
www.usps.com

07/19/2025                    10:16 AM

TRACKING NUMBERS
9589 0710 5270 2386 9814 75

TRACK STATUS OF ITEMS WITH THIS CODE
UP TO 25 ITEMS



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard Message and data rates may apply.

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| NSxdInal#10R Env | 1 | $1.01 | $1.01 |
| First-Class Mail® Letter | 1 | | $0.78 |
| Detroit, MI 48226 | | | |
| Weight: 0 lb 0.40 oz | | | |
| Estimated Delivery Date | | | |
| Thu 07/24/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 2386 9814 75 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 9271 4295 3403 74 | | | |
| Total | | | $10.48 |

Grand Total                     $11.49

Debit Card Remit                $11.49
    Card Name: VISA
    Account #: XXXXXXXXXXXXX6183
    Approval #: 089087
    Transaction #: 699
    Receipt #: 050317
    Debit Card Purchase: $11.49
    AID: A0000000980840   Contactless
    AL: US DEBIT

REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.

Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420

FN: 114050-0461
Receipt #: 840-53300017-2-7602417 1
Clerk: 31

**Tracking Number:**

**9589071052702386981475**

☐ Copy   ⚹ Add to Informed Delivery

Remove X

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

### Get More Out of USPS Tracking:

☒ USPS Tracking Plus®

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
July 26, 2025

**Arrived at USPS Regional Destination Facility**
DETROIT MI DISTRIBUTION CENTER
July 21, 2025, 8:26 am

**Arrived at USPS Regional Origin Facility**
MIAMI FL DISTRIBUTION CENTER
July 19, 2025, 10:27 pm

**Departed Post Office**
HOMESTEAD, FL 33030
July 19, 2025, 4:41 pm

**USPS in possession of item**
HOMESTEAD, FL 33030
July 19, 2025, 10:15 am

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates

USPS Tracking Plus®

Feedback

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

MARK A. TURNER,

        Plaintiff,

v.

ROCKET MORTGAGE, LLC,

        Defendant.

_____/

Case No.: 2025-125933-CC-26

## NOTICE OF APPEARANCE AS COUNSEL
## AND DESIGNATION OF E-MAIL ADDRESSES

Drew P. O'Malley, Esq. of the law firm of Spencer Fane LLP, gives notice of his appearance as counsel for Defendant, Rocket Mortgage, LLC ("Rocket Mortgage, LLC") in this action. Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Drew P. O'Malley, Esq. gives notice of the e-mail addresses to which service must be made upon in this action:

**Drew P. O'Malley**

1. domalley@spencerfane.com
2. ecoutu@spencerfane.com

Dated: August 25, 2025.

Respectfully submitted,

/s/  *Drew P. O'Malley*
_____
Drew P. O'Malley
Florida Bar No. 106551
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, Florida 33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
ecoutu@spencerfane.com
*Attorneys for Defendant, Rocket Mortgage, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 25th day of August, 2025, a true copy of the foregoing has been electronically filed with the Clerk of Court through the Florida Courts E-Filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the E-Filing Portal, and to Pro Se Plaintiff, via regular U.S. Mail, as follows:

Mark A. Turner
1411 SE 26th Avenue
Homestead, FL 33035
*Pro Se Plaintiff*

/s/ *Drew P. O'Malley*
*Attorney*

2

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

MARK A. TURNER,

      Plaintiff,

v.

ROCKET MORTGAGE, LLC,

      Defendant.

_____/

Case No.: 2025-125933-CC-26

## DEFENDANT, ROCKET MORTGAGE, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Rocket Mortgage, LLC ("Rocket Mortgage, LLC"), in accordance with the Florida Rules of Civil Procedure, by and through the undersigned counsel, hereby files this Motion for Extension of Time to Respond to Complaint and states:

1.      Plaintiff filed his Complaint on August 1, 2025.

2.      Undersigned counsel was recently retained to represent the Defendant and needs additional time to investigate the claims and allegations contained in the Complaint, including gathering information in response that may support its defenses.

3.      As such, Defendant requests an extension of time to respond to Plaintiff's Complaint and respectfully moves this Court for an extension, up until September 2, 2025, to respond to Complaint.

4.      This Motion is made in good faith and not for purposes of delay.

WHEREFORE, Defendant, Rocket Mortgage, LLC, respectfully requests this Court enter an Order granting this Motion and extending the time to file a response to Plaintiff's Complaint,

through and including September 2, 2025, and granting all such further appropriate relief.

Respectfully submitted,

/s/  Drew P. O'Malley

Drew P. O'Malley
Florida Bar No. 106551
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, Florida 33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
ecoutu@spencerfane.com
*Attorneys for Defendant, Rocket Mortgage, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of August, 2025, a true copy of the foregoing has been electronically filed with the Clerk of Court through the Florida Courts E-Filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the E-Filing Portal, and to Pro Se Plaintiff, via regular U.S. Mail, as follows:

Mark A. Turner
1411 SE 26th Avenue
Homestead, FL 33035
*Pro Se Plaintiff*

/s/ *Drew P. O'Malley*

*Attorney*

# IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
## CIVIL DIVISION

**PLAINTIFF**

**MARK A. TURNER**
**1411 SE 26TH AVE.**
**HOMESTEAD FLORIDA**
**33035**

CASE NO;  2025-125933-CC-26

**VS.**

**DEFEDANTS,**

**ROCKET MORTGAGE**
**CORPORATION Llc:**
**1050 WOODWARD AVE.,**
**DETROIT, MI 48226**

### (PLAINTIFFS 1st AMENDED COMPLAINT)

**CIVIL CAUSE OF ACTION BREACH OF FIDUCIARY AND CONTRACT PREDATORY LENDING, VIOLATION OF FAIR CREDIT REPORT ACT (FCRA) UNCONSCIONABILITY ESTOPPEL (PRECLUSION)**

### (JURY DEMAND ENDORSED HEREIN)

**Mark Anthony Turner, Pro-se litigant**
**1411 Se 26th Ave.**
**Homestead Florida**
**33035**
**Ph. 330-501-0352**
**Email markanthony37@sbcglobal.net**

**August 26, 2025**

1

## I. INTRODUCTION:

The Plaintiff now moves to present a legitimate cause of action in a civil Lawsuit Against the defendant Rocket Mortgage Llc; for Breach of Fiduciary and Contract, Violation of (FCRA), Estoppel (Preclusion), and Predatory Lending JURY DEMAND ENDORSED HEREIN

### Plaintiffs Short Brief Statement for Civil Cause of Action

The defendant Rocket Mortgage breached its fiduciary and contractual obligations to the plaintiffs mortgage loan, by failing to administratively control, apply equitable loan and payment servicing standards to validate his monthly loan installments presented to and received in his Rocket Mortgage Loan account 346580966, Rocket Mortgage account resolution team reversed the plaintiffs equitable payments of $593 a month, sent through his online Regions Bank electronic bill payment account and reallocated, deposited the sufficient funds back into his Regions online electronic bank account, creating a defaulted, delinquent Rocket Mortgage loan account and payment history, also a negative derogatory credit history was reported to the (CRA) Credit Reporting Agency, Bureau, the proximate cause of damages

## II. CIVIL CAUSE OF ACTION PREDICATED ON NEW FACTUAL BASIS & CIRCUMSTANCES

### Plaintiff New Civil Action is Predicated on New Factual Basis and Circumstances, a Diverse Type of Breach of both Fiduciary and Contract Infractions and FCRA Violations

Rule 15(d) addresses supplemental pleadings, permitting a party "to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Collins v. Wal-Mart Stores, Inc., 3:23-cv-01368-RBM-DEB (S.D. Cal. Jun 06, 2025). This provision allows parties to update their pleadings to include new facts that have emerged since the filing of the original pleading.

The first instance or infractions of breach of Fiduciary and Contract, violations of FCRA were committed and presented in the underlying original lawsuit against the defendant Rocket Mortgage that were eventually dismissed for "failure to state a claim" in the U.S. District Court, the Appellant court affirmed the U.S. District decision, however the new civil cause of action is not a rehash of the prior breach of fiduciary and contract claims in the underlying case or the

2

## I. INTRODUCTION:

The Plaintiff now moves to present a legitimate cause of action in a civil Lawsuit Against the

defendant Rocket Mortgage Llc; for Breach of Fiduciary and Contract, Violation of (FCRA),

Estoppel (Preclusion), and Predatory Lending

### Plaintiffs Short Brief Statement for Civil Cause of Action

The defendant Rocket Mortgage breached its fiduciary and contractual obligations to the

plaintiffs mortgage loan, by failing to administratively control, apply equitable loan and payment

servicing standards to validate his monthly loan installments presented to and received in his

Rocket Mortgage Loan account 346580966, Rocket Mortgage account resolution team

reversed the plaintiffs equitable payments of $593 a month, sent through his online Regions

Bank electronic bill payment account and reallocated, deposited the sufficient funds back into

his Regions online electronic bank account, creating a defaulted, delinquent Rocket Mortgage

loan account and payment history, also a negative derogatory credit history was reported to

the (CRA) Credit Reporting Agency, Bureau, the proximate cause of damages

## II. CIVIL CAUSE OF ACTION PREDICATED ON NEW FACTUAL BASIS & CIRCUMSTANCES

**Plaintiff New Civil Action is Predicated on New Factual Basis and Circumstances, a
Diverse Type of Breach of both Fiduciary and Contract Infractions and FCRA Violations**

Rule 15(d) addresses supplemental pleadings, permitting a party "to serve a

supplemental pleading setting out any transaction, occurrence, or event that happened after

the date of the pleading to be supplemented." Collins v. Wal-Mart Stores, Inc., 3:23-cv-01368-

RBM-DEB (S.D. Cal. Jun 06, 2025). This provision allows parties to update their pleadings to

include new facts that have emerged since the filing of the original pleading.

The first instance or infractions of breach of Fiduciary and Contract, violations of FCRA were

committed and presented in the underlying original lawsuit against the defendant Rocket

Mortgage that were eventually dismissed for "failure to state a claim" in the U.S. District Court,

the Appellant court affirmed the U.S. District decision, however the new civil cause of action is

not a rehash of the prior breach of fiduciary and contract claims in the underlying case or the

2

doctrine of res-judicata a (preclusion claim), or collateral estoppel, the new lawsuit is subsequently predicated on Rocket Mortgages, rejection, reversal and returned monthly mortgage payments deposited into the plaintiffs Regions bank electronic bill pay account and definitely must not be commingled or confused with the first breach of fiduciary and contract claims identified in the original, civil cause of action."and a party may move "at any time, even after judgment" to amend the pleadings to conform to the evidence. Roditi v. New River Invs. (S.D. Cal. Dec 27, 2023); Ale v. Tennessee Valley Authority, 269 F.3d 680 (6th Cir. 2001).

In the underlying case the plaintiff raised a specific claim that the defendant defaulted on paying his real estate taxes and caused a mortgage payment and principle balance modification increase and inflation of his monthly mortgage payment, the doctrine of Res judicata precludes or prevents a litigant from re-litigating claims that were or could have been brought in a previous lawsuit, only if the particular lawsuit reached a final judgment based on the merits of the case, however the plaintiffs case was dismissed on a legal technicality, a (pleading deficiency and not the merits of the case) for "failure to state a claim", the lawsuit was terminated before it got started without the procedural aspects of discovery or adjudication by the trier of the fact

Collateral estoppel prevents a litigant from re-litigating specific issues that were actually litigated and decided in a prior case, however the plaintiffs second legitimate cause of action is established on the idea of a "different factual basis and circumstances", a different type of breach of contract and fiduciary, the original underlying breach of fiduciary and contract claim alleged misapplication of the clients loan funds designated for payment of plaintiffs delinquent real estate taxes and assessed misappropriated financial obligation on the plaintiffs principal mortgage balance and unduly oppressed the plaintiff with the burden and inflated loan balance, interest and penalties, the new claim, issue and legitimate cause of action, is the disproportionate reversal of the plaintiffs mortgage payments in November of 2023, it is a subsequent and distinct separate dereliction of trustee administrative abuse and manipulation of finances that are illicit and unprofessional in mannerism and conduct, "another type, or

3

"different kind of circumstances" of breach in fiduciary and contract, that actually transpired 2 years later chronologically at a different date, time and sequence of events", "afterwards" peradventure to the original underlying case of breach of fiduciary and contract, that were filed in 2020, a novice "transactional circumstance" in a contemporary frame of time or period, the original claim was cited from a financial debacle that occurred, transpired in 2020, the second claim cites a diverse type of trustee accounting error that transpired in November 2023 two and a half years with disparity in time from the actual act or commission and culpability. The Supreme Court's decision in Foman v. Davis, 371 U.S. 178, 182 (1962), provides the foundational framework: "If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." In re Kruszynski, 150 B.R. 209 (Bankr. N.D. Ill. 1993). This policy reflects a preference for resolving disputes on their merits rather than on procedural technicalities, Dalewitz v. The Procter & Gamble Co., 22-cv-07323 (NSR) (S.D. N.Y. Mar 11, 2025)

The underlying relationship between the plaintiff and Rocket mortgage (the mortgage) are the same, but the specific malfeasance conduct, illicit action, and beach of fiduciary and contract accounting violations, that transpired were different inappropriate incidents, thus the resulting proximate cause of damages are significantly different in scope and provocation

Therefore the new contravention constitutes a entirely "new litigation dynamic" implicated on a "diverse type" in breach of fiduciary and contract and the consequential violations of FCRA, creating a novice legitimate cause of action that was not and could not have been possibly litigated in the prior case, they are separate circumstances and disparate scenarios, even in the same overall spectrum that is proximately related to the same legal idea and objective but with other characteristics of wrongful mala-fide, that cannot not be commingled or confused as homologous, or the exact same incident or ordeal.

The U.S. District and Appellant Courts affirming the case dismissal was purely procedural predicated on a "pleading deficiency" and not adjudicated on the merits of the case

**Summation: Divergence in 1st Original Complaint in Comparison to 2nd New Complaint**

In the prior fiduciary complaint the plaintiff relied upon the fact and material evidence, that Rocket Mortgage made a delinquent tax payment, misappropriated loan funds and inflated his principle balance, in this new complaint, the plaintiff emphasizes that the bad faith discrepancy in returned payments, transpired after the initial lawsuit and the novice category, description of breach of fiduciary and contract are a "transactional nucleus of facts", The new claim has a "nuanced factor" that changed the dynamic and narrative, the initiation of a new legitimate cause of action is expedient to resolve the complexity and legal issue on the merits of the case

### III. FACTS COMMON TO ALL

**The Disposition and Status of the Plaintiffs Underlying and Initial Civil Lawsuit**

In August 8, 2022 the Plaintiff Mark A Turner filed a civil lawsuit against Rocket Mortgage Llc; Corporation; and Amrock Llc; now identified as (Rocket Close) for breach of fiduciary, breach of contract, negligence, violation of (FCRA) Fair Credit Reporting Act and Fraud, the original complaint was filed in the Circuit Court of Miami Dade case No; 22-15473-CA-01, and removed to the U.S. Southern District Court of Florida Miami Division Case No; 1:22-CV-23028. the Defendant Counsel moved for a dispositive motion "Failure to State a Claim" U.S. District Judge dismissed the plaintiffs case for "Failure to State a Claim" and a "Shot Gun Pleading", the plaintiff appealed the case to the U.S. Eleventh Circuit Court of Appeals, case 24-10012 the case was AFFIRMED IN PART AND REVERSED INPART, and REMANDED to the U.S. Southern District Court of Florida Miami Division Case No; 1:22-CV-23028 for further proceedings consistent with Appellant Courts opinion on May, 13 2025

**Rocket Mortgages Reversed the Plaintiffs Regions Bank Monthly Mortgage Electronic Payments and Reallocated them back into his Regions Online Bill Pay Account**

The plaintiff Mark A Turner and Rocket Mortgage Llc; became involved in another, adverse legal circumstance and diverse dispute concerning the plaintiffs monthly mortgage payment, Rocket Mortgage is the designated "Fiduciary" of the plaintiffs mortgage payment and escrow account and has the trustee responsibility to disburse and pay all of the plaintiffs

property taxes and insurances, with fiscal fidelity and accountability, likewise Rocket Mortgage is the designated fiduciary and received and controlled the plaintiffs monthly payment obligation, demonstrating the first element and criteria in fiduciary, law the **"Existence of Fiduciary Duty"** accountability is obligated by the defendant company Rocket Mortgage to the plaintiff for both monthly mortgage payment and escrow account, (these relevant documents are material and contractual evidence that Rocket Mortgage is the fiduciary of the plaintiffs mortgage payment and escrow account) **(See EXHIBIT- #1 Rocket Mortgage designated Fiduciary escrow closing disclosure (paid delinquent real estate taxes $2,927), (See EXHIBIT- #2, Rocket Mortgage designated Fiduciary Florida Insurance premium disclosure &settlement certification (paid delinquent taxes $2,927**

Initially, contractually, the two parties agreed on a monthly installment amount of $593, **(See EXHIBIT- #3, Rocket Mortgage and Plaintiffs mutual monthly payment contractual obligation)** both Rocket Mortgage and Amrock Llc; now rebranded and incorporated into Rocket Mortgage Llc; and professionally identified as (Rocket Close), predicated on an accounting error and failure to pay the plaintiffs real-estate taxes **(See EXHIBIT-#4, Miami Dade Tax collector financial department returned unaccepted delinquent Tax payment,** and misappropriation of the plaintiffs delinquent tax funds **(See EXHIBIT-#5, Amrock Llc; correspondence refunded money designated to pay plaintiffs real estate taxes,** Rocket Mortgage illicitly modified, increased and inflated the plaintiffs monthly mortgage and escrow payment to $750 per month in June of 2022, **(See EXHIBIT-#6, correspondence Rocket Mortgage increase in monthly payments $738)** the taxes were contractually obligated to be paid at closing in December 2020, Rocket Mortgage later delinquently paid the real-estate taxes 2 years later in March of 2022 and applied the defaulted, delinquent taxes to the plaintiffs principle loan balance and unduly increased the plaintiffs principle mortgage balance and monthly mortgage payment **(See EXHIBIT-#7, Miami Dade 2019 delinquent tax certificate, paid late March 31, 2022,** Rocket Mortgage contractually failed to notify the plaintiff of

6

modification and failure to pay taxes (error correction agreement **( See EXHIBIT-#8, Real property tax and mortgage contractual payoff "Error Correction agreement")** Ironically the Rocket Mortgage account resolution team supervisor and Legal department, both candidly admitted with transparency, the culpability and failure of Rocket Mortgages factual and historic administrative tax payment debacle, demonstrating that Rocket Mortgage breached its fiduciary and contractual obligations with regard to the plaintiffs escrow account and mortgage loan

Rocket Mortgage, in mean spirited apathy and reckless indifference, denied the plaintiff any amicable customer service or amenable relief to resolve the complex accounting issue with his escrow account and mortgage loan, they created with imprudent dereliction **(See EXHIBIT- #13, correspondence, Rocket Mortgage customer service loan Agent Jessica Vest, insufficient check and delinquent taxes issue June 10, 2022 (See EXHIBIT- #14, Correspondence, Rocket Mortgage legal department, Morgan Schutz admission of delinquent tax loan proceeds and breach of fiduciary and contract**

**The Plaintiff without Default or Delinquency Continued to Pay his Monthly Mortgage Installment with Fiscal Responsibility through his Regions Online Bill pay Account**

The plaintiff contested the unfair and inequitable increase in monthly payment of obligation $738, and Rocket Mortgage also increased the plaintiffs principle loan balance, the plaintiff continued to make his regularly scheduled of $593 per month without default or delinquency in the duration of the loan and the course of litigation to this present date through his Regions Bank online electronic bill payment account to a Rocket Mortgage Llc; loan accounts receivable unto this present day In July 2025, without default or delinquency, Approximately in December 2023 Rocket Mortgage, Rocket Llc; with contempt began to reverse and reallocate the plaintiffs $593 mortgage payments and deposit them back into his Regions Bank electronic on line bank account identifying them as "insufficient payment" **(See EXHIBIT-#9, Region bank online electronic bill payment Rocket Mortgage transaction history, disbursement and reversal, from December 2023 until July 2025**

**(See EXHIBIT-#10 correspondence from Rocket Mortgage payment not accepted notice "insufficient payment" July, 16, 2025 only 3 examples, 33 in total**

**Rocket Mortgages Reversal of the Plaintiffs Monthly Mortgage Payments is a Breach of Contract and Fiduciary, Causation of Financial Damages and Violation (FCRA)**

Rocket Mortgages reversal and remitting of the plaintiffs monthly mortgage payment to his Regions bank electronic bill pay account, was a intentional "breach of fiduciary and contract" regarding his escrow account, mortgage balance and payment account history, Rocket mortgage began identifying, assessing the return payments as "insufficient payments", Rocket mortgage with deceptive malicious intent placed the plaintiffs mortgage account in a defaulted and delinquent status that accumulated into a massive negative unpaid debt and balance of $17,000 and accruing in principle, interest and penalty monthly, the proximate cause of financial damages, the unsolicited debt invariably applied to the plaintiffs principle mortgage balance, inflated his mortgage principle balance from $50,000 to an exorbitant $67,000 in penalties and interest, Likewise Rocket mortgage has reported the plaintiffs on time payments as defaulted and delinquent on his credit report and has decimated and negatively impacted the plaintiffs CRA, credit reporting score and ability to utilize or obtain credit **( See EXHIBIT-#11, Credit Bureau Report Plaintiffs inflated mortgage balance $67,00**

### IV. LEGAL STANDARD & ARGUMENT AT LAW AND AUTHORITIES

**Legal Standard Definition and Key Elements of a Breach of Fiduciary Duty in Florida**

In Florida, a breach of fiduciary duty occurs when someone in a position of trust, like a trustee or personal representative, fails to uphold the legal and ethical obligations they owe to the person or entity they represent (the beneficiary or principal). This can involve failing to act with loyalty, care, and transparency, leading to potential legal and financial consequences.

**1. Existence of a Fiduciary Duty:** The first step is establishing that a fiduciary relationship existed. This relationship is characterized by a high degree of trust and confidence, where one party (the fiduciary) is expected to act in the best interests of another (the beneficiary).

8

The language used by courts to describe the fiduciary relationship reflects its historical origin in equity. For instance, in Doe v. Evans, 814 So. 2d 370, 374 (Fla. 2002), quoting Quinn v. Phipps, 113 So. 419, 421 (Fla. 1927)

**2. Breach of Duty:** The fiduciary's actions or inactions must deviate from the expected standard of care and loyalty. Common examples include self-dealing (acting in their own interest), mismanagement of assets, failure to disclose conflicts of interest, or excessive compensation. The **"duty of care"** requires that directors inform themselves "prior to making a business decision, of all material information reasonably available to them." See Smith v. Van Gorkem, 488 A.2d 858 (1985). The **"duty of loyalty"** means that all directors and officers of a corporation working in their capacities as corporate fiduciaries must act without personal economic conflict. As the Delaware Supreme Court explained in Guth v. Loft, 5 A.2d 503, 510 (Del. 1939), "Corporate officers and directors are not permitted to use their position of trust and confidence to further their private interest." Perhaps the most famous description of the **"duty of loyalty"** is by Chief Judge Benjamin Cardozo in Meinhard v. Salmon, 164 N.E. 545, 546 (N.Y. 1928): Under the **"duty of good faith",** a corporation's directors and officers must advance interests of the corporation and fulfill their duties without violating the law. See In re The Walt Disney Co. Derivative Litig., 906 A.2d 27 (Del. 2006)., The directors' failure to follow the charter may, however, be a breach of fiduciary duty (see Breach Committed in **"Bad Faith"**). (Lacey v. Mota-Velasco, 2021 WL 508982, at *7-9 (Del. Ch. February 11, 2021).

**3. Damages:** The breach must have caused financial loss or harm to the beneficiary.

**4. Causation:** The damages must be directly traceable to the fiduciary's breach

**Plaintiffs Mortgage Contract Converted to a Fiduciary Relationship when Rocket Mortgage Controlled Monthly Payments and the Plaintiffs Mortgage Escrow Account**

For example, Arms Length Covered to a Fiduciary Relationship, in First National Bank and Trust Company of the Treasure Coast v. Pack, 789 So. 2d 411 (Fla. 4th DCA 2001), the buyers of a new home sued the bank that provided them with a construction loan for breach of fiduciary duty after the builder failed to correct various defects in the home.

9

Another example of an arm's length business transaction being converted into a fiduciary relationship is the decision in Capital Bank v. MVB, Inc., 644 So. 2d 515 (Fla. 3d DCA 1994). In Capital Bank, which is cited in the First National decision, a vendor of hair care products and its supplying manufacturer each had a borrower relationship with the bank. Brundage v. Bank of America, 996 So. 2d 877, 882 (Fla. 4th D.C.A. 2008) ("A fiduciary relationship involves discretionary authority and dependency: One person depends on another — the fiduciary — to serve his interests.") A fiduciary relationship and duty may arise from what would normally be an arm's length business transaction when one party takes on responsibilities not required by the transaction, thereby leading the other party to reasonably believe that the first party is acting on behalf of the other party's interests.[82] For example, In Capital Bank, which is cited in the First National decision, Doyle v. Maruszczak, 834 So. 2d 307, 309 (Fla. 5th D.C.A. 2003) (an agent owes a fiduciary duty to the principal and may not put itself in a position adverse to that of the principal); ("all fiduciary relations give rise to the problem of abuse of power … the purpose of fiduciary law should be to solve this problem"); Ernest J. Weinrib, The Fiduciary Obligation, 25 U. Toronto L. J. 1, 4 (1975) ("The fiduciary obligation is the law's blunt tool for the control of … discretion.")

### Rocket Mortgage Breached Fiduciary and Contractual Obligation by Reversing and Reallocating the Plaintiffs Payments to his Regions Bank Electronic Bill Payments

The duty of care requires that directors inform themselves "prior to making a business decision, of all material information reasonably available to them." Smith v. Van Gorkem, 488 A.2d 858 (1985). Moreover, a director may not simply accept the information presented. Rather, the director must assess the information with a "critical eye," so as to protect the interests of the corporations and its stockholders. Smith v. Van Gorkem, 488 A.2d 858 (1985). The duty of loyalty means that all directors and officers of a corporation working in their capacities as corporate fiduciaries must act without personal economic conflict. As the Delaware Supreme Court explained in Guth v. Loft, 5 A.2d 503, 510 (Del. 1939), Under the duty of good faith, a corporation's directors and officers must advance interests of the corporation and fulfill their

10

duties without violating the law. *In re The Walt Disney Co. Derivative Litig.*, 906 A.2d 27 (Del. 2006). Under the duty of prudence, a trustee must administer a trust with a degree of care, skill, and caution that a prudent trustee would exercise. *Amgen Inc. v. Harris*, 577 U.S. __ (2016). This duty requires directors to act with "complete candor." In certain circumstances, this requires the directors to disclose to the stockholders "all of the facts and circumstances" relevant to the directors' decision. *Amgen Inc. v. Harris*, 577 U.S. __ (2016).*4)*

### Legal Standard and Definition of Key Elements  Breach of Contract

In law, a breach of contract occurs when a party fails to fulfill their obligations as agreed upon in a legally binding contract, without a valid legal excuse.

This failure can involve not performing a required action, not performing it correctly, or not completing it on time to prove a breach of contract, four key elements must be established:as a result of the defendant's here's a more detailed breakdown:

**1. Existence of a valid contract:** This means there was a legally binding agreement between the parties, with offer, acceptance, and consideration (something of value exchanged).

**2. Performance or excuse:** The plaintiff must demonstrate they either fulfilled their obligations under the contract or had a valid legal reason for not doing so.

**3. Breach by the defendant:** The defendant failed to fulfill their contractual obligations, which could include non-performance, inadequate performance, or failure to meet deadlines.

**4. Damages:** The plaintiff must demonstrate they suffered a loss or injury due to the defendant's breach of contract.

### Defendant Rocket Mortgage Breached Contractual Obligation to the Plaintiff with Reversed, Reallocated Mortgage Payments to Regions Bank Electronic Bill Pay Account

The plaintiff has established the lawful criteria and 4 elements to establish his claim for breach of contract, a valid contract existed between the two diverse parties, the contractual obligation has identified Rocket Mortgage as the fiduciary responsibility for the receipt, processing and application of the plaintiffs monthly mortgage payment to his Rocket Mortgage loan account, Rocket Mortgage in breach of fiduciary reversed the mortgage payments and

remitted the funds back to the plaintiffs electronic bill payment bank account, consequently placing the plaintiffs account in extreme arrearages, default, compounded interest, penalty and undue negative credit report delinquencies, Rocket Mortgage is the designated fiduciary administrator of the plaintiffs mortgage escrow and bill payment accounts to apply proceeds to his mortgage balance and disburse loan proceeds to pay real estate taxes and insurance

      The Plaintiffs claims go beyond mere allegation and are inextricably in the written content of the contractual instrument, the Defendants claim that the relationship between the Plaintiff and the defendant was "Arms Length " is bogus and unsupported by material fact or implied evidence "Florida follows the general rule that to be recoverable, damages for breach of contract `must arise naturally from the breach, or have been in contemplation of both parties at the time they made the contract, as the probable result of a breach.'" *T.D.S., Inc. v. Shelby Mut. Ins.* Co., 760 F.2d 1520, 1532 n. 11 (11th Cir.1985) (citing Hobbley v. Sears, Roebuck and Co., 450 So. 2d 332, 333 (Fla.App. 1st Dist.1984)). Moreover, "damages are recoverable so long as the actual consequence of breach of contract could have been reasonably expected to flow from the breach." T.D.S., Inc., 760 F.2d at 1520, n. 11. (citing Natural Kitchen, Inc. v. American Transworld Corp., 449 So. 2d 855, 860 (Fla. 2d DCA 1984)). **1. A material breach** **o**ccurs only when an injured party has sustained a substantial injury due to the breach. Malladi v. Brown, 987 F. Supp. 893 (M.D.Ala. 1997). **2. A Valid Contract in order to breach a contract**, the contract must have been in existence. Johnson v. All American Life Ins. Co., 838 F. Supp. 1556 (M.D.Fla.1993) **3. Restoration to Original Position** Under Florida law, "equity will not usually order rescission unless the condition of the parties may be restored as it existed prior to the execution of the contract." Hibiscus Associates Ltd. v. Board of Trustees of Policemen and Firemen Retirement System of City of Detroit, 50 F.3d 908, 917 (11th Cir.1995). See also Mazzoni Farms, Inc. v. E.I. DuPont De Nemours and Co., 761 So. 2d 306, 313 (Fla. 2000) (citing Lang v. Horne, 156 Fla. 605, 23 So. 2d 848, 853 (1945)) (stating a prerequisite to rescission of contract is placing the other party in status quo). ." Cheverie v. Geisser, 783 So. 2d 1115, 1119 (Fla. 4th DCA 2001). "It is axiomatic that a promise, no matter how slight, can

constitute sufficient consideration so long as a party agrees to do something that they are not bound to do" Ashby v. Ashby, 651 So. 2d 246, 247 (Fla. Dist. Ct. App. 1995).

**The Fair Credit Reporting Act (FCRA) is a Federal Law that Regulates the Collection, Dissemination, and use of Consumer Credit Information**

Enacted in 1970, the FCRA aims to ensure the accuracy and privacy of consumer credit reports while promoting the availability of credit, insurance, and employment opportunities. It outlines consumer rights related to their credit information and establishes rules for credit reporting agencies (CRAs) and information furnishers (like lenders and creditors).

**Legal Standard Definition and Key / Elements or Aspects  of the (FCRA) Violations:**

**1. Consumer Rights:** The FCRA grants consumers the right to access their credit reports, dispute inaccurate information, and know who has accessed their credit information.

**2. Accuracy and Fairness:** The FCRA requires CRAs to follow "reasonable procedures" to ensure the accuracy, relevance, and confidentiality of consumer information.

**3. Permissible Purposes:** The FCRA specifies the permissible purposes for which a CRA can furnish a consumer report, such as for credit, insurance, employment, and certain government transactions.

**Responsibilities of Information Furnishers:** The FCRA also outlines responsibilities for those who provide information to CRAs, including the duty to report accurate information and update or correct previously reported information.

**4. Dispute Resolution:** The FCRA provides a framework for consumers to dispute inaccurate or incomplete information in their credit reports and requires CRAs to investigate these disputes.

**5. Identity Theft Protection:** The FCRA includes provisions to protect consumers from identity theft, such as allowing consumers to place fraud alerts on their credit reports.

**6. Enforcement:** The Federal Trade Commission (FTC) and the Consumer Financial Protection Bureau (CFPB) are the primary enforcers of the FCRA, and consumers can also bring civil actions to enforce their rights under the law.

**The Defendant Rocket Mortgage is in Violation of the (FCRA) Falsely Reported Reversed Region Bank Bill Payments as Default and Delinquencies**

Approximately in or about November 2023, the Plaintiff and his mortgage lien holder were involved in a contentious litigation dispute, Rocket Mortgage began a aggressive and adverse strategy against the plaintiff by reversing the plaintiffs $593 a month and remitting (depositing) the payments back into the plaintiffs Regions electronic bill pay account as "insufficient payment" placing the plaintiffs Rocket Mortgage account in default and delinquent status, accumulating massive arrearages and financial damages of over $17,000 in interest and penalties and further damaging the plaintiffs credit history with negative and derogatory CRA credit history reports, the plaintiff filed a dispute with, Equifax, Trans Union, Experian and all three investigated and sent a complaint to Rocket Mortgage for a response but Rocket Mortgage did nothing to adjust or correct the patently false derogatory credit reports of delinquencies and defaults **(See EXHIBIT- #11, Equifax, Trans-union, Experian investigative reports, April 11, 18,  2024,**

The FCRA governs the behavior of consumer reporting agencies, also called "credit bureaus," and the businesses or individuals that report information to the consumer reporting agencies (CRAs). The CRAs compile this information into your credit report. Creditors, landlords, and employers may rely on information in your credit report in making decisions to extend credit to you, give you a job, or rent a home or apartment to you.

The FCRA provides rules about who can access your report, what can be reported and for how long, and what CRAs and information suppliers (also called "furnishers") must do if you dispute information, If a CRA or another entity violates the FCRA, you might suffer harm. For example, inaccurate information in your report could lead a creditor to deny you a car loan or credit card, an employer to refuse to hire you, or a landlord to decide not to rent to you. You could suffer other harm as well.

If an FCRA violation happens, you can sue in court. Here are the remedies that are available. If you can show that the CRA, information furnisher, or entity using the information willfully violated its obligations under the FCRA, then you may be entitled to recover up to all of

14

the following damages:-Basic Damages (pick one):actual (provable) damages (no limit), or

statutory damages between $100 and $1,000 (to get these you don't have to prove that the

violation harmed you).

You are also entitled to damages if you can show that the CRA or other entity

negligently failed to comply with its obligations under the FCRA. Damages here include:actual

damages (no set limit or minimum), and attorneys' fees and costs. (15 U.S.C. § 1681o)

(1),Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1157 (9th Cir. 2009). A consumer may

sue a furnisher and recover damages if the furnisher willfully or negligently violated FCRA. 15

U.S.C. §§ 1681n, 1681o; see Syed v. M- I, LLC, 853 F.3d 492, 503 (9th Cir. 2017).In this

respect, a furnisher's duties resemble those of a credit reporting agency, which can also be

liable for failing to "follow reasonable procedures to assure maximum possible accuracy" of

information on a credit report. 15 U.S.C. § 1681e(b); see also 15 U.S.C. §§ 1681n, 1681

With Gross's liability "abolished," he was no longer obligated to repay the debt. See

Black's Law Dictionary (11th ed. 2019) (defining "debt" as "[l]iability on a claim"); (defining

"liable" as "[r]esponsible or answerable in law; GROSS V. CITI-MORTGAGE legally obligated").

Gross no longer owed a balance, so his payments were not late, and the loan should not have

been accruing interest or late fees. It was "patently incorrect" for Citi Mortgage to report

otherwise. Gorman, 584 F.3d at 1163.Gross has more than satisfied his burden to make a

prima facie showing of inaccurate reporting: he established as a matter of law that Citi

Mortgage's reports were "patently incorrect." See Gorman, 584 F.3d at 1163 (defining

inaccuracy under FCRA as information that is "patently incorrect" or materially misleading).

### Rocket Mortgage Contractually Beached the Plaintiffs Mortgage Agreement by the Doctrine of Estoppel ( Preclusion Clause )

Rocket Mortgage modified the plaintiffs monthly loan installment and mortgage repayment

agreement without his obligation and consent, inflating the monthly payment from $593 to

$738 per month and reversing and reallocating his monthly mortgage installments, to his

Regions Bank Bill pay electronic account, the causation go high interest fees, lack of

transparency in hidden terms, excessive loan amounts, assets based lending, systematic

eading

deception, exploitation of vulnerable borrowers, **( See EXHIBIT- #3, Rocket Mortgage and Plaintiffs mutual monthly payment contractual obligation )** unauthorized, " Lenox Maclaren Surgical Corp. v. Medtronic, Inc., D.C. No. 1:10-CV-02139-RPM (D. Colo), No. 11-1251 (10th Cir. Nov 15, 2011) ("Equitable estoppel precludes a party from asserting rights he otherwise would have had against another when his own conduct renders assertion of those rights contrary to equity.").In the specific context of contractual relationships, estoppel has been applied to prevent parties from selectively enforcing certain provisions while avoiding, The doctrine of estoppel in contract law prevents someone from asserting a claim or right that contradicts their previous actions or statements, especially when another party has relied on those actions or statements to their detriment. This principle ensures fairness and prevents parties from unfairly going back on their word. Estoppel is a legal doctrine that essentially prevents a party from asserting a position that is inconsistent with their previous conduct, representations, or even silence. It's rooted in fairness and prevents someone from unfairly taking advantage of another

### Legal Standard Definition and Key Elements of Predatory Lending

Predatory lending refers to lending practices that involve unfair, deceptive, or abusive tactics to trick or force borrowers into loans with terms that disproportionately benefit the lender. These practices can lead borrowers into a cycle of debt, potentially harming their credit and leading to the loss of their assets, like a home or car. Predatory lenders often target vulnerable populations, such as minorities, the elderly, those with low income, the less educated, and individuals with poor credit or urgent financial needs. In re Maxwell, 281 B.R. 101 (Bankr. Mass. 2002) described the targets of predatory lending as "usually people who have substantial equity in their homes due to rising real estate values or due to the reduction of purchase money debt, but who are short on cash because of their low or fixed incomes... Those most often affected are minorities, the elderly, and the inner-city and rural poor."

16

## Common Characteristics and Tactics of Predatory Lending

The leading U.S. federal cases defining predatory mortgage lending include In re First Alliance Mortg. Co., City of Miami v. Bank of America, City of Miami v. Citigroup, In re Countrywide Financial Corp., and County of Cook v. Wells Fargo, which collectively establish standards for identifying predatory lending through practices such as discriminatory targeting of minority borrowers, deceptive sales techniques, steering borrowers to unfavorable loan products, and failing to disclose material loan terms.

**1. High Interest Rates and Fees:** Predatory loans often carry extremely high interest rates (potentially reaching triple digits) and excessive fees that significantly increase the total cost of the loan, trapping borrowers in a cycle of debt. These fees can be disguised or hidden, making it difficult for borrowers to understand the true cost of the loan.  Pezza v. Wells Fargo Bank, NA, Civ. No. 09-2097 (D. N.J. Aug 30, 2011) provided a clear definition of predatory lending as recognized by New Jersey courts: "a mismatch between the needs and capacity of the borrower...Jordan v. Paul Financial Llc, 745 F.Supp.2d 1084 (N.D. Cal. 2010) clarified that compliance with TILA disclosure requirements does not shield lenders from liability for unfair or deceptive practices under state law:

**2. Lack of Transparency and Hidden Terms:** Predatory lenders may not clearly disclose essential loan details like the Annual Percentage Rate (APR), repayment schedule, or total loan cost. They may also pressure borrowers to sign documents with blank sections, which can then be filled in with unfavorable terms later. Stith v. Thorne, 488 F.Supp.2d 534 (E.D. Va. 2007)described predatory lending as "engaging in deception or fraud, manipulating borrowers or sellers through aggressive sales tactics, or taking unfair advantage of a borrower's or seller's lack of understanding about loan terms."

**3. Loan Flipping or Churning:** This involves repeatedly refinancing a loan, often without real benefit to the borrower, but generating new fees and charges for the lender each time.

17

**4. Excessive Loan Amounts:** Lenders may encourage borrowers to take out larger loans than they need or can afford to repay. This practice can strip away a homeowner's equity, putting them at risk of losing their home if they cannot make payments.

**5. Asset-Based Lending:** Making unaffordable loans based on the borrower's assets (like home equity) rather than their ability to repay the loan. **Systematic Deception**: Evidence of standardized sales protocols or scripts designed to mislead borrowers about material loan terms, as demonstrated in In re First Alliance Mortg. Co., 471 F.3d 977 (9th Cir. 2006),

**6. Targeting and Steering:** Directing individuals, especially those with poor credit or from vulnerable groups, into subprime mortgages or higher-cost loans when they might qualify for better options. **Exploitation of Vulnerable Borrowers**: Evidence that lenders targeted borrowers with limited financial sophistication, particularly "minorities, the elderly, and the inner-city and rural poor" as noted in In re Maxwell, 281 B.R. 101 (Bankr. Mass. 2002).

### Legal Standard, Definition Case Law and Authorities of "Unconscionablility"

In law the two elements of "unconscionable" describes a contract or contract term that is so unfair, one-sided, and oppressive that it shocks the conscience of the court and should not be enforced. It generally involves both **(1)** "procedural" "Unconscionability" (unfairness in the bargaining process) and **(2)** "substantive" "Unconscionability" (unfairness in the contract terms), Florida Statute 672:302:This statute codifies the concept of unconscionability in Florida, allowing courts to refuse to enforce or limit the application of unconscionable

**Elaboration:**

A contract is considered unconscionable when it is so unfair that it "shocks the conscience". This means it's not just a little bit unfair, but so egregiously one-sided that it's unjust. Courts often find "Unconscionability" when there's a significant power imbalance between the parties, with one party exploiting the other's vulnerability or lack of understanding.

**Two main elements contribute to Unconscionability:**

**(1) Procedural Unconscionability:**

**Procedural unconscionability** relates to the manner in which a contract is made and involves consideration of issues such as the bargaining power of the parties and their ability to know and understand disputed contract terms. 12550 Biscayne Condo. Ass'n, Inc. v. NRD Investments, LLC., 46 Fla. L. Weekly D2401 (Fla. 3d DCA Nov. 10, 2021). A contractual provision is procedurally unconscionable if the alleged non-breaching party lacked "meaningful choice" about the provision in question. Gainesville Health Care Ctr., Inc. v. Weston, 857 So. 2d 278 (Fla. 1st DCA 2003, the opportunity to negotiate, and whether the contract was presented on a "take-it-or-leave-it" basis, Example: In Kohl.v..Bay Colony Club Condo. Ine: 398 So. 2d 865 (Fla. 4th DCA, 981), the court considered whether the complaining party had a realistic, opportunity to bargain or if the contract was presented on a "take-it-or-leave-it"basis.

**Lack of meaningful choice:** One party may not have had a real opportunity to, negotiate or understand the terms, **High-pressure sales tactics:** One party may have been coerced or pressured, into signing the contract. To determine whether a contract is procedurally unconscionable, a court must look to the "circumstances surrounding the transaction" to determine whether the complaining party had a "meaningful choice" at the time the contract was entered. **Lack of disclosure:** One party may not have been fully informed about the terms, or implications of the contract, **Hidden or surprising terms:** The contract might contain unexpected or hidden, clauses that are unfavorable to one party.

One party is profoundly handicapped by virtue of non-disclosure of circumstances that have a bearing on the meaning of the contractual language, thereby depriving that party of the ability to make a meaningful choice,  Halprin v. 2 Fifth Ave. Co., 101 Misc. 2d 943, 422 N.Y.S.2d 275 (Sup. Ct., N.Y. Co. 1979), rev'd, 75 A.D.2d 565, 427 N.Y.S.2d 258 (1st Dep't 1980), appeal dismissed, 55 N.Y.2d 937, 449 N.Y.S.2d 175 (1982); cf. Hollywood Leasing Corp. v. Rosenblum, 109 Misc. 2d 124, 442 N.Y.S.2d 833 (App. Term, 2d Dep't 1981).

19

lacked sufficient education to understand what he has read, Aviall, Inc. v. Ryder Sys., Inc., 913 F. Supp. 826 (S.D.N.Y. 1996); Ilan v. Shearson /American Express, Inc., 632 F. Supp. 886, 890-91 (S.D.N.Y. 1985) Contract adhesion Universal Leasing Servs., Inc. v. Flushing Hae Kwan Restau- rant, 169 A.D.2d 829, 565 N.Y.S.2d 199 (2d Dep't 1991); Fischer v. General Elec. Hotpoint, 108 Misc. 2d 683, 438 N.Y.S.2d 690 (Dist. Ct., Suffolk Co. 1981).

**2. Substantive Unconscionability:**

A substantively unconscionable contract is one that "no man in his senses and not under delusion would make on the one hand, and as no honest and fair man would accept on the other." Woebse v. Health Care & Ret. Corp. of Am., 977 So. 2d 630 (Fla. 2d DCA 2008). For substantive unconscionability, courts must determine whether the contractual terms are "so outrageously unfair as to shock the judicial conscience, unconscionable if it is both procedurally and substantively unfair. This refers to the unfairness in the bargaining process itself. It might involve: This refers to the unfairness of the contract terms themselves. It might involve: Substantive Unconscionability: This focuses on the actual terms of the contract and whether they are so unfair or one-sided as to shock the conscience of the court. Example: In Belcher v. Kier, 558 So. 2d 1039 (Fla. 2d DCA 1990), the court stated that substantive unconscionability involves terms that are "so outrageously unfair as to shock the judicial conscience".

**Grossly unfair or one-sided terms:** The contract may heavily favor one party, over the other. Mandel v. Liebman, 303 N.Y. 88, 94 (1951), In 1951 the New York Court of Appeals declared that an unconscionable contract is one that is "so grossly unreasonable or unconscionable in the light of the mores and business practices of the time and place as to be unenforcible according to its literal terms.

**prices or fees:** The price or fees charged might be far above what is, reasonable, Unfairly restrictive clauses: The contract may contain clauses that severely limit, one party's rights or remedies. There is exploitation i.e.,where one party receives all the benefits and the other none at all, such as where a consumer receives a product that does not work but is barred from a

20

refund by virtue of a clause disclaiming warranties, Universal Leasing Servs., Inc. v. Flushing Hae Kwan Restaurant, 169 A.D.2d 829, 565 N.Y.S.2d 199 (2d Dep't 1991); Industrial lease Automated & Scientific Equipment Corp. v. R.M.E. Enterprises, Inc., 58 A.D.2d 482, 396 N.Y.S.2d 427 (2d Dep't 1977)

**Example:**

A contract where a vulnerable elderly person, with limited English and business experience, signs a loan agreement with exorbitant interest rates and hidden fees, due to pressure from a lender who was aware of their vulnerability, could be considered unconscionable.

Provisions have been found to be intentionally obscure where, One party is profoundly handicapped or unable to understand the terms agreement, Sunbeam Farms, Inc. v. Troche, 110 Misc. 2d 501, 442 N.Y.S.2d 842 (Civ. Ct, Bronx Co. 1981); cf. Nalezenec v. Blue Cross of W. N.Y., 172 A.D.2d 1004, 569 N.Y.S.2d 264 (4th Dep't 1991); Zuckerberg v. Blue Cross & Blue Shield, 119 Misc. 2d 834, 888, 464 N.Y.S.2d 678 (Sup. Ct., Nassau Co. 1983), rev'd on other grounds, 108 A.D.2d 56, 487 N.Y.S.2d 595 (2d Dep't 1985), aff'd, 67 N.Y.2d 688, 499 N.Y.S.2d 920 (1986).26

The provision imposes a condition that cannot be met, thereby relieving one party from any obligation, One party to the contract has the unfettered power to act arbitrarily and unilaterally, such as where the agreement on price is left blank and the seller has the right to fill in any price he wishes, when- ever he wishes, Sunbeam Farms, Inc. v. Troche, 110 Misc. 2d 501, 442 N.Y.S.2d 842 (Civ. Ct, Bronx Co. 1981); cf. Nalezenec v. Blue Cross of W. N.Y., 172 A.D.2d 1004, 569 N.Y.S.2d 264 (4th Dep't 1991); Zuckerberg v. Blue Cross & Blue Shield, 119 Misc. 2d 834, 888, 464 N.Y.S.2d 678 (Sup. Ct., Nassau Co. 1983), rev'd on other grounds, 108 A.D.2d 56, 487 N.Y.S.2d 595 (2d Dep't 1985), aff'd, 67 N.Y.2d 688, 499 N.Y.S.2d 920 (1986).

## COUNT I
## BREACH OF FIDUCIARY

(1) Breach of Fiduciary, (Existence of Fiduciary Duty) Rocket Mortgage is the designated
fiduciary of the plaintiffs escrow loan mortgage account and responsible to pay all the plaintiffs
real estate taxes and insurance obligations. The plaintiffs monthly mortgage payments, were
not properly applied to his principle loan balance, reversed, reallocated and returned to his
Regions bank electronic bill payment account, the Plaintiffs Rocket Mortgage loan account
was a mishandled breach of contract and fiduciary, the Plaintiff occurred undue and massive
financial loss defaults and delinquent arrearages of more than $17,000, that are economically
oppressive, accumulating invariably, and subjected the plaintiff to imminent foreclosure
procedure and loss of valuable real estate property, Rocket Mortgage continues to submit
negative and derogatory remarks on the plaintiffs credit history to ( CRA ), Rocket Mortgage
Loans did not act professionally or exhibit a reasonable standard of professional care in good
business faith

## COUNT II
## BREACH OF CONTRACT

(3) Breach of Contract, (1) a valid contract existed; (2) the plaintiff performed their part of the
contract, or had a valid excuse for not doing so; (3) the defendant failed to perform their
contractual obligations; and (4) the plaintiff suffered damages as a result of the defendant's
breach, Rocket Mortgage breached its contractual obligations toward the Plaintiffs Mortgage
loan escrow account, failing to apply the plaintiffs monthly loan installments of $593 to rescind
the plaintiffs principle loan balance and interest but with illicit conduct reversed and returned
the monthly installments to the Plaintiffs Regions bank electronic bill payment account, the
Plaintiff occurred undue and massive financial loss and arrearages more than $17,000 that are
economically oppressive and are invariably accumulating in penalties and interest subjecting
the plaintiff to imminent foreclosure and loss of valuable real estate property, Rocket Mortgage
continues to submit negative and derogatory credit remarks on the plaintiffs credit history, to
the CRA. detrimental and irreparable damage to the plaintiffs credit history

22

## COUNT III
## VIOLATION OF THE FAIR CREDIT REPORTING ACT

(5) False Credit Reporting, Rocket Mortgage Loans imputed in-accurate, negative, false and derogatory credit information on the Plaintiffs credit report and history to CRA causing irreparable damage and massive financial losses, Rocket Mortgage Loans is in violation of he Fair Credit Reporting Act, Rocket Mortgage inaccurately, fraudulently reported derogatory, defaulted and delinquent payments on the Plaintiffs credit report, after receiving and reversing the plaintiffs monthly loan installments of $593 he sent through the plaintiffs Regions electronic bill payment bank account, the plaintiff initiated and filed a dispute resolution with CRA, Rocket Mortgage investigated and took no corrective action to remove the falsified, derogatory information, the Plaintiff occurred undue and massive financial loss approximately $17,000, that are economically oppressive and accumulating invariably and subjecting the plaintiff to imminent foreclosure and loss of valuable real estate property, Rocket Mortgage continues to submit irreparable, negative and derogatory remarks on his credit history, to CRA

## COUNT IV
## PREDATORY LENDING

Rocket Mortgage construed the plaintiffs mortgage loan with **Systematic Deception:** that are (precluded by estoppel, )the causation go high interest fees, lack of transparency in hidden terms, excessive loan amounts, assets based lending, systematic deception, exploitation of vulnerable borrowers the characteristic of Evidence of standardized sales protocols or scripts designed to mislead borrowers about material loan terms, as demonstrated in In re First Alliance Mortg. Co., 471 F.3d 977 (9th Cir. 2006), where the court found loan officers were trained to misrepresent monthly payments and redirect borrowers' attention away from points and fees deceptive loan practices, schemes to lead, trap the plaintiff into defaulted mortgage, the Plaintiff occurred undue and massive financial loss approximately $17,000, that are economically oppressive and are accumulating invariably and subjecting the plaintiff to imminent foreclosure and loss of valuable real estate property,

## COUNT V
## ESTOPPEL ( PRECLUSION )

Rocket Mortgages reversal and illicit modification of the plaintiffs monthly mortgage loan repayments, reallocated and returned to his Regions electronic bill payment account without his prior authorization or consent, is (Estopped) and precluded as a matter of law, the undue excessive inflation of plaintiffs monthly payment from $593 to $758 per month is by Rocket Mortgage is Estopped, as a matter of law, Rocket Mortgage is (precluded) from asserting something contrary to what was implied and mutually accepted by both parties in the previous contractual agreement, the Plaintiff occurred undue and massive financial loss approximately $17,000, that are economically oppressive and are accumulating invariably and subjecting the plaintiff to imminent foreclosure and loss of valuable real estate property

## COUNT VI
## UNCONSCIONABILITY

Rocket Mortgage unauthorized and illicit reversal of the plaintiffs onetime monthly mortgage loan installments of $593 reallocated and returned to his Region bank electronic bill payment account was a deliberate, dereliction and breach of fiduciary, that's so egregious and unfair to the plaintiff and court, it is a "shock to the conscience!" it is construed as both "procedural" unconscionable and "substantive" the Plaintiff occurred undue and massive financial loss approximately $17,000, that are economically oppressive and are accumulating invariably and subjecting the plaintiff to imminent foreclosure and loss of valuable real estate property, Rocket Mortgage unconscionable conduct, is the proximate causation of more than $67, 000 in financial damages and subjected the plaintiff to a imminent foreclosure procedure, loss of valuable real estate property and irreparable damages

**THEREFORE;** The claimant hereby submits a indefinite financial demand of of more than $67,000 in compensatory, a demand for the complete cancellation of his Rocket mortgage loan, punitive damages and treble damages, attorneys fees, court cost and another relief the court deems necessary

24

## CERTIFICATE OF SERVICE

The Plaintiff Mark A Turner Pro-se litigant, hereby certifies that a true and accurate copy of

(PLAINTIFFS 1st AMENDED COMPLAINT) was sent by both email and regular mail on August

26 2025, to the Defendant counsel Drew P.O Malley at SPENCER FANE LLP, 201 N. Franklin St;

Sec 2150 Tampa Bay Florida 330602

Mark Anthony Turner, Pro-se litigant
1411 Se 26th Ave.
Homestead Florida
33035
Ph. 330-501-0352
Email markanthony37@sbcglobal.net
**August 26, 2025**

## CERTIFICATE OF SERVICE

The Plaintiff Mark A Turner Pro-se litigant, hereby certifies that a true and accurate copy of

(PLAINTIFFS 1st AMENDED COMPLAINT) was sent by both email and regular mail on August

26 2025, to the Defendant counsel Drew P.O Malley at SPENCER FANE LLP, 201 N. Franklin St;

Sec 2150 Tampa Bay Florida 330602

Mark Anthony Turner, Pro-se litigant
1411 Se 26th Ave.
Homestead Florida
33035
Ph. 330-501-0352
Email markanthony37@sbcglobal.net
**August 26, 2025**

## EXHIBIT ANNEX

**EXHIBIT- #1** Rocket Mortgage designated Fiduciary escrow closing disclosure (paid delinquent real estate taxes $2,927)

**EXHIBIT- #2,** Rocket Mortgage designated Fiduciary Florida Insurance premium disclosure &settlement certification (paid delinquent taxes $2,927

**EXHIBIT- #3,** Rocket Mortgage and Plaintiffs mutual monthly payment contractual obligation)

**EXHIBIT-#4,** Miami Dade Tax collector financial department returned unaccepted delinquent Tax payment,

**EXHIBIT-#5,** Amrock Llc; correspondence refunded money designated to pay plaintiffs real estate taxes

**EXHIBIT-#6,** correspondence Rocket Mortgage increase in monthly payments $738)

**EXHIBIT-#7,** Miami Dade 2019 delinquent tax certificate, paid late March 31, 2022

**EXHIBIT-#8,** Real property tax and mortgage contractual payoff "Error Correction agreement")

**EXHIBIT-#9,** Region bank online electronic bill payment Rocket Mortgage transaction history, disbursement and reversal, from December 2023 until July 2025

**EXHIBIT-#10** correspondence from Rocket Mortgage payment not accepted notice "insufficient payment" July, 16, 2025 only 3 examples, 33 in total

**EXHIBIT-#11,** Credit Bureau Report Plaintiffs inflated mortgage balance $67,00

**EXHIBIT- #12,** Equifax, Trans-union, Experian investigative reports, April 11-18, 2024

**EXHIBIT- #13,** correspondence from Rocket Mortgage customer service loan Agent Jessica Vest, insufficient check and delinquent taxes in issue June 10,2022

**EXHIBIT- #14,** Correspondence from Rocket Mortgage legal department attorney Morgan Schulz, admission of of delinquent tax loan proceeds and breach of fiduciary and contract

**EXHIBIT-15**, Rocket Mortgage Notification to accelerate loan and foreclosure

26

# EXHIBIT-#1

# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

| Closing Information | | Transaction Information | | Loan Information | |
|---|---|---|---|---|---|
| Date Issued | 12/15/2020 | Borrower | Mark Anthony Turner | Loan Term | 30 years |
| Closing Date | 12/23/2020 | | | Purpose | Refinance |
| Disbursement Date | 12/29/2020 | | 1411 SE 26th Ave | Product | Fixed Rate |
| Settlement Agent | Amrock, LLC | | Homestead, FL 33035-2120 | | |
| File # | 69158894 | Lender | Quicken Loans, LLC | Loan Type | ☒ Conventional ☐ FHA |
| Property | 1411 SE 26th Ave | | | | ☐ VA ☐ _____ |
| | Homestead, FL 33035-2120 | | | Loan ID # | 3465809661 |
| Appraised Prop. Value $ 225,000 | | | | MIC # | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $77,705 | **NO** |
| **Interest Rate** | 3.625% | **NO** |
| **Monthly Principal & Interest** See Projected Payments below for your Estimated Total Monthly Payment | $354.38 | **NO** |
| | | Does the loan have these features? |
| **Prepayment Penalty** | | **NO** |
| **Balloon Payment** | | **NO** |

## Projected Payments

| Payment Calculation | Years 1-30 |
|---|---|
| Principal & Interest | $354.38 |
| Mortgage Insurance | + 0 |
| Estimated Escrow Amount can increase over time | + $370.33 |
| **Estimated Total Monthly Payment** | **$724.71** |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments** Amount can increase over time See page 4 for details | $540.15 a month | ☒ Property Taxes | Yes |
| | | ☒ Homeowner's Insurance | Yes |
| | | ☒ Other: HOA Dues | No |
| | | See Escrow Account on page 4 for details. You must pay for other property costs separately. | |

## Costs at Closing

| | | | |
|---|---|---|---|
| **Closing Costs** | $ 14,056.77 | Includes $ 3,469.51 in Loan Costs +$ 10,587.26 in Other Costs - $ 0.00 in Lender Credits. See page 2 for details. | |
| **Cash to Close** | $ 30,425.82 | Includes Closing Costs. See Calculating Cash to Close on page 3 for details. ☐ From ☒ To  Borrower | |

CLOSING DISCLOSURE
95a4ef59c315d3997614e49878d20be3
12/15/2020 15:04:21 EST


q03465809661 2342 351 0106

PAGE 1 OF 5 · LOAN ID # 3465809661

Wolters Kluwer Financial Services © 2014

VMP6611B (1407)00

## Closing Cost Details

| | Borrower-Paid | | Paid by Others |
|---|---|---|---|
| **Loan Costs** | At Closing | Before Closing | |
| **A. Origination Charges** | | $2,704.10 | |
| 01   2   % of Loan Amount (Points) | $1,554.10 | | |
| 02 Processing Fee | $800.00 | | (L)   $100.00 |
| 03 Underwriting Fee | $350.00 | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | $766.41 | |
| 01 Credit Monitoring Service       to Factual Data | $4.50 | | |
| 02 Credit Report       to FactualData-FF | $38.00 | | |
| 03 Flood Determination Fee       to CoreLogic Flood Services | $10.50 | | |
| 04 Flood Life of Loan Coverage       to CoreLogic Flood Services | $6.00 | | |
| 05 Life of Loan Tax Service       to CoreLogic Tax Services | $54.00 | | |
| 06 Tax Certification Fee       to Amrock, LLC | $25.00 | | |
| 07 Title-Abstract or Title Search       to Amrock, LLC | $150.00 | | |
| 08 Title-Express Mail/Courier Fee       to Amrock, LLC | $45.00 | | |
| 09 Title-Lenders Title Policy       to Amrock, LLC | $332.41 | | |
| 10 Title-Settlement or Closing Fee       to Amrock | $100.00 | | |
| **C. Services Borrower Did Shop For** | | $0.00 | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | $3,469.51 | |
| Loan Costs Subtotals (A + B + C) | $3,469.51 | | |
| **Other Costs** | | $616.21 | |
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees   Deed:       Mortgage: $188.50 | $108.50 | | |
| 02 Transfer Taxes       to Florida | $427.71 | | |
| **F. Prepaids** | | $9,230.40 | |
| 01 Homeowner's Insurance Premium (12   mo.) to Frontline Insurance | $1,739.00 | $1,836.00 | |
| 02 Mortgage Insurance Premium (       mo.) | | | |
| 03 Prepaid Interest   $7.82   per day from 12/29/2020 to 01/01/2021 | $23.46 | | |
| 04 Property Taxes ( 12 mo.)  to Miami-Dade County | $2,704.90 | | |
| 05 Delinquent Taxes.County Taxes to Miami-Dade County Tax Coll | $2,927.04 | | |
| **G. Initial Escrow Payment at Closing** | | $740.65 | |
| 01 Homeowner's Insurance       $144.92  per month for  2•  mo. | $289.84 | | |
| 02 Mortgage Insurance       per month for   mo. | | | |
| 03 Property Taxes       $225.41  per month for  4  mo. | $901.64 | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 Aggregate Adjustment | $-450.83 | | |
| **H. Other** | | $0.00 | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | $10,587.26 | |
| Other Costs Subtotal (E + F + G + H) | $8,751.26 | $1,836.00 | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | $14,056.77 | |
| Closing Costs Subtotals (D + I) | $12,220.77 | $1,836.00 | $100.00 |
| Lender Credits | | | |

CLOSING DISCLOSURE

Wolters Kluwer Financial Services © 2014

PAGE 2 OF 5• LOAN ID # 3465809661

VMP652B (1407).00

q03465809661 2342 351 0206

## Payoffs and Payments

Use this table to see a summary of your payoffs and payments to others from your loan amount.

| TO | AMOUNT |
|---|---|
| 01 REGIONS BANK | $15,073.41 |
| 02 CAPITAL ONE | $6,411.00 |
| 03 DISCOVERBANK | $5,017.00 |
| 04 BRCLYSBANKDE | $3,543.00 |
| 05 JPMCB CARD | $2,521.00 |
| 06 CAPITAL ONE | $1,511.00 |
| 07 JPMCB CARD | $982.00 |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| **K. TOTAL PAYOFFS AND PAYMENTS** | $35,058.41 |

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Loan Amount | $77,705 | $77,705.00 | NO |
| Total Closing Costs (J) | $-12,330 | $-14,056.77 | YES • See Total Loan Costs(D) and Total Other Costs(I) |
| Closing Costs Paid Before Closing | $0 | $1,836.00 | YES • You paid these Closing Costs Before Closing |
| Total Payoffs and Payments (K) | $-35,058 | $-35,058.41 | NO |
| Cash to Close | $30,317.00 ☐ From ☒ To Borrower | $30,425.82 ☐ From ☒ To Borrower | Closing Costs Financed (Paid from your Loan Amount) $12,220.77 |

CLOSING DISCLOSURE

PAGE 3 OF 5 • LOAN ID #   3465809661

VMP863B (1407).00

q03465809661 2342 351 0306

# EXHIBIT-2



3465809661

## Florida Insurance Premium Disclosure & Settlement Agent Certification

Agency File # __69158894__

Closing Date: __December 23, 2020__

You are being given this form and certification to explain differences between federal and Florida law. Federal law requires the costs of the policies to be calculated using the full premium for the lender policy. Florida law allows the premium for the lender's policy to be calculated using a lower rate when purchased along with an owner's policy.

If both an owner's policy and a lender's policy are being purchased, the title insurance premiums on this form might differ from the premiums on the Closing Disclosure. The title insurance premium listed on the Closing Disclosure will probably be lower than on this form, and the lender's policy premium will probably be higher.

The chart below lists the amounts disclosed by the lender and the premium for the policies being purchased. These amounts include the charges for endorsements to the policies:

|     |                              | Closing Disclosure Amount | | Florida Premium | |
|-----|------------------------------|---------|--------|-------|--------|
|     |                              | Buyer | Seller | Buyer | Seller |
| (a) | Lender's policy:             |       |        |       |        |
| (b) | Lender's Endorsements:       |       |        |       |        |
| (c) | Lender's Policy Total:       |       |        |       |        |
| (d) | Owner's policy:              |       |        |       |        |
| (e) | Owner's Endorsements:        |       |        |       |        |
| (f) | Owner's Policy Total:        |       |        |       |        |
|     | Total All Policies ( c + f): |       |        |       |        |

The total dollar amount for the policies as disclosed on this form should be equal to the total premium calculated using the Florida Insurance Code. The Florida Premium amounts listed above will be used to disburse the funds from the title agency's escrow account to FIRST AMERICAN TITLE INSURANCE COMPANY and Amrock, LLC

The undersigned hereby certify that they have carefully reviewed the Closing Disclosure or other settlement statement form, and they approve and agree to the payment of all fees, costs, expenses and disbursement as reflected on the Closing Disclosure or other settlement statement form to be paid on their behalf. We further certify that we have received a copy of the Closing Disclosure or other settlement statement.

| Seller | Date Signed | Buyer/Borrower Mark Anthony Turner | 12/23/2020 Date Signed |
|--------|-------------|------------------------------------|------------------------|
| Seller | Date Signed | Buyer/Borrower | Date Signed |
| Seller | Date Signed | Buyer/Borrower | Date Signed |
| Seller | Date Signed | Buyer/Borrower | Date Signed |

### Settlement Agent Certification

I have reviewed the Closing Disclosure, the settlement statement, the lender's closing instructions and any and all other forms relative to the escrow funds, including any disclosure of the Florida title insurance premiums being paid, and I agree to disburse the escrow funds in accordance with the terms of this transaction and Florida law.

| Settlement Agent Signature | 12-28-2020 Date Signed |
|----------------------------|------------------------|
| Settlement Agent Name | Florida License Number |

Amrock, LLC
Title Agency Holding Funds

D004760
Florida License Number

5771003505

fldfscert.pcl    2015/10

q03465809661 2304 366 0101

3465809661

| | |
|---|---|
| **File No.:** 69158894<br>**Print Date:** 12/15/20<br>**Settlement Location:** 1411 SE 26th Ave<br>Homestead, FL 33035-2120 | Amrock, LLC<br>662 Woodward Ave.<br>Detroit, MI 48226 |

**Property Address:** 1411 SE 26th Ave
Homestead, FL 33035-2120
**Lender:** Quicken Loans, LLC
**Borrower:** Mark Anthony Turner
**Settlement Date:** 12/23/20
**Disbursement Date:** 12/29/20

| | Borrower | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Loan Amount | | $77,705.00 |
| | | |
| **Prorations/Adjustments** | | |
| Homeowner's Insurance Premium ($1,836.00) | $1,739.00 | |
| Property Taxes | $2,704.90 | |
| Payment of Overdue Taxes/Duplicate Bill | $2,927.04 | |
| | | |
| **Loan Charges to Quicken Loans, LLC** | | |
| Underwriting Fee | $350.00 | |
| Processing Fee ($100.00) | $800.00 | |
| Loan Discount Fee | $1,554.10 | |
| Prepaid Interest   $7.82 per day from 12/29/20 to 01/01/21 | $23.46 | |
| | | |
| **Other Loan Charges** | | |
| Credit Report to FactualData-FF | $38.00 | |
| Flood Life of Loan Coverage to CoreLogic Flood Services | $6.00 | |
| Flood Determination Fee to CoreLogic Flood Services | $10.50 | |
| Tax Certification Fee to Amrock, LLC | $25.00 | |
| Life of Loan Tax Service to CoreLogic Tax Services | $54.00 | |
| Title Endorsement-ALTA 5/ALTA 5.1 to Amrock, LLC | $25.00 | |
| Credit Monitoring Service to Factual Data | $4.50 | |
| | | |
| **Impounds** | | |
| Homeowner's Insurance 2 mo  @   $144.92/mo | $289.84 | |
| County Taxes 4 mo  @   $225.41/mo | $901.64 | |
| Aggregate Adjustment | $-450.83 | |

Page 1 of 2

5771003530

q03465809661 2277 367 0102

| | |
|---|---|
| **File No.:** | 69158894 |
| **Print Date:** | 12/15/20 |

3465809661

## Title Charges & Escrow / Settlement Charges

| | |
|---|---|
| Settlement or Closing Fee to Amrock | $100.00 |
| Abstract or Title Search to Amrock, LLC | $150.00 |
| Loan Policy of Title Insurance ($77,705.00) to Amrock, LLC | $256.74 |
| Endorsement-ALTA 8.1 to Amrock, LLC | $25.00 |
| Endorsement-ALTA 9 to Amrock, LLC | $25.67 |
| Express Mail/Courier Fee to Amrock, LLC | $45.00 |

## Government Recording and Transfer Charges

| | |
|---|---|
| Recording Fee-Mortgage to Miami-Dade County Clerk of the Circuit Court | $188.50 |
| Transfer Taxes-State-Mortgage-FL to Florida | $272.30 |
| Transfer Taxes-FL-Intangible Tax to Florida | $155.41 |

## Payoff(s)

| | |
|---|---|
| REGIONS BANK | $15,073.41 |
| CAPITAL ONE | $6,411.00 |
| DISCOVERBANK | $5,017.00 |
| BRCLYSBANKDE | $3,543.00 |
| JPMCB CARD | $2,521.00 |
| CAPITAL ONE | $1,511.00 |
| JPMCB CARD | $982.00 |
| Good Faith Deposit | |
| Renovation Escrow Amount | |

| | Debit | Credit |
|---|---|---|
| **SubTotals** | $47,279.18 | $77,705.00 |
| Due To Borrower | $30,425.82 | |
| **Totals** | $77,705.00 | $77,705.00 |

## Acknowledgement

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement. We/I authorize Amrock, LLC to cause the funds to be disbursed in accordance with this statement.

BORROWER(S):



Mark Anthony Turner

q03465809661 2277 367 0202

File No.: 69158894
Print Date: 12/15/20

# ROCKET Mortgage

**Modification Cover Letter**

1050 Woodward Avenue | Detroit, MI 48226

## EXHIBIT-#3

### Loan Information

Loan Number: 3465809661
Property Address: 1411 SE 26TH AVE
HOMESTEAD, FL 33035
Notice Date: 12/02/2021

ALEXANDRA TURNER
MARK ANTHONY TURNER
2454 N. MCMULLEN BOOTH RD #402, CLEARWATER, FL, 33759

Hi MARK ANTHONY TURNER and  ALEXANDRA TURNER,

We're now clear to move to the next steps of your modification.

**Your Modification Terms**

Interest Rate: 3.6250%

Principal Balance: $50,340.09

### Your Monthly Payment Breakdown

| | |
|---|---|
| Principal and Interest Payment: | $198.80 |
| Escrow Payment: (may adjust periodically) | $395.02 |
| Total Payment: | $593.82 |
| Next Payment Due Date: | 01/01/2022 |

**Your Next Steps**

1. This is your copy of the Modification Closing Package. Our signing agent will bring a complete printed copy to your closing appointment. The signing agent will return the original documents to the following address:
   First American
   DTO - Signing Services Dept
   3 First American Way
   Santa Ana, CA 92707

2. Upon the completion of the modification, you can access a copy of the fully executed modification agreement by signing in to your account at RocketMortgage.com.

If you have any questions or concerns, don't forget that we're here to help! You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us by email at AccountResolution@RocketMortgage.com.

Sincerely,

Your Rocket Mortgage® Team

This communication is from a debt collector and is an attempt to collect a debt.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must send it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

Phone:   (800) 508-0944
Email:   AccountResolution@RocketMortgage.com
Secure Fax:   (877) 380-5084

Hours: Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

**EXHIBIT-#4**



**MIAMI-DADE COUNTY**

Daniella Levine Cava, Mayor

**FINANCE DEPARTMENT**
Tax Collector Division
200 NW 2nd Avenue
Miami, FL 33128
Miamidade.gov

January 6, 2021

Account: 10-7921-026-3720 / Tax year: 2019

AMROCK LLC
662 WOODWARD AVE
DETROIT, MI   48226

Check(s)/M.O. # 9976
Total Amount $2,927.04

RE: Payment received: 12/29/2020
Unpaid tax bill(s): 2019: $3,079.64

Thank you for submitting your payment.  The item(s) listed above are being returned for the following reasons:

An incorrect amount was submitted.

Postmark not accepted on delinquent taxes.  Payment must be in our office by 5:00 PM on the due date.

Delinquent taxes must be paid by cashier's check, certified check, or money order.

If payment is received by **01/31/2021**, amount due is **$3,079.64.**

If payment is received by **02/28/2021**, amount due is **$3,079.64.**

**Amounts due are subject to change without notice.**

Checks must be payable to "Miami-Dade County Tax Collector", drawn on a United States Bank in U.S. funds.

We strongly recommend that you submit your payment online by echeck or credit card for the current tax year (2020) www.miamidade.gov/taxcollector instead of visiting our Public Service Office.

Cash may be paid in person only.

Payments may be mailed to:

Miami-Dade Tax Collector
Ad Valorem Exception
200 NW 2nd Avenue
Miami, FL  33128

As the result of COVID19, our Hours of Operation may be subject to Change. Please visit our website for the latest update on our Hours of Operation www.miamidade.gov/taxcollector

**EXHIBIT-#5**



**AMROCK**

First National Building
662 Woodward Ave.
Detroit, MI 48226
amrock.com

(888) 848-5355 TOLL FREE
(800) 652-7033 FAX

March 16, 2021

Mark Anthony Turner
1411 SE 26th Ave
Homestead, FL 33035

Re: Refund Check – Loan # 3465809661 / Order # 69158894

Dear Mark Anthony Turner:

This letter is in regards to your recent mortgage refinance transaction where Amrock, LLC assisted in title and/or settlement services. A post-closing review of your transaction was completed and revealed that a refund in the amount of $2,927.04 is owed to you.

Please find the check enclosed with this letter which may be cashed or deposited with your banking institution. No other action is required of you.

We pride ourselves on providing clients with unsurpassed service. If you have any questions about this letter or the refund payment that you received, please contact us at our toll free number (888) 848-5355 ext. 72152 or call our direct line at (313) 877-2152.

Thank you for your business.

Sincerely,
Your Escrow Team

Amrock, LLC
662 Woodward Ave.
Detroit, MI 48226
(888) 848-5355 ext. 72152
disbursementresolution@amrock.com

Enclosure

4

**ROCKET** Mortgage  EXHIBIT-#6

Sent Via First-Class Mail®

01/19/2023

MARK ANTHONY TURNER
ALEXANDRA TURNER
1411 SE 26TH AVE
HOMESTEAD, FL 33035-2120

| | |
|---|---|
| Loan Number: | 3465809661 |
| Property Address: | 1411 SE 26TH AVE |
| | HOMESTEAD, FL 33035-2120 |

Dear MARK ANTHONY TURNER and ALEXANDRA TURNER:

This letter is formal notice by Rocket Mortgage, LLC, the Servicer of the above-referenced loan acting on behalf of FHLMC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure the default. To cure the default, you must pay the full amount of the default on this loan by 02/23/2023 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $995.12, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 12/01/2022 |
| Total Monthly Payments Due: | | $1,476.24 |
| 12/01/2022 | at | $738.12 |
| 01/01/2023 | at | $738.12 |
| Late Charges: | | $69.58 |
| Corporate Advance Balance: | | $0.46 |
| Unapplied Balance: | | ($551.16) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$995.12** |

You can cure this default by making a payment of $995.12 by 02/23/2023. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Loss Mitigation Department at 1-800-508-0944 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:



W_FL_DEMAND   Rev. 12/2022
Page 1 of 3

2376594205

Paid By MARK ANTHONY TURNER  Paid 03/30/2022  Receipt # EPP\_U05-23-006437  $3,079.64

Duplicate public\_user 02/15/2023

Miami-Dade County Florida

# 2019 Delinquent Tax Certificate

### SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 10-7921-026-3720 | HOMESTEAD | 1000 |

MARK ANTHONY TURNER
ALEXANDRA TURNER
1411 SE 26 AVE
HOMESTEAD, FL  33035

Property Address
1411 SE 26 AVE

**EXHIBIT-#7**

### BILL DETAILS

| | |
|---|---|
| Tax Due | 2,649.39 |
| Auction Listing Fee | 15.00 |
| Advertisement Fee | 5.00 |
| Tax Coll. Comm. | 138.43 |
| Delinquency Interest | 119.22 |
| Cert. Redemption Fee | 6.25 |

| **Amount Due** | **$0.00** |
|---|---|

### AMOUNT IF PAID BY (pay only one amount)

| Certificate Issued: June 15, 2020 | Face: 2,927.04 Rate: 0.25% | Cert #14410 Bidder #128 | If Received By Please Pay | Mar 31, 2022 $0.00 |
|---|---|---|---|---|

Save Time. Pay Online. www.miamidade.gov   ✝ **RETAIN FOR YOUR RECORDS** ✝

---

**2019 Delinquent Tax Certificate Redemption**

10-7921-026-3720
FOLIO NUMBER

1411 SE 26 AVE
PROPERTY ADDRESS

LEGAL DESCRIPTION
KEYS GARDEN
PB 165-81 T-22149
LOT 6 BLK 45
LOT SIZE 1540 SQ FT
FAU 10 7921 001 0060

MARK ANTHONY TURNER
ALEXANDRA TURNER
1411 SE 26 AVE
HOMESTEAD, FL  33035

✝ **DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT** ✝

\* 1 + 1 0 7 9 2 1 0 2 6 3 7 2 0 + 2 0 1 9 \*

Make checks payable to: **Miami-Dade Tax Collector**
(in U.S. funds drawn on U.S. banks)
Delinquent Taxes must be paid by Cashier's Check, Money Order, or Certified
Funds. Amount due may be subject to change without notice.
Mail payments to: 200 NW 2nd Avenue, Miami, FL 33128

Duplicate public\_user 02/15/2023

**PAY ONLY ONE AMOUNT**

Certificate Issued: June 15, 2020

Face: 2,927.04 **Rate: 0.25%**

Cert #14410   **Bidder #128**

If Received By   **Please Pay**

Mar 31, 2022   **$0.00**

1000000000000000000010792102637202019000000000000000000000000003

# Real Property Tax and Mortgage Payoff Error Correction Agreement

## EXHIBIT-#8

**Title Company: Amrock, LLC**
**Title File Number: 69158894**
**Closing Date: December 23, 2020**

The undersigned buyer(s)/mortgagor(s) and seller(s), for and in consideration of Amrock, LLC, this date, closing this transaction involving the property known as:

1411 SE 26th Ave

do hereby agree, if requested to do so by Amrock, LLC, to fully cooperate and adjust for clerical errors in any and all closing documentation, if deemed necessary or desirable in the sole and reasonable discretion of Amrock, LLC to clear any and all liens necessary to enable Amrock, LLC to issue its policy or policies of title insurance as contemplated and/or required by the Purchase Agreement, if applicable.

The aforesaid clerical errors shall include, but not be limited to missing or incorrect signatures on closing documents, as well as incorrect information regarding taxes, water and sewer, or mortgage payoff information as furnished to Amrock, LLC by the municipality(s) or mortgage company or the computation of prorations.

### Affidavit Regarding Survey Matters

The undersigned owners of record, being duly sworn, depose and say:

1. That pursuant to the refinancing contemplated herewith, no new survey has been prepared or is available.

2. There have been no new improvements made to the property commonly known as:

1411 SE 26th Ave

3. To the best of our knowledge, we certify that the improvements (house, garage, outbuildings, fences, etc.) on the subject property are within the boundary lines, easement lines and set back lines, if any, of said property, and that there are no encroachments (house, garage, outbuildings, fences, walkways, driveways, eaves, drains, etc.) of improvements on adjoining property onto the subject property, and that we know of no assertions being made by any adjoining property owner, nor by us against any adjoining property owner, as to the locations of boundary lines or disputes as to occupancy of any portions of our property (use space below to explain any disputes).

This Affidavit is given to Amrock, LLC, as an inducement to issue extended coverage on the proposed Loan Policy over questions of survey, encroachments and easements not shown on record.

BORROWER(S)

_____     12/23/2020
Mark Anthony Turner                  Borrower

_____
                                     Borrower

_____
Borrower

_____
Borrower

# EXHIBIT-#9



RAMS WEBSITE   MIAMI DADE ONLINE   Florida Court...ments Online   Southern Distr...istrict Court   CHARLIE CHIP   Home - Netflix   Progressive Online Servicing   Recepción de ...tela En Línea

onlinebanking.regions.com

# REGIONS

FDIC FDIC-Insured - Backed by the full faith and credit of the U.S. Government

Welcome,  MARK A TURNER ▼ | Alerts | Contact Us | Log Out
Your last login was FEB 21, 2025 at 7:44 AM CT

## MARK A TURNER

**ACCOUNTS ▸**  **PAYMENTS ▸**  **TRANSFERS ▸**  **INSIGHTS**  **CUSTOMER SERVICE ▸**  **PRODUCTS ▸**

### Account Overview

I want to...

▾ SPEND (2)  $4,031.50

LIFEGREEN CHECKING *2694  →
$30.97

LIFEGREEN CHECKING *3553
$4,000.53

Edit Account Nicknames

+ Open a New Account

### LIFEGREEN CHECKING *2694

| AVAILABLE BALANCE | PROJECTED AVAILABLE BALANCE | POSTED BALANCE | TOTAL OFFERS | EARNED OFFERS |
|---|---|---|---|---|
| $30.97 | $30.97 | $47.94 | 84 | $0.00 |

▾ View More Details      🔒 Manage Regions Lockit      ▾ How do I earn cash back?

**Activity**   Statements & Docs

Search Description
rocket mortgage

Find posted transactions using any or all of the following options:    ▾Collapse Search Options

Date                    Start Date        End Date
Custom Date Range  ⬍   1/22/2024  📅    2/21/2025  📅

Custom date range must be within the past 18 months

Transaction Type
All  ›

### REGIONS offers

Regions Offers is the easy way to earn cash back! Just CLICK an offer, then SHOP using your eligible Regions Card and EARN cash back!

Message Us

onlinebanking.regions.com

SITE  ▲ MIAMI DADE ONLINE   ● Florida Court...ments Online   📖 Southern Distr...district Court   ● CHARLIE CHIP   ■ Home - Netflix   ⊕ Progressive Online Servicing   ● Recepción de ...tela En Línea



# REGIONS

Welcome, MARK A TURNER ▼ | Alerts | Contact Us | Log Out

*Your last login was FEB 21, 2025 at 7:44 AM CT*

**FDIC** *FDIC-Insured · Backed by the full faith and credit of the U.S. Government*

▲ Details & History · View Account Details & History · Regions Online Banking

## MARK A TURNER

| ACCOUNTS ▼ | PAYMENTS ▼ | TRANSFERS ▼ | INSIGHTS | CUSTOMER SERVICE ▼ | PRODUCTS ▼ |

(?)

### Account Overview

Edit Account Nicknames

▼ SPEND (2)   $4,031.50

LIFEGREEN CHECKING *2694   $30.97

LIFEGREEN CHECKING *3553   $4,000.53

**+ Open a New Account**




## $ REGIONS offers

**Regions Offers is the easy way to earn cash back! Just CLICK an offer, then SHOP using your eligible Regions Card and EARN cash back!**

Disney+

Microgreen Dela

Cricket Dela

---

## LIFEGREEN CHECKING *2694

| AVAILABLE BALANCE | PROJECTED AVAILABLE BALANCE | POSTED BALANCE | TOTAL OFFERS | EARNED OFFERS |
| --- | --- | --- | --- | --- |
| $30.97 | $30.97 | $47.94 | 84 | $0.00 |

▼ View More Details        🏦 Manage Regions LockIt        ◀ How do I earn cash back?

I want to... ⟲

### Activity        Statements & Docs

Find posted transactions using any or all of the following options:

▼ Collapse Search Options

**Search Description**

rocket mortgage

**Date**

**Custom Date Range** ◀▶

Custom date range must be within the past 18 months

| Start Date | End Date |
| --- | --- |
| 1/22/2024 🗓 | 2/21/2025 🗓 |

**Transaction Type**

All  ⌄

  



identity theft is a threat. Let Regions show you how to help protect what's important to you. **Learn more**

*FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

# MARK A TURNER

## LIFEGREEN CHECKING *2694

| AVAILABLE BALANCE | PROJECTED AVAILABLE BALANCE | POSTED BALANCE | TOTAL OFFERS | EARNED OFFERS |
|---|---|---|---|---|
| $30.97 | $30.97 | $47.94 | 84 | $0.00 |

**Activity**      Statements & Docs

**Search Description**

| rocket mortgage | Collapse Search Options |

Find posted transactions using any or all of the following options:

| **Date** | **Start Date** | **End Date** |
|---|---|---|
| Custom Date Range | 1/22/2024 | 2/21/2025 |

Custom date range must be within the past 18 months

**Transaction Type**

| All |

**Amount**

| Any amount |

**Check Number**

| All |

---

**Search Results**
Showing 68 results for rocket mortgage, 1/22/2024 - 2/21/2025, All.
Reset Search Results

---

**Pending Activity**

| Status | Type | Description | Amount | Projected Balance |
|---|---|---|---|---|
| | | *No transaction history records were found.* | | |

**Posted Activity**

| | | | | Message Us |
|---|---|---|---|---|
| Date | Type | Description | Amount | Posted Balance |

**Posted Activity**

| Date | Type | Description | Amount | Posted Balance |
|------|------|-------------|--------|----------------|
| 7/8/2025 | Debit | Rocket Mortgage | -$593.00 | $941.90 |
| 6/24/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $666.18 |
| 6/10/2025 | Debit | Rocket Mortgage | -$593.00 | $929.58 |
| 5/20/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $718.63 |
| 5/13/2025 | Debit | Rocket Mortgage | -$593.00 | $576.83 |
| 4/16/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $789.46 |
| 4/8/2025 | Debit | Rocket Mortgage | -$593.00 | $1,034.38 |
| 3/20/2025 | Electronic Credit | **Rocket Mortgage Pmt Refund** | **$593.00** | $773.95 |
| 3/14/2025 | Debit | Rocket Mortgage | -$593.00 | $437.65 |
| 2/20/2025 | Electronic Credit | **Rocket Mortgage** | **$593.00** | $659.03 |
| 2/13/2025 | Debit | Rocket Mortgage | -$593.00 | $545.18 |

Now you can track spending, set budgets and savings goals within the Regions mobile app. **Learn more**

Message Us

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 2/20/2025 | Electronic Credit | Rocket Mortgage | $593.00 | $659.03 |
| 2/13/2025 | Debit | Rocket Mortgage | -$593.00 | $545.18 |
| 1/22/2025 | Electronic Credit | Rocket Mortgage | $593.00 | $644.08 |
| 1/14/2025 | Debit | Rocket Mortgage | -$593.00 | $648.56 |
| 12/23/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $625.86 |
| 12/17/2024 | Debit | Rocket Mortgage | -$593.00 | $31.65 |
| 11/22/2024 | Electronic Credit | ROCKET MORTGAGE PMT REFUND MAR | $593.00 | $619.66 |
| 11/15/2024 | Debit | ROCKET MORTGAGE ONLINE PMT TUR | -$593.00 | $307.42 |
| 10/16/2024 | Electronic Credit | ROCKET MORTGAGE PMT REFUND MAR | $593.00 | $869.90 |
| 10/8/2024 | Debit | ROCKET MORTGAGE ONLINE PMT TUR | -$593.00 | $637.41 |
| 9/16/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $1,124.11 |
| 9/10/2024 | Debit | Rocket Mortgage | -$593.00 | $733.65 |
| 8/19/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $836.89 |
| 8/13/2024 | Debit | Rocket Mortgage | -$593.00 | $351.05 |
| 7/16/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $888.03 |
| 7/9/2024 | Debit | Rocket Mortgage | -$593.00 | $805.99 |
| 6/18/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $928.07 |
| 6/11/2024 | Debit | Rocket Mortgage | -$593.00 | $661.17 |
| 5/21/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $3,652.62 |
| 5/21/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $1,289.62 |
| 5/20/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $744.82 |
| 5/16/2024 | Debit | Rocket Mortgage | -$593.00 | $192.97 |
| 5/15/2024 | Debit | Rocket Mortgage | -$2,363.00 | $613.97 |
| 5/14/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $3,102.23 |
| 5/13/2024 | Debit | Rocket Mortgage | -$593.00 | $840.92 |
| 5/9/2024 | Electronic | Rocket Mortgage | $593.00 | $1,651.99 |

| | | | | |
|---|---|---|---|---|
| 3/3/2024 | Credit | Rocket Mortgage | $593.00 | $1,654.38 |
| 5/6/2024 | Debit | Rocket Mortgage | -$2,363.00 | $2,426.56 |
| 5/3/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,984.22 |
| 5/2/2024 | Debit | Rocket Mortgage | -$593.00 | $690.93 |
| 4/29/2024 | Debit | Rocket Mortgage | -$2,363.00 | $499.84 |
| 4/26/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,951.62 |
| 4/22/2024 | Debit | Rocket Mortgage | -$2,363.00 | $588.62 |
| 4/22/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $3,018.69 |
| 4/19/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,473.31 |
| 4/16/2024 | Debit | Rocket Mortgage | -$593.00 | $207.87 |
| 4/15/2024 | Electronic Credit | Rocket Mortgage | $590.00 | $940.03 |
| 4/12/2024 | Debit | Rocket Mortgage | -$2,363.00 | $308.85 |
| 4/11/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,816.80 |
| 4/9/2024 | Debit | Rocket Mortgage | -$590.00 | $494.98 |
| 4/4/2024 | Debit | Rocket Mortgage | -$2,363.00 | $353.30 |
| 4/3/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,865.59 |
| 3/27/2024 | Debit | Rocket Mortgage | -$2,363.00 | $392.68 |
| 3/26/2024 | Electronic Credit | Rocket Mortgage | $2,363.00 | $2,713.72 |
| 3/19/2024 | Debit | Rocket Mortgage | -$2,363.00 | $470.84 |
| 3/18/2024 | Electronic Credit | Rocket Mortgage | $1,770.00 | $2,829.53 |
| 3/18/2024 | Electronic Credit | Rocket Mortgage | $593.00 | $1,059.53 |
| 3/12/2024 | Debit | Rocket Mortgage | -$593.00 | $644.55 |
| 3/11/2024 | Debit | Rocket Mortgage | -$1,770.00 | $1,986.23 |
| 3/8/2024 | Electronic Credit | Rocket Mortgage | $1,770.00 | $2,704.70 |
| 3/8/2024 | Electronic Credit | Rocket Mortgage | $590.00 | $934.70 |
| 3/1/2024 | Debit | Rocket Mortgage | -$590.00 | $1,234.58 |
| | Electronic | | | |

| 2/29/2024 | Electronic Credit | **Rocket Mortgage** | $590.00 | $597.37 |
| 2/28/2024 | Debit | Rocket Mortgage | -$1,770.00 | $7.37 |
| 2/27/2024 | Electronic Credit | **Rocket Mortgage** | $1,776.00 | $1,777.37 |
| 2/22/2024 | Debit | Rocket Mortgage | -$590.00 | $8.12 |
| 2/21/2024 | Electronic Credit | **Rocket Mortgage** | $593.00 | $625.79 |
| 2/20/2024 | Debit | Rocket Mortgage | -$1,776.00 | $39.48 |
| 2/16/2024 | Electronic Credit | **Rocket Mortgage** | $1,770.00 | $2,014.16 |
| 2/13/2024 | Debit | Rocket Mortgage | -$593.00 | $706.63 |
| 2/9/2024 | Debit | Rocket Mortgage | -$1,770.00 | $119.09 |
| 2/8/2024 | Electronic Credit | **Rocket Mortgage** | $1,180.00 | $2,241.84 |
| 2/8/2024 | Electronic Credit | **Rocket Mortgage** | $590.00 | $1,061.84 |
| 2/2/2024 | Debit | Rocket Mortgage | -$590.00 | $891.17 |
| 2/1/2024 | Electronic Credit | **Rocket Mortgage** | $590.00 | $1,679.42 |
| 1/26/2024 | Debit | Rocket Mortgage | -$590.00 | $0.92 |
| 1/25/2024 | Electronic Credit | **Rocket Mortgage** | $590.00 | $1,135.45 |
| 1/23/2024 | Debit | Rocket Mortgage | -$1,180.00 | $614.97 |
| 1/22/2024 | Electronic Credit | **Rocket Mortgage** | $1,180.00 | $1,924.06 |

A Regions Greenprint plan helps you boost your financial confidence and reach your goals. **Learn more**

# EXHIBIT #10


**ROCKET** Mortgage

**Payment Not Accepted Notice**

1050 Woodward Avenue | Detroit, MI 48226



7-810-67452-0000005-001-01-000-000-000-000

Mark Turner
1411 SE 26TH Ave
Homestead FL 33035-2120

### Loan Information

**Loan Number:** 3465809661

**Property Address:** **1411 SE 26TH Ave**
**Homestead, FL 33035**

**Notice Date:** **05/16/2025**



Hi Mark,

We're unable to accept your payment in the amount of $593.00 due to the following reason:

• You did not send in the full reinstatement amount

Since your payment was sent electronically, your funds will be returned to your bank account in 7 to 10 business days. Be sure to follow up with your bank to confirm the return of your funds.

If you'd like to simplify the payment process, visit Rocket Mortgage® to learn about our autopay program – our most seamless way to pay for your mortgage.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

 **ROCKET** Mortgage

**Payment Not Accepted Notice**

1050 Woodward Avenue | Detroit, MI 48226



9-810-41023-0000014-001-01-000-000-000-000

Mark Turner
1411 SE 26TH Ave
Homestead FL 33035-2120

## Loan Information

**Loan Number:** 3465809661

**Property Address:** 1411 SE 26TH Ave
Homestead, FL 33035

**Notice Date:** 01/08/2024

Hi Mark,

We're unable to accept your payment in the amount of $590.00 due to the following reason:

• we need certified funds

Since your payment was sent electronically, your funds will be returned to your bank account in 7 to 10 business days. Be sure to follow up with your bank to confirm the return of your funds.

If you'd like to simplify the payment process, visit Rocket Mortgage® to learn about our autopay program – our most seamless way to pay for your mortgage.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244–2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

 **ROCKET** Mortgage

**Payment Not Accepted Notice**

1050 Woodward Avenue | Detroit, MI 48226



6-810-39705-0000008-001-01-000-000-000-000

Mark Turner
1411 SE 26TH Ave
Homestead FL 33035-2120

### Loan Information

**Loan Number:** 3465809661

**Property Address:** 1411 SE 26TH Ave
Homestead, FL 33035

**Notice Date:** 12/12/2023

Hi Mark,

We're unable to accept your payment in the amount of $590.00 due to the following reason:

• we need certified funds

Since your payment was sent electronically, your funds will be returned to your bank account in 7 to 10 business days. Be sure to follow up with your bank to confirm the return of your funds.

If you'd like to simplify the payment process, visit Rocket Mortgage® to learn about our autopay program – our most seamless way to pay for your mortgage.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

# EXHIBIT-#11

## ROCKET MTG

Last reported Jul 03, 2025

You have missed a payment on this account.

**$67,505**
Reported balance

**Highest balance**                                                                          $50,341

You've paid off -35% of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

**OVERVIEW**

| | |
|---|---|
| Highest balance | $50,341 |
| Monthly payment | $767 |
| Opened | Dec 23, 2020 (4 yrs, 6 mos) |
| Term | 480 months (40 years) |

**PAYMENT HISTORY**

You've made 13% of payments on time

J  F  M  A  M  J  J  A  S  O  N  D

**Highest balance**

$50,341

You've paid off **-35%** of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

## OVERVIEW

| | |
|---|---|
| Highest balance | $50,341 |
| Monthly payment | $767 |
| Opened | Dec 23, 2020 (4 yrs, 6 mos) |
| Term | 480 months (40 years) |

## PAYMENT HISTORY

You've made **13%** of payments on time

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✕ | ✕ | | | | | | | | | | |
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | | | | | | |
| 2023 | ✕ | ✕ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | | | | | | ▶ | | | ✓ | | | |

| ✓ Current | ✕ Late | Unknown | ▶ Derogatory |
|---|---|---|---|

| | |
|---|---|
| Last payment | Oct 11, 2023 |

**Payment history**

Legend: ✓ Current   ✗ Late   Unknown   ▲ Derogatory

| Year | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | | | | | | |
| 2024 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | | | | | | |
| 2021 | | | | | | | | | | | | |

**ACCOUNT DETAILS**

| | |
|---|---|
| Worst payment status | 120+ days late |
| Payment status | 120+ days late |
| Last payment | Oct 11, 2023 |
| Account status | Open |
| Type | Conventional real estate mortgage |
| Responsibility | Individual |
| Remarks | Loan modified non-government<br>Loan modified non-government |
| Times 30/60/90+ days late | 8/7/29 |

**CONTACT INFO**

ROCKET MTG
1050 WOODWARD AVE
DETROIT, MI 48226 USA
· · · · · · · · ·

## Needs attention

🏠 **ROCKET MTG**
• 120+ days late

$67,505

## On time

**Capital One**
76% credit card utilization

$4,828

**Capital One**
98% credit card utilization

$1,480

**Discover**
85% credit card utilization

$1,275

**Chase**
89% credit card utilization

$890

**My Best Buy Visa Card**
38% credit card utilization

$291

**Chase**
53% credit card utilization

$267

credit karma.com



### ROCKET MTG

Last reported Jul 03, 2025

You have missed a payment on this account.

← Back to Accounts

$67,505
Reported balance

**Highest balance**                    $50,341

You've paid off -35% of this loan

**Checking for errors?** Review your full report details. If you find any issues, we can help.

Report info ⌄

MARK TURNER
1411 SE 26TH AVE
Homestead, FL 33035-2120

April 18, 2024

# EXHIBIT-#12

Hi MARK TURNER,

You recently contacted us because you may have been a victim of fraud or identity theft. We have included a copy of "Remedying the Effects of Identity Theft" prepared by the Consumer Financial Protection Bureau (CFPB) that contains important information that may be helpful to you.

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

April 18, 2024

000007505 FEC20000041824128843 01 000000 007732 002



MARK TURNER
1411 SE 26TH AVE
Homestead, FL 33035-2120

4108625699-FRA-0d4301360000155b-04182024

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

**1. You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

- Equifax:      1-800-525-6285    www.equifax.com
- Experian:     1-888-397-3742    www.experian.com
- TransUnion:   1-800-680-7289    www.transunion.com

An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinanace.gov/learnmore.

**2. You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

**3. You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.



000007740-FLT                           4108625699-FRA-0d4301360000155b-04182024

MARK A TURNER
1411 SE 26TH AVE
Homestead, FL 33035-2120

April 2, 2024

Dear MARK A TURNER:

Thank you for contacting Equifax indicating fraudulent items on your credit report. We are here to assist you.

We were unable to locate a credit file in our database with the identification information you provided, In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below**. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note**: A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of   1411 SE 26TH AVE, Homestead,  FL 33035-2120.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

**Equifax Information Services LLC**
**P.O. Box 105069**
**Atlanta, GA 30348-5069**

A fraud alert can be added to your Equifax credit file at no charge to you. In addition, you may add a telephone number on your credit file for a credit grantor to use to verify your identity before establishing new credit in your name. If you would like to add your telephone number to your credit file, please fill in that information here:

Day Telephone Number: ( _____ )

Evening Telephone Number: ( _____ )

Please resubmit your request, along with this letter and photocopies of the documents verifying your current address and identification to:

000015566-FLT

4093557833-A3Y-0d330136000016ec-04022024

00004896 09711 0001-0002 DEC20000402241296160 0L 00015565

*** 447557900-005 ***
TransUnion LLC
P.O Box 805
Woodlyn, PA 19094-0805

04/11/2024



|||||||||||||||||||||||||||||||||||||||

P-I000001-
MARK A. TURNER
1411 SE 26TH AVE
HOMESTEAD, FL 33035-2120

Dear MARK A. TURNER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3. Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:     3419597506
Date Issued:     04/11/2024

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field.  If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was Opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data:  Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

File Number:                   04/11/2024
Date Issued:              04/11/2024

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors.  This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|-----|---|----|----|----|----|-----|-----|----|----|-----|----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

File Number:          349537500
Date Issued:          04/11/2024

# TransUnion Credit Score

MARK A. TURNER



## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>04/11/2024 | Unavailable<br>(See Below)<br><br>A — 850<br>B — 780<br>— 720<br>C — 660<br>D — 600<br>F — 300 | Unavailable<br>(See Below)<br><br>100%<br>50%<br>0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

File Number:
Date Issued:     04/11/2024

# Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item(s) based on your dispute and other information has also changed.

**ROCKET MORTGAGE** #867334777**** ( 1050 WOODWARD AVE, DETROIT, MI 48226, (800) 508-0944 )
We investigated the information you disputed and updated: **Rating**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 11/16/2015 | Balance: | $0 |
| Responsibility: | Individual Account | Date Updated: | 07/20/2018 |
| Account Type: | Mortgage Account | Payment Received: | 07/20/2018 ($39,409) |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 07/20/2018 |
| | | High Balance: | $40,000 |

| | |
|---|---|
| Pay Status: | Paid, Closed; was Paid as agreed |
| Terms: | $0 per month, paid Monthly for 360 months |
| Date Closed: | 07/20/2018 |

**Mortgage Info:** Fannie Mae Acct #1735938644
**Remarks:** CLOSED

| | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | X | X | X | OK | OK |

| | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|
| Rating | OK | OK | OK |

**ROCKET MORTGAGE** #867346580**** ( 1050 WOODWARD AVE, DETROIT, MI 48226, (800) 508-0944 )
We investigated the information you disputed and updated: **Mortgage Info; Historical Trended Data**. Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 12/23/2020 | Balance: | $58,312 |
| Responsibility: | Individual Account | Date Updated: | 03/04/2024 |
| Account Type: | Mortgage Account | Payment Received: | 10/11/2023 ($0) |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 10/11/2023 |
| | | High Balance: | $50,341 |
| | | Past Due: | >$6,265< |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Terms: | $767 per month, paid Monthly for 480 months |
| >Maximum Delinquency of 120 days in 07/2023 and in 03/2024 for $6,265< | |

**Mortgage Info:** Freddie Mac ID #100039034658096617 Acct #4899243
**Remarks:** LOAN MODIFIED NON GOVT
**Estimated month and year that this item will be removed:** 04/2029

| | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 90 | 60 | 60 | 60 |

| | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 60 | 30 | 30 | X | 30 | 30 | 30 | 30 | OK | OK | OK |

| | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | 90 | 90 | 90 | 90 | 60 | 60 | 30 | 30 | OK | OK |

| | 02/2021 | 01/2021 |
|---|---|---|
| Rating | X | X |

File Number: 339163750
Date Issued: 04/11/2024

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.

**A Note on Inquiries**
An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Should You Wish to Contact TransUnion

Please have your TransUnion **FILE NUMBER** available.  Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit:  www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at
http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580     (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and<br>Consumer Protection<br>National Center for Consumer<br>and Depositor Assistance<br>Federal Deposit Insurance<br>Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580     (877) 382-4357 |

## SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE**

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

## Credit Fraud Prevention Toolkit

### Stop fraud before it happens — control the damage if it does

#### PROTECT YOURSELF AGAINST CREDIT FRAUD

**Know your credit report**

Monitoring your credit is the first step in preventing fraud. Order your credit report at least once a year and immediately report any unfamiliar accounts or charges.

**Your rights under the FACT Act**

The Fair and Accurate Credit Transactions (FACT) Act was signed into law in December 2003. This law incorporates new privacy regulations, identity theft protection, dispute procedures and the distribution of free annual Personal Credit Reports. This means that you can review a free copy of your Personal Credit Report every 12 months. You can request your FACT Act Personal Credit Reports from each of the credit reporting agencies online at www.annualcreditreport.com. You can also submit your request by calling (877) 322-8228 or by mail (see details online).

**Guard your identity**

Destroy credit card and bank statements, credit card offers, and credit card receipts before discarding. Carry only the identification and credit cards you need that day. Never carry social security cards, birth certificates, or passports unless you have to. Don't print your social security number on your driver's license.

**Memorize PINs and passwords**

Don't write down or carry PINs or passwords with you. Choose a password or PIN that's easy to remember, and memorize it. But be careful to avoid obvious passwords like birthdays, phone numbers, or addresses.

**Avoid credit repair scams**

So-called "credit repair" companies can't do anything to repair your credit other than what you could do yourself. All they can do is dispute information contained on your report and have inaccuracies corrected for no charge. However, they often use deceptive or even illegal practices. If you believe a credit repair company is breaking the law, report them to your state authorities and the Federal Trade Commission (FTC).

**Protect your information**

Keep a copy of all account information, including account numbers, expiration dates, and telephone numbers for fraud departments and customer service in a secure place. Never disclose social security numbers or other personal information over the telephone or Internet unless it is to a trusted source.

**Watch for the signs**

The sooner you detect credit fraud, the less damage it can do. Know the warning signs and be ready to act. Watch for missing statements or bills, unusual charges on your accounts, incoming letters informing you that you've been approved or denied credit you didn't apply for, or bills and statements you don't recognize.

**Act quickly**

If you have any reason to suspect credit fraud, contact banks, creditors, and the three main credit information providers immediately. You can get access to your credit report at www.transunion.com.

Remember, you're entitled to copies of your report at no charge if you think you have been the victim of identity theft:

| TransUnion | Experian | Equifax |
|---|---|---|
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19016 | Allen, TX 75013 | Atlanta, GA 30374 |
| (800) 680-7289 | (888) 397-3742 | (800) 525-6285 |

*If you have any questions or need advice, call (800) 680-7289 to contact the Fraud Victim Assistance Department today.*

**Contain, restore, and rebuild**

*Steps to recover from credit fraud*

**Step 1: Add a fraud alert**

Have TransUnion add an initial, extended, or active duty fraud alert to your credit file advising potential creditors to contact you personally before approving any applications made in your name. You only need to make a single request, and we will automatically inform the other two national credit reporting agencies.

**Step 2: Inspect your credit reports**

Visit www.transunion.com or call (800) 680-7289 to request your report. Dispute all information that you don't recognize. Provide a copy of your police report, a notarized FTC fraud affidavit, or other relevant documentation of proof with your dispute.

**Step 3: Report the fraud**

Notify your local, state, and federal law enforcement offices immediately. Be sure to request a case number and a copy of the police report to provide TransUnion's Fraud Victim Assistance Department.

**Step 4: Contact credit financial institutions**

Notify your credit institutions and banks as soon as possible. Document the fraud to avoid responsibility for fraudulent debts. Keep a log of all phone conversations, including names of people with whom you spoke.

## Credit Fraud Prevention Toolkit

**Step 5: Checks and social security number**

Notify your bank to stop checks. You can also report stolen checks, file a complaint with the Social Security Administration and more by calling the numbers below:

| | |
|---|---|
| Social Security Administration<br>www.ssa.gov | (800) 269-0271 |
| SCAN<br>www.consumerdebt.com | (800) 262-7771 |
| Checkrite/Global Payments<br>www.globalpaymentinc.com | (800) 638-4600 |
| TeleCheck<br>www.telecheck.com | (800) 710-9898 |
| ChexSystems/E-Funds<br>www.chexhelp.com | (800) 328-5121 |

**Get help to rebuild**

If you need assistance, the TransUnion Fraud Victim Assistance Department is always ready to help at (800) 680-7289. The FTC can also help at (877) ID-THEFT or www.consumer.gov/idtheft. Identity Theft resolution services for individuals, employers, banks, insurers, and other groups are available through RelyData, LLC. Contact them at (877) 735-9282 or visit www.relydata.com

---

## PROTECT YOUR MOST VALUABLE ASSET — YOUR IDENTITY

**Prevent identity fraud and keep your credit safe**

As a leading provider of credit information solutions, TransUnion is your first line of defense in protecting yourself against credit fraud. From preventative advice to investigations and credit restoration assistance, we're always just a phone call away. Whatever your concern, the TransUnion Fraud Victim Assistance Department is ready to help. Credit fraud occurs when somebody else uses your identity to obtain credit. If successful, the criminal can incur substantial debts in your name, force the closure of your bank accounts and credit cards, and even prevent you from being able to buy a car, a home, or more. Following these simple steps can go a long way towards protecting yourself from credit fraud.

**Ten steps to prevent identity fraud**

- Watch your mail for missing statements or bills
- Carry the minimum amount of credit cards with you
- Don't include your social security number on your driver's license
- Destroy documents before discarding, preferably by shredding
- Check your credit report regularly
- Keep a record of credit and bank information in a safe place
- Never disclose personal information over the telephone or internet unless it is to a trusted source
- Balance your checkbook regularly and watch for skipped check numbers or unfamiliar amounts
- Stay alert and act immediately if you become suspicious
- Guard against identity theft with weekly fraud-watch emails from www.transunion.com

Consumers can get their free annual personal credit report online at www.annualcreditreport.com or by calling (877) 322-8228.

Questions? Visit our Web site at www.transunion.com or call 1-800-680-7289 to contact the TransUnion Fraud Victim Assistance Department today.

## EXHIBIT-#13

**From:** Vest, Jessica JessicaVest@rocketmortgage.com  
**Subject:** RE: [External] AMROCK RETURNED CHECK DEBACLE/ Property 1411 Se 26Th ave Homestead Florida 33035/ Mark A Turner
**Date:** June 10, 2022 at 3:32 PM
**To:** Mark Turner markanthony37@sbcglobal.net, Hinson, Alexandra AlexandraHinson@rocketmortgage.com

Hi Mr. Turner,

Unfortunately, Amrock will not cover any portion of the shortage. The check was sent to you and there was a letter of explanation sent with it. I have attached it for your review. Regrettably, the shortage will remain.

@Hinson, Alexandra can we please offer Mark 24 months instead of 12?

**Jessica Vest**
President's Club Resolution Advocate - Backline
Direct: (313) 373-5366
Fax: (833) 625-0688



Use Rocket Mortgage or the Rocket Mortgage Mobile app to stay up to date and securely upload documents.

Highest in Customer Satisfaction in the U.S.
J.D. Power

---

**From:** Vest, Jessica
**Sent:** Friday, June 3, 2022 5:51 PM
**To:** Mark Turner <markanthony37@sbcglobal.net>
**Subject:** RE: [External] AMROCK RETURNED CHECK DEBACLE/ Property 1411 Se 26Th ave Homestead Florida 33035/ Mark A Turner

Great, talk to you then.

**Jessica Vest**
President's Club Resolution Advocate - Backline
Direct: (313) 373-5366
Fax: (833) 625-0688



Use Rocket Mortgage or the Rocket Mortgage Mobile app to stay up to date and securely upload documents.

Highest in Customer Satisfaction in the U.S.
J.D. Power

**From:** Carlington, Brandon BrandonCarlington@rocketmortgage.com 
**Subject:** Turner - 3465809661
**Date:** June 1, 2022 at 4:28 PM
**To:** markanthony37@sbcglobal.net
**Cc:** Hinson, Alexandra AlexandraHinson@rocketmortgage.com

Good afternoon Mark:

Wanted to reach out here in regards to the property tax issue that we spoke about yesterday and give a bit of a time line as well.

At the time of the closing there were two separate set of funds collected from the structure of the loan. One for $2,704.90 to pay for the (then) current installment and $2,927.04 to pay the delinquent installment. These were mailed out on 12/29/2020 together to Miami-Dade. The check #909975 totaling $2,704.90 cleared on 1/5.

The check #909976 totaling $2,927.04 for the delinquency was not cleared. It was sent back to Amrock and received on March 10th of 2021 with a letter. This letter stated that the county did not accept post marks for delinquent installments. With the delinquency only good through 12/31/2020 it had increased the delinquency to $3,079.64 and they did not accept partial payment from the original check.

Unfortunately when this letter was received Amrock filed it as a paid in full notification from the county and marked the original check to be reissued as a refund which occurred on March 17th of 2021 and was cashed by you on April 1st of 2021.

Moving onward from that point Rocket did not receive further notification of the delinquency until March 28th of this year which is when the additional payment was sent from escrow to cover the delinquency.

At this stage there's nothing that I can do on my end in regards as to how this plays out from here. I've included Alexandra Hinson who you spoke with earlier in the week from the servicing side. Alex – are we able to help out anywhere in regards to the large shortage that has resulted here?

Thanks so much,

**Brandon Carlington**
Resolution Specialist
Rocket Mortgage

**T** (313) 373-5862
**F** (877) 578-7502





Highest in Customer Satisfaction in the U.S.

**ROCKET** Central

EXHIBIT-#14

1005 Woodward Ave.
Detroit, MI 48226

August 19, 2022

*Via email: markanthony37@sbcglobal.net*
Mark A. Turner
1411 SE 26th Ave
Homestead, FL 33035

> **RE:** **Mark A. Turner's "Cease and Desist" Letters to Rocket Mortgage, LLC and Amrock, LLC**
> **Loan No. 3465809661**

Dear Mr. Turner:

Rocket Central is a professional services organization that, among other things, provides in-house legal services to Rocket Mortgage, LLC and Amrock, LLC. I am writing on behalf of Rocket Mortgage and Amrock in response to your recent "cease and desist" letters directed to both entities.

Rocket Mortgage and Amrock strive to satisfy every client, every time, no exceptions, no excuses. Notwithstanding this goal, we understand you have expressed some concerns regarding the payment of the 2019 property taxes on your residence.

After reviewing your file and your communications, I have confirmed that any complaints suggesting wrongdoing by Rocket Mortgage or Amrock are completely without merit. While Rocket Mortgage's and Amrock's team members have previously attempted to explain the circumstances of the events leading to your complaints, I will provide additional background here.

At the time of the closing of your loan, December 21, 2021, the property taxes were reflected to be $2,927.04. However, the actual calculation by the tax authority was $3,079.64. The tax authority did not accept partial payment, so the taxing authority returned the check for $2,927.04 to Amrock. Amrock, then, returned a check to you mistakenly describing the taxes as "paid in full." Amrock can understand that this was confusing at first; however, Amrock and Rocket Mortgage team members have gone to great lengths communicating this matter with you and explaining the issue.

Yet, you still complain in your letter that the return of funds was "encrypted and a confusing correspondence"; you did not reach out to Amrock upon receipt of the funds for clarity. Instead, you apparently cashed the check for yourself.

Mark A. Turner
August 19, 2022
Page 2

Amrock mistakenly returned the refunded check in the amount of $2,927.04 to you; however, that mistake did not constitute a waiver of your obligation to pay the 2019 property taxes due on your property. Rocket Mortgage paid the taxing authority $3,079.64 for the outstanding 2019 property taxes. As a result, consistent with your Mortgage/Deed of Trust and Note, Rocket Mortgage is collecting the amount owed to it through your escrow account.

Your threat to sue Rocket Mortgage, Amrock, or any of its affiliates is not taken lightly. You should understand that Rocket Mortgage is a company of principle and, consistent with its "do the right thing" core value, the company will exhaust its resources to prosecute, protect and defend its hard-earned, sterling reputation and the integrity of its team members from the false, vexatious, and harassing actions like you have threatened. Rocket Mortgage and Amrock will vigorously defend your frivolous action, similar to the action you filed against Rocket Mortgage in 2021 that was removed to federal court and ultimately dismissed.

To the extent you wish to reach out to Rocket Mortgage or Amrock regarding this matter, you are instructed to send all communications from you, or on your behalf, directly to me.

Govern yourself accordingly,

/s/Morgan Schut
Morgan Schut
Associate Counsel

**EXHIBIT-#15**

**◯ Rocket Mortgage**

635 Woodward
Detroit, MI 48226
**Phone:** 800-508-0944
**Fax:** 877-382-3138
www.RocketMortgage.com

Sent Via First-Class Mail®

07/28/2025

ALEXANDRA TURNER
1411 SE 26TH AVE
HOMESTEAD, FL 33035-2120

Loan Number:       3465809661
Property Address:   1411 SE 26TH AVE
                    HOMESTEAD, FL 33035

Dear ALEXANDRA TURNER:

This letter is formal notice by Rocket Mortgage, LLC, the Servicer of the above-referenced loan, on behalf of FHLMC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 09/01/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument, foreclosure by judicial proceeding and sale of the property. FORECLOSURE PROCEEDINGS WILL NOT BE COMMENCED UNLESS AND UNTIL ALLOWED BY APPLICABLE LAW.

As of the date of this notice, the total amount required to cure the default is $20,721.76, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 07/01/2023 |
| Total Monthly Payments Due: | | $20,109.73 |
| 07/01/2023 | at | $767.23 |
| 08/01/2023 | at | $767.23 |
| 09/01/2023 | at | $767.23 |
| 10/01/2023 | at | $767.23 |
| 11/01/2023 | at | $767.23 |
| 12/01/2023 | at | $767.23 |
| 01/01/2024 | at | $767.23 |
| 02/01/2024 | at | $785.54 |
| 03/01/2024 | at | $785.54 |
| 04/01/2024 | at | $785.54 |
| 05/01/2024 | at | $785.54 |
| 06/01/2024 | at | $785.54 |
| 07/01/2024 | at | $785.54 |
| 08/01/2024 | at | $785.54 |
| 09/01/2024 | at | $785.54 |
| 10/01/2024 | at | $785.54 |
| 11/01/2024 | at | $785.54 |



| | | |
|---|---|---|
| 12/01/2024 | at | $785.54 |
| 01/01/2025 | at | $785.54 |
| 02/01/2025 | at | $885.44 |
| 03/01/2025 | at | $885.44 |
| 04/01/2025 | at | $885.44 |
| 05/01/2025 | at | $885.44 |
| 06/01/2025 | at | $885.44 |
| 07/01/2025 | at | $885.44 |

| | |
|---|---|
| Late Charges: | $109.34 |
| Corporate Advance Balance: | $511.46 |
| Unapplied Balance: | ($8.77) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**      **$20,721.76**

You can cure this default by making a payment of $20,721.76 by 09/01/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Account Resolution Team at 800-508-0944 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

> Rocket Mortgage, LLC
> 635 Woodward
> Detroit, MI 48226

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 800-508-0944.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, Rocket Mortgage, LLC offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives to foreclosure. If you would like to learn more about these programs, you may contact ACCT RESOLUTION TEAM at 800-508-0944, Monday - Friday: 8:30 a.m. to 9:00 p.m. ET and Saturday: 9:00am - 4:00pm ET to discuss possible options. You may also visit our website www.RocketMortgage.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense to acceleration and foreclosure. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

**Rocket Mortgage, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Rocket Mortgage, LLC.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws

provide important protections for you, including prohibiting foreclosure under most circumstances.  If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Rocket Mortgage, LLC immediately.  When contacting Rocket Mortgage, LLC as to your military service, you must provide positive proof as to your military status.  Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer.  Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling).   You can also contact ACCT RESOLUTION TEAM toll-free at 800-508-0944 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes.  To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling.  You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

This matter is very important. Please give it your immediate attention.

Sincerely,

Rocket Mortgage, LLC
635 Woodward
Detroit, MI 48226
800-508-0944

If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to
Rocket Mortgage, LLC
P.O. Box 442359
Detroit, MI 48244-2359

